Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT

for the

Central District of California

Western Division

LUSINE SARGSYAN

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

STATE FARM GENERAL INSURANCE COMPANY,
AND DOES 1 TO 50, INCLUSIVE

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No.   2:22-CV-05974-SVW-JEM
            *(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☑ Yes  ☐ No

FIRST AMENDED

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LUSINE SARGSYAN |
| Street Address | 12623 BYRON AVE |
| City and County | GRANADA HILLS, LOS ANGELES COUNTY |
| State and Zip Code | CALIFORNIA, 91344 |
| Telephone Number | 818-246-1000 |
| E-mail Address | N/A |

    **B.    The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

| | |
|---|---|
| Name | STATE FARM GENERAL INSURANCE COMPANY |
| Job or Title *(if known)* | INSURER |
| Street Address | PO BOX 853907 |
| City and County | RICHARDSON |
| State and Zip Code | TEXAS |
| Telephone Number | 844-458-4300 |
| E-mail Address *(if known)* | STATEFARMCLAIMS@STATEFARM.COM |

Defendant No. 2

| | |
|---|---|
| Name | DOES 1 TO 50, INCLUSIVE |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    LUSINE SARGSYAN    , is a citizen of the State of *(name)*    CALIFORNIA    .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2.    If the defendant is a corporation

The defendant, *(name)*    STATE FARM GENERAL INSURANCE CO.    , is incorporated under the laws of the State of *(name)*    ILLINOIS    , and has its principal place of business in the State of *(name)*    ILLINOIS    .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

PRILIMINARY ESTIMATE OF DAMAGES SUSTAINED BY PLAINTIFF IS $94,573.77 (EXHIBIT A) ATTACHED:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)*   LUSINE SARGSYAN                                            , and the defendant,

*(name)*   STATE FARM GENERAL INSURANCE COMPANY                  , made an agreement or contract on

*(date)*   06/24/2021   . The agreement or contract was *(oral or written)*   Written   . Under that

agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

IN CONSIDERATION FOR PREMIUM RECEIVED, DEFENDANT PROMISED TO INSURE PLAINTIFF'S PROPERTY AND  INDEMNIFY PLAINTIFF FOR COVERED LOSS. PLAINTIFF PAID ALL PREMIUMS DUEINSURANCE POLICY ATTACHED AS (EXHIBIT B).

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

On or about August 5, 2021, Plaintiff sustained water damage to her property. Plaintiff filed a claim with the Defendant. Defendant denied Plaintiff's claim and failed to compensate and/or indemnity Plaintiff for her loss.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff sustained damages to her property located at 12623 Byron Ave., Granada Hills, CA 91344. Preliminary estimate for repairs is $94,573.77. (See Exhibit A) .

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          09/01/2022

Signature of Plaintiff

Printed Name of Plaintiff    Lusine Sargsyan

### B.    For Attorneys

Date of signing:          09/01/2022

Signature of Attorney

Printed Name of Attorney    Arman Saakyan Esq.

Bar Number           259958

Name of Law Firm       Arman Sahakyan & Associates P.C.,

Street Address        301 E. Glenoaks Blvd., Ste 6,

State and Zip Code     Glendale, CA 91207

Telephone Number      818-246-1000

E-mail Address        arman@foothilllawcenter.com

# Exhibit A



## City Damage Inc.

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

| | |
|---|---|
| Client: | Lusine Sargsyan |
| Property: | 12623 Byron Ave |
| | Granada Hills, CA 91344 |

Operator:    HBADALYA

Estimator:    Hayk Badalyan                    Business:    (818) 216-8686
                                                              E-mail:    Hayk@CityDamage.com

Type of Estimate:    Water Damage
Date Entered:    2/28/2022                Date Assigned:

Price List:    CAFS8X_MAR22
Labor Efficiency:    Restoration/Service/Remodel
Estimate:    SARGSYAN_1564075-1

This scope of loss was prepared for negotiating purposes only. It was prepared by performing a visual site inspection only and is subject to change after work has begun.



**City Damage Inc.**

14300 Oxnard St.
Van Nuys. CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic: 1065629

### SARGSYAN_1564075-1

### 1st Floor

**1st Floor**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | | 507.00 | 0.00 | 0.00 | 101.40 | 608.40 |
| 2. Temporary toilet (per month) | 3.00 MO | | 0.00 | 161.50 | 0.00 | 96.90 | 581.40 |
| 3. Personal protective gloves - Disposable (per pair) | 240.00 EA | | 0.00 | 0.32 | 7.30 | 16.82 | 100.92 |

Gloves required by building and safety calculated at 4 workers a day, 5 working days a week, 4 weeks in a month, for the duration of repairs at 3 months. Gloves are to be disposed of at the end of each day.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4. Personal protective mask (N-95) | 240.00 EA | | 0.00 | 3.23 | 73.64 | 169.76 | 1,018.60 |

Masks required by building and safety calculated at 4 workers a day, 5 working days a week, 4 weeks in a month, for the duration of repairs at 3 months. Masks are to be disposed of at the end of each day.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5. Temporary hand washing station (per month) | 3.00 MO | | 0.00 | 240.00 | 0.00 | 144.00 | 864.00 |
| 6. Residential Supervision / Project Management - per hour | 48.00 HR | | 0.00 | 75.77 | 0.00 | 727.40 | 4,364.36 |

per Xactimate Overhead and Profit Whitepaper @ https://www.xactware.com/globalassets/us/pdf/brochures/op_2-5-20.pdf
- Job-Related Overhead are expenses that can be attributed to a project, but cannot be attributed to a specific task and include any and all necessary expenses to complete the project other than direct materials and labor. Examples (including but not limited to): Project managers, on site portable offices and restroom facilities, temporary power and fencing, security if needed, etc. Including Job-Related Overhead expenses in an Xactimate estimate   "Job Related Overhead expenses should be added as separate line items to the Xactimate estimate."
Supervision is required by Contractor's State License Board. Supervision is for a field manager to be on site during the course of repairs for the accurate completion of repairs as this is a complex repair which involves damage in a large area of the property and requires multiple trades. Supervision will also include to assure that all safety guidelines associated with Covid19 are being followed.  Supervision is for 2 days a week at 2 hours each day for the duration of repairs at 4 months. This will equal to 4 hours at 4 weeks a month for 3 months for 48 hours.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total:  1st Floor | | | | | 80.94 | 1,256.28 | 7,537.68 |



**Entry**                                                                                   **Height: Sloped**

| | |
|---|---|
| 49.46 SF Walls | 38.55 SF Ceiling |
| 88.01 SF Walls & Ceiling | 37.43 SF Floor |
| 4.16 SY Flooring | 6.17 LF Floor Perimeter |
| 15.19 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall - Goes to Floor | 5' 10" X 12' 8" | Opens into LIVING_ROOM |
| Missing Wall | 3' 1" X 13' 6" | Opens into LANDING |
| Window | 5' 5" X 6' 4" | Opens into Exterior |
| Door | 3' X 7' 7" | Opens into Exterior |
| Window | 2' 2" X 6' 7" | Opens into Exterior |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

**CONTINUED - Entry**



| Subroom: Entry (2) | | Height: 8' |
|---|---|---|
| 52.67 SF Walls | 11.33 SF Ceiling | |
| 64.00 SF Walls & Ceiling | 11.33 SF Floor | |
| 1.26 SY Flooring | 6.58 LF Floor Perimeter | |
| 6.58 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| Missing Wall | 3' 7" X 8' | Opens into ENTRY3 |
| Missing Wall | 3' X 8' | Opens into STAIRS |
| Missing Wall | 3' 5" X 8' | Opens into HALLWAY |



| Subroom: Entry (1) | | Height: 17' 4" |
|---|---|---|
| 173.94 SF Walls | 40.64 SF Ceiling | |
| 214.58 SF Walls & Ceiling | 40.64 SF Floor | |
| 4.52 SY Flooring | 5.67 LF Floor Perimeter | |
| 15.50 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| Missing Wall - Goes to Floor | 6' 4" X 12' 8" | Opens into LIVING_ROOM |
| Missing Wall - Goes to Floor | 3' 6" X 6' 8" | Opens into KITCHEN2 |
| Missing Wall | 3' 7" X 17' 4" | Opens into ENTRY1 |
| Missing Wall | 6' 5" X 17' 4" | Opens into ENTRY |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 7. Cold air return cover - Detach & reset | 1.00 EA | | 0.00 | 21.00 | 0.00 | 4.20 | 25.20 |
| 8. Interior window shutters (set) - Detach & reset | 1.00 EA | | 0.00 | 47.28 | 0.00 | 9.46 | 56.74 |
| Window shutters are installed on top of the wall paint. | | | | | | | |
| 9. R&R Engineered wood flooring | 89.40 SF | | 2.92 | 10.29 | 52.23 | 246.64 | 1,479.85 |
| 10. Concrete grinding | 89.40 SF | | 0.00 | 2.90 | 0.00 | 51.86 | 311.12 |
| Line used to remove adhesive from concrete subfloor. | | | | | | | |
| 11. Floor leveling cement - Average | 89.40 SF | | 0.00 | 2.98 | 9.00 | 55.08 | 330.49 |
| Line used to repair chips and nicks caused to the concrete from engineered floor and adhesive removals. | | | | | | | |
| 12. Add for glued down application over concrete substrate | 89.40 SF | | 1.87 | 1.21 | 8.15 | 56.72 | 340.22 |
| 13. R&R Stair nosing - for wood flooring | 15.50 LF | | 0.48 | 9.69 | 12.47 | 34.02 | 204.13 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

### CONTINUED - Entry

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 14. R&R T- molding - for wood flooring | 3.50 LF | | 0.48 | 7.66 | 2.22 | 6.14 | 36.85 |
| 15. R&R Base shoe | 15.00 LF | | 0.21 | 1.47 | 0.71 | 5.20 | 31.11 |
| 16. Seal & paint base shoe or quarter round | 15.00 LF | | 0.00 | 0.79 | 0.17 | 2.42 | 14.44 |
| 17. R&R Baseboard - 6" | 15.00 LF | | 0.63 | 5.83 | 4.55 | 20.32 | 121.77 |
| 18. Seal & paint baseboard, oversized - two coats | 15.00 LF | | 0.00 | 1.57 | 0.26 | 4.78 | 28.59 |
| 19. Seal & paint door or window opening - Large (per side) | 2.00 EA | | 0.00 | 39.37 | 1.71 | 16.08 | 96.53 |
| 20. Seal prime then paint the floor perimeter (2 coats) | 15.00 SF | | 0.00 | 0.95 | 0.29 | 2.92 | 17.46 |
| 21. Texture drywall - smooth / skim coat | 15.00 SF | | 0.00 | 2.05 | 0.16 | 6.20 | 37.11 |
| To repair areas of the walls which will be affected from baseboard removals. | | | | | | | |
| 22. Paint the walls - one coat | 245.77 SF | | 0.00 | 0.65 | 3.27 | 32.62 | 195.64 |
| 23. Floor protection - heavy paper and tape | 89.40 SF | | 0.00 | 0.43 | 0.59 | 7.80 | 46.83 |
| 24. Mask and prep for paint - plastic, paper, tape (per LF) | 43.86 LF | | 0.00 | 1.37 | 1.12 | 12.24 | 73.45 |
| 25. Final cleaning - construction - Residential | 89.40 SF | | 0.00 | 0.34 | 0.00 | 6.08 | 36.48 |

| Totals: Entry | | | | | 96.90 | 580.78 | 3,484.01 |
|---|---|---|---|---|---|---|---|



**Living Room**                                                                        **Height: Sloped**

442.28 SF Walls                            321.38 SF Ceiling
763.66 SF Walls & Ceiling                  302.61 SF Floor
33.62 SY Flooring                          39.83 LF Floor Perimeter
73.19 LF Ceil. Perimeter

| | | |
|---|---|---|
| Window | 7' 10" X 4' 2" | Opens into Exterior |
| Window | 3' 11" X 5' 7" | Opens into Exterior |
| Window | 3' 11" X 5' 7" | Opens into Exterior |
| Missing Wall - Goes to Floor | 6' X 12' 8" | Opens into ENTRY |
| Missing Wall - Goes to Floor | 6' 4" X 12' 8" | Opens into ENTRY3 |
| Missing Wall | 13' X 8' 4" | Opens into DINING_ROOM |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

**CONTINUED - Living Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 26. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 15.38 | 0.00 | 3.08 | 18.46 |
| 27. Occupancy sensor - ceiling/wall mounted - Detach & reset | 1.00 EA | | 0.00 | 66.51 | 0.00 | 13.30 | 79.81 |
| 28. Mirror - plate glass - Detach & reset | 15.00 SF | | 0.00 | 7.66 | 0.00 | 22.98 | 137.88 |
| 29. Interior window shutters (set) - Detach & reset | 4.00 EA | | 0.00 | 47.28 | 0.00 | 37.82 | 226.94 |
| Window shutters are installed on top of the wall paint. | | | | | | | |
| 30. R&R Engineered wood flooring | 302.61 SF | | 2.92 | 10.29 | 176.80 | 834.86 | 5,009.14 |
| 31. Concrete grinding | 302.61 SF | | 0.00 | 2.90 | 0.00 | 175.52 | 1,053.09 |
| Line used to remove adhesive from concrete subfloor. | | | | | | | |
| 32. Floor leveling cement - Average | 302.61 SF | | 0.00 | 2.98 | 30.47 | 186.46 | 1,118.71 |
| Line used to repair chips and nicks caused to the concrete from engineered floor and adhesive removals. | | | | | | | |
| 33. Add for glued down application over concrete substrate | 302.61 SF | | 1.87 | 1.21 | 27.60 | 191.94 | 1,151.58 |
| 34. R&R Stair nosing - for wood flooring | 13.00 LF | | 0.48 | 9.69 | 10.46 | 28.54 | 171.21 |
| 35. R&R Base shoe | 39.83 LF | | 0.21 | 1.47 | 1.89 | 13.78 | 82.58 |
| 36. Seal & paint base shoe or quarter round | 39.83 LF | | 0.00 | 0.79 | 0.45 | 6.40 | 38.32 |
| 37. R&R Baseboard - 6" | 39.83 LF | | 0.63 | 5.83 | 12.07 | 53.88 | 323.25 |
| 38. Seal & paint baseboard, oversized - two coats | 39.83 LF | | 0.00 | 1.57 | 0.68 | 12.64 | 75.85 |
| 39. Seal & paint door or window opening - Large (per side) | 2.00 EA | | 0.00 | 39.37 | 1.71 | 16.08 | 96.53 |
| 40. Seal/prime then paint the floor perimeter (2 coats) | 39.83 SF | | 0.00 | 0.95 | 0.76 | 7.72 | 46.32 |
| 41. Texture drywall - smooth / skim coat | 39.83 SF | | 0.00 | 2.05 | 0.42 | 16.42 | 98.49 |
| To repair areas of the walls which will be affected from baseboard removals. | | | | | | | |
| 42. Paint the walls - one coat | 442.49 SF | | 0.00 | 0.65 | 5.89 | 58.70 | 352.21 |
| 43. Floor protection - heavy paper and tape | 302.61 SF | | 0.00 | 0.43 | 2.01 | 26.42 | 158.55 |
| 44. Mask and prep for paint - plastic, paper, tape (per LF) | 59.77 LF | | 0.00 | 1.37 | 1.53 | 16.68 | 100.09 |
| 45. Final cleaning - construction - residential | 302.61 SF | | 0.00 | 0.34 | 0.00 | 20.58 | 123.47 |
| Totals: Living Room | | | | | 272.74 | 1,743.80 | 10,462.48 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629



| | **Dining Room** | | | | | | **Height: Sloped** |
|---|---|---|---|---|---|---|---|

| 295.95 SF Walls | 153.22 SF Ceiling |
|---|---|
| 449.16 SF Walls & Ceiling | 148.42 SF Floor |
| 16.49 SY Flooring | 28.08 LF Floor Perimeter |
| 49.84 LF Ceil. Perimeter | |

| Missing Wall | 13' X 8' | Opens into LIVING_ROOM |
|---|---|---|
| Missing Wall - Goes to Floor | 2' 7" X 6' 8" | Opens into KITCHEN |
| Door | 5' 4" X 6' 7" | Opens into Exterior |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 46. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 15.38 | 0.00 | 3.08 | 18.46 |
| 47. Window drapery - hardware - Detach & reset | 1.00 EA | | 0.00 | 42.64 | 0.00 | 8.52 | 51.16 |
| 48. R&R Engineered wood flooring | 148.42 SF | | 2.92 | 10.29 | 86.71 | 409.46 | 2,456.80 |
| 49. Concrete grinding | 148.42 SF | | 0.00 | 2.90 | 0.00 | 86.08 | 516.50 |
| Line used to remove adhesive from concrete subfloor. | | | | | | | |
| 50. Floor leveling cement - Average | 148.42 SF | | 0.00 | 2.98 | 14.95 | 91.46 | 548.70 |
| Line used to repair chips and nicks caused to the concrete from engineered floor and adhesive removals. | | | | | | | |
| 51. Add for glued down application over concrete substrate | 148.42 SF | | 1.87 | 1.21 | 13.54 | 94.14 | 564.82 |
| 52. R&R T- molding - for wood flooring | 2.50 LF | | 0.48 | 7.66 | 1.59 | 4.40 | 26.34 |
| 53. R&R Base shoe | 28.08 LF | | 0.21 | 1.47 | 1.33 | 9.70 | 58.21 |
| 54. Seal & paint base shoe or quarter round | 28.08 LF | | 0.00 | 0.79 | 0.32 | 4.50 | 27.00 |
| 55. R&R Baseboard - 3 1/4" | 28.08 LF | | 0.56 | 3.74 | 4.16 | 24.98 | 149.88 |
| 56. Seal & paint baseboard - two coats | 28.08 LF | | 0.00 | 1.47 | 0.35 | 8.34 | 49.97 |
| 57. Seal & paint door or window opening (per side) | 1.00 EA | | 0.00 | 31.14 | 0.51 | 6.32 | 37.97 |
| 58. Seal/prime then paint the floor perimeter (2 coats) | 28.08 SF | | 0.00 | 0.95 | 0.53 | 5.44 | 32.65 |
| 59. Texture drywall - smooth / skim coat | 28.08 SF | | 0.00 | 2.05 | 0.29 | 11.58 | 69.43 |
| To repair areas of the walls which will be affected from baseboard removals. | | | | | | | |
| 60. Paint the walls - one coat | 295.95 SF | | 0.00 | 0.65 | 3.94 | 39.26 | 235.57 |
| 61. Floor protection - heavy paper and tape | 148.42 SF | | 0.00 | 0.43 | 0.99 | 12.96 | 77.77 |
| 62. Mask and prep for paint - plastic, paper, tape (per LF) | 49.84 LF | | 0.00 | 1.37 | 1.28 | 13.92 | 83.48 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

**CONTINUED - Dining Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 63. Final cleaning - construction - Residential | 148.42 SF | | 0.00 | 0.34 | 0.00 | 10.10 | 60.56 |
| Totals: Dining Room | | | | | 130.49 | 844.24 | 5,065.27 |

**Family Room**                                                                    **Height: 8' 4"**

| | | |
|---|---|---|
| 381.20 SF Walls | 238.41 SF Ceiling | |
| 619.61 SF Walls & Ceiling | 238.41 SF Floor | |
| 26.49 SY Flooring | 50.17 LF Floor Perimeter | |
| 67.50 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Window** | 6' 11" X 4' 7" | **Opens into Exterior** |
| **Door** | 7' 4" X 6' 7" | **Opens into Exterior** |
| **Window** | 6' 10" X 4' 7" | **Opens into Exterior** |
| **Missing Wall - Goes to Floor** | 10' X 7' | **Opens into KITCHEN2** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 64. TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 EA | | 0.00 | 57.12 | 0.00 | 11.42 | 68.54 |
| 65. Special Systems - Electrician - per hour | 0.50 HR | | 0.00 | 124.27 | 0.00 | 12.42 | 74.56 |
| Time to detach and reset the TV / Wire Setup. | | | | | | | |
| 66. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 15.38 | 0.00 | 3.08 | 18.46 |
| 67. Occupancy sensor - ceiling/wall mounted - Detach & reset | 1.00 EA | | 0.00 | 66.51 | 0.00 | 13.30 | 79.81 |
| 68. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | | 0.00 | 42.64 | 0.00 | 17.06 | 102.34 |
| 69. Window drapery - hardware - Detach & reset | 1.00 EA | | 0.00 | 42.64 | 0.00 | 8.52 | 51.16 |
| 70. R&R Engineered wood flooring | 238.41 SF | | 2.92 | 10.29 | 139.29 | 657.74 | 3,946.43 |
| 71. Concrete grinding | 238.41 SF | | 0.00 | 2.90 | 0.00 | 138.28 | 829.67 |
| Line used to remove adhesive from concrete subfloor. | | | | | | | |
| 72. Floor leveling cement - Average | 238.41 SF | | 0.00 | 2.98 | 24.01 | 146.90 | 881.37 |
| Line used to repair chips and nicks caused to the concrete from engineered floor and adhesive removals. | | | | | | | |
| 73. Add for glued down application over concrete substrate | 238.41 SF | | 1.87 | 1.21 | 21.74 | 151.20 | 907.25 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

### CONTINUED - Family Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 74. R&R End molding - for wood flooring | 19.00 LF | | 0.48 | 6.59 | 10.14 | 28.88 | 173.35 |
| 75. R&R Base shoe | 50.17 LF | | 0.21 | 1.47 | 2.38 | 17.34 | 104.01 |
| 76. Seal & paint base shoe or quarter round | 50.17 LF | | 0.00 | 0.79 | 0.57 | 8.04 | 48.24 |
| 77. R&R Baseboard - 3 1/4" | 50.17 LF | | 0.56 | 3.74 | 7.44 | 44.62 | 267.80 |
| 78. Seal & paint baseboard - two coats | 50.17 LF | | 0.00 | 1.47 | 0.62 | 14.88 | 89.25 |
| 79. Seal & paint door or window opening - Large (per side) | 3.00 EA | | 0.00 | 39.37 | 2.57 | 24.14 | 144.82 |
| 80. R&R Two coat plaster over 1/2" gypsum core blueboard | 21.83 SF | | 1.36 | 12.21 | 3.80 | 60.00 | 360.03 |
| 81. Seal/prime then paint more than the floor perimeter (2 coats) | 126.58 SF | | 0.00 | 0.95 | 2.41 | 24.54 | 147.20 |
| 82. Texture drywall - smooth / skim coat | 126.58 SF | | 0.00 | 2.05 | 1.32 | 52.16 | 312.97 |
| 83. Paint the walls - one coat | 381.20 SF | | 0.00 | 0.65 | 5.07 | 50.58 | 303.43 |
| 84. Floor protection - heavy paper and tape | 238.41 SF | | 0.00 | 0.43 | 1.59 | 20.82 | 124.93 |
| 85. Mask and prep for paint - plastic, paper, tape (per LF) | 67.50 LF | | 0.00 | 1.37 | 1.73 | 18.84 | 113.05 |
| 86. Final cleaning - construction - Residential | 238.41 SF | | 0.00 | 0.34 | 0.00 | 16.22 | 97.28 |

| Totals: Family Room | | | | | 224.68 | 1,540.98 | 9,245.95 |



**Kitchen**                                                                    **Height: 8'**

108.35 SF Walls                    112.06 SF Ceiling
220.41 SF Walls & Ceiling          90.39 SF Floor
10.04 SY Flooring                  10.83 LF Floor Perimeter
44.83 LF Ceil. Perimeter

Missing Wall - Goes to Floor       10' X 7'              Opens into FAMILY_ROOM
Missing Wall - Goes to Floor       3' 6" X 6' 8"         Opens into ENTRY3



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

**CONTINUED - Kitchen**



| | | | |
|---|---|---|---|
| **Subroom: Kitchen (1)** | | | **Height: Tray** |

| | |
|---|---|
| 81.01 SF Walls | 163.19 SF Ceiling |
| 244.20 SF Walls & Ceiling | 71.40 SF Floor |
| 7.93 SY Flooring | 8.83 LF Floor Perimeter |
| 41.00 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall - Goes to Floor | 11' 3" X 7' 2" | Opens into KITCHEN2 |
| Window | 5' 1" X 3' 10" | Opens into Exterior |
| Missing Wall - Goes to Floor | 2' 7" X 6' 8" | Opens into DINING_ROOM |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 87. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 15.38 | 0.00 | 3.08 | 18.46 |
| 88. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | | 0.00 | 42.64 | 0.00 | 8.52 | 51.16 |
| 89. Refrigerator - Remove & reset | 1.00 EA | | 0.00 | 59.00 | 0.00 | 11.80 | 70.80 |
| 90. Dishwasher - Detach & reset | 1.00 EA | | 0.00 | 254.08 | 0.00 | 50.82 | 304.90 |
| 91. Range - gas - Remove & reset | 1.00 EA | | 0.00 | 174.18 | 0.00 | 34.84 | 209.02 |
| 92. Microwave oven - over range type - Detach & reset | 1.00 EA | | 0.00 | 155.48 | 0.00 | 31.10 | 186.58 |
| Appliances were installed after the walls were painted. | | | | | | | |
| 93. Clean floor - tile | 161.73 SF | | 0.00 | 0.77 | 0.92 | 25.08 | 150.53 |
| 94. Paint base shoe or quarter round - 1 coat | 19.67 LF | | 0.00 | 0.54 | 0.17 | 2.16 | 12.95 |
| 95. Paint baseboard - one coat | 19.67 LF | | 0.00 | 0.93 | 0.17 | 3.70 | 22.16 |
| 96. Seal & paint door or window opening (per side) | 1.00 EA | | 0.00 | 31.14 | 0.51 | 6.32 | 37.97 |
| 97. Seal/prime then paint the walls (2 coats) | 189.36 SF | | 0.00 | 0.95 | 3.60 | 36.70 | 220.19 |
| Paint is continuous from the family room. | | | | | | | |
| 98. Floor protection - heavy paper and tape | 161.73 SF | | 0.00 | 0.43 | 1.08 | 14.12 | 84.74 |
| 99. Mask and prep for paint - plastic, paper, tape (per LF) | 85.83 LF | | 0.00 | 1.37 | 2.20 | 23.96 | 143.75 |
| 100. Final cleaning - construction - Residential | 161.73 SF | | 0.00 | 0.34 | 0.00 | 11.00 | 65.99 |
| Totals: Kitchen | | | | | 8.65 | 263.20 | 1,579.20 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629



**Hallway**                                                                                                     Height: 8' 4"

| | | |
|---|---|---|
| 116.65 | SF Walls | 26.19 SF Ceiling |
| 142.85 | SF Walls & Ceiling | 26.19 SF Floor |
| 2.91 | SY Flooring | 12.25 LF Floor Perimeter |
| 22.50 | LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 1' 6" X 4' | Opens into Exterior |
| Door | 1' 6" X 3' 8" | Opens into Exterior |
| Door | 1' 6" X 4' | Opens into Exterior |
| Door | 1' 6" X 3' 8" | Opens into Exterior |
| Door | 1' 6" X 3' 8" | Opens into Exterior |
| Door | 1' 6" X 4' | Opens into Exterior |
| Door | 2' 4" X 6' 7" | Opens into STAIRS2 |
| Missing Wall | 3' 5" X 8' 4" | Opens into ENTRY1 |



**Subroom: Hallway Offset (1)**                                                              Height: 7' 2"

| | | |
|---|---|---|
| 145.99 | SF Walls | 58.72 SF Ceiling |
| 204.70 | SF Walls & Ceiling | 58.72 SF Floor |
| 6.52 | SY Flooring | 18.17 LF Floor Perimeter |
| 35.00 | LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 7" | Opens into OFFICE |
| Door | 2' 6" X 6' 7" | Opens into BEDROOM_1 |
| Door | 2' 6" X 6' 7" | Opens into MASTER_BEDRO |
| Door | 2' 4" X 6' 7" | Opens into HALLWAY_BATH |
| Missing Wall - Goes to Floor | 3' 5" X 7' 2" | Opens into HALLWAY |
| Door | 2' 6" X 6' 7" | Opens into Exterior |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 101. Door lockset & deadbolt - exterior - Detach & reset | 1.00 EA | | 0.00 | 39.85 | 0.00 | 7.98 | 47.83 |
| 102. Door stop - wall or floor mounted - Detach & reset | 1.00 EA | | 0.00 | 11.08 | 0.00 | 2.22 | 13.30 |
| 103. Door bell/chime - Detach & reset | 1.00 EA | | 0.00 | 62.87 | 0.00 | 12.58 | 75.45 |
| 104. Cabinet knobs or pulls - Detach & reset | 6.00 EA | | 0.00 | 2.79 | 0.00 | 3.34 | 20.08 |
| 105. Remove Security system - key pad | 1.00 EA | | 3.52 | 0.00 | 0.00 | 0.70 | 4.22 |
| 106. Install Security system - key pad | 1.00 EA | | 0.00 | 134.60 | 0.00 | 26.92 | 161.52 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

## CONTINUED - Hallway

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 107. Thermostat - Detach & reset | 1.00 EA | | 0.00 | 51.41 | 0.00 | 10.28 | 61.69 |
| 108. Occupancy sensor - ceiling/wall mounted - Detach & reset | 1.00 EA | | 0.00 | 66.51 | 0.00 | 13.30 | 79.81 |
| 109. R&R Engineered wood flooring | 84.91 SF | | 2.92 | 10.29 | 49.61 | 234.24 | 1,405.51 |
| 110. Concrete grinding | 84.91 SF | | 0.00 | 2.90 | 0.00 | 49.24 | 295.48 |
| Line used to remove adhesive from concrete subfloor. | | | | | | | |
| 111. Floor leveling cement - Average | 84.91 SF | | 0.00 | 2.98 | 8.55 | 52.32 | 313.90 |
| Line used to repair chips and nicks caused to the concrete from engineered floor and adhesive removals. | | | | | | | |
| 112. Add for glued down application over concrete substrate | 84.91 SF | | 1.87 | 1.21 | 7.74 | 53.84 | 323.10 |
| 113. R&R Base shoe | 31.50 LF | | 0.21 | 1.47 | 1.50 | 10.88 | 65.31 |
| 114. Seal & paint base shoe or quarter round | 31.50 LF | | 0.00 | 0.79 | 0.36 | 5.06 | 30.31 |
| 115. R&R Baseboard - 6" | 31.50 LF | | 0.63 | 5.83 | 9.55 | 42.64 | 255.69 |
| 116. Seal & paint baseboard, oversized - two coats | 31.50 LF | | 0.00 | 1.57 | 0.54 | 10.00 | 60.00 |
| 117. Seal & paint door window trim & jamb - per side | 6.00 EA | | 0.00 | 31.05 | 3.00 | 37.86 | 227.16 |
| 118. Seal & paint door slab only (per side) | 6.00 EA | | 0.00 | 37.78 | 5.20 | 46.38 | 278.26 |
| 119. Strip and refinish cabinetry - full ht - inside and out | 5.25 LF | | 0.00 | 117.75 | 12.63 | 126.16 | 756.98 |
| Removal of the baseboards and base shoes installed against the full height will affect the paint finish. | | | | | | | |
| 120. R&R Two coat plaster over 1/2" gypsum core blueboard | 30.83 SF | | 1.36 | 12.21 | 5.36 | 84.74 | 508.46 |
| 121. Seal/prime then paint more than the floor perimeter (2 coats) | 139.42 SF | | 0.00 | 0.95 | 2.65 | 27.04 | 162.14 |
| 122. Texture drywall - smooth / skim coat | 139.42 SF | | 0.00 | 2.05 | 1.46 | 57.46 | 344.73 |
| 123. Paint the walls - one coat | 261.81 SF | | 0.00 | 0.65 | 3.48 | 34.74 | 208.40 |
| 124. Floor protection - heavy paper and tape | 84.91 SF | | 0.00 | 0.43 | 0.56 | 7.42 | 44.49 |
| 125. Mask and prep for paint - plastic, paper, tape (per LF) | 57.50 LF | | 0.00 | 1.37 | 1.48 | 16.06 | 96.32 |
| 126. Final cleaning - construction - Residential | 84.91 SF | | 0.00 | 0.34 | 0.00 | 5.78 | 34.65 |
| Totals: Hallway | | | | | 113.67 | 979.18 | 5,874.79 |



### City Damage Inc.

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629



**Hallway Bathroom**  
**Height: 7' 2"**

| | |
|---|---|
| 124.39 SF Walls | 49.99 SF Ceiling |
| 174.38 SF Walls & Ceiling | 36.65 SF Floor |
| 4.07 SY Flooring | 17.17 LF Floor Perimeter |
| 29.83 LF Ceil. Perimeter | |

**Door**          2' 4" X 6' 7"          **Opens into HALLWAY_OFFS**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 127. Door knob/lockset - Detach & reset | 1.00 EA | | 0.00 | 28.47 | 0.00 | 5.70 | 34.17 |
| 128. Toilet - Reset | 1.00 EA | | 0.00 | 161.76 | 0.68 | 32.50 | 194.94 |
| 129. Toilet paper holder - Detach & reset | 1.00 EA | | 0.00 | 22.14 | 0.00 | 4.42 | 26.56 |
| 130. Towel bar - Detach & reset | 1.00 EA | | 0.00 | 20.97 | 0.00 | 4.20 | 25.17 |
| 131. Mirror - 1/4" plate glass | 15.00 SF | | 0.00 | 18.02 | 16.82 | 57.42 | 344.54 |
| 132. Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | | 0.00 | 15.38 | 0.00 | 6.16 | 36.92 |
| Includes bathroom vent fan cover. | | | | | | | |
| 133. Light fixture - Detach & reset | 1.00 EA | | 0.00 | 66.51 | 0.00 | 13.30 | 79.81 |
| 134. Install Sink - single | 1.00 EA | | 0.00 | 118.12 | 0.00 | 23.62 | 141.74 |
| 135. Install Sink faucet - Bathroom | 1.00 EA | | 0.00 | 84.74 | 0.00 | 16.94 | 101.68 |
| 136. Install P-trap assembly - ABS (plastic) | 1.00 EA | | 0.00 | 59.07 | 0.00 | 11.82 | 70.89 |
| 137. Plumbing fixture supply line | 3.00 EA | | 0.00 | 21.17 | 1.83 | 13.06 | 78.40 |
| 138. Open and close slab for plumbing work | 1.00 EA | | 0.00 | 1,879.68 | 5.58 | 377.06 | 2,262.32 |
| 139. Clean floor - tile | 36.65 SF | | 0.00 | 0.77 | 0.21 | 5.68 | 34.11 |
| 140. Grout sealer | 36.65 SF | | 0.00 | 1.62 | 0.56 | 12.00 | 71.93 |
| 141. T- molding - for wood flooring | 2.50 LF | | 0.00 | 7.66 | 1.59 | 4.16 | 24.90 |
| 142. Base shoe | 17.17 LF | | 0.00 | 1.47 | 0.82 | 5.20 | 31.26 |
| 143. Seal & paint base shoe or quarter round | 17.17 LF | | 0.00 | 0.79 | 0.20 | 2.76 | 16.52 |
| 144. Baseboard - 3 1/4" | 17.17 LF | | 0.00 | 3.74 | 2.55 | 13.36 | 80.13 |
| 145. Seal & paint baseboard - two coats | 17.17 LF | | 0.00 | 1.47 | 0.21 | 5.08 | 30.53 |
| 146. Remove Casing - 3 1/4" | 10.00 LF | 0.63 | 0.00 | 0.00 | 0.00 | 1.26 | 7.56 |
| 147. Casing - 3 1/4" | 17.00 LF | | 0.00 | 3.18 | 3.29 | 11.48 | 68.83 |
| 148. Seal & paint door/window trim & jamb - (per side) | 1.00 EA | | 0.00 | 31.05 | 0.50 | 6.32 | 37.87 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic #1065629

**CONTINUED - Hallway Bathroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 149. Seal & paint door slab only (per side) | 1.00 EA | | 0.00 | 37.78 | 0.87 | 7.74 | 46.39 |
| 150. Plaster patch / small repair - ready for paint | 1.00 EA | | 0.00 | 476.22 | 0.92 | 95.42 | 572.56 |
| Removal of the backsplash and mirror have caused damage to the plaster at the walls. | | | | | | | |
| 151. R&R Two coat plaster over 1/2" gypsum core blueboard | 34.33 SF | | 1.36 | 12.21 | 5.97 | 94.38 | 566.21 |
| 152. Seal the walls w/PVA primer - one coat | 124.39 SF | | 0.00 | 0.57 | 0.71 | 14.32 | 85.93 |
| 153. Texture drywall - smooth / skim coat | 124.39 SF | | 0.00 | 2.05 | 1.30 | 51.26 | 307.56 |
| 154. Paint the walls - two coats | 124.39 SF | | 0.00 | 0.98 | 3.07 | 25.00 | 149.97 |
| 155. Seal/prime then paint the ceiling (2 coats) | 49.99 SF | | 0.00 | 0.95 | 0.95 | 9.70 | 58.14 |
| Removal of the shower wall tile will affect the ceiling paint finish. | | | | | | | |
| 156. Vanity - High grade | 5.00 LF | | 0.00 | 320.05 | 131.13 | 346.28 | 2,077.66 |
| 157. Countertop - Granite or Marble | 14.00 SF | | 0.00 | 67.18 | 36.75 | 195.46 | 1,172.73 |
| Includes backsplash area. | | | | | | | |
| 158. Countertop subdeck - plywood | 9.58 SF | | 0.00 | 4.70 | 2.38 | 9.48 | 56.89 |
| 159. Add on Granite or Marble - edge treatment | 5.00 LF | | 0.00 | 22.74 | 0.00 | 22.74 | 136.44 |
| 160. Floor protection - heavy paper and tape | 36.65 SF | | 0.00 | 0.43 | 0.24 | 3.20 | 19.20 |
| 161. Mask and prep for paint - plastic, paper, tape (per LF) | 29.83 LF | | 0.00 | 1.37 | 0.76 | 8.34 | 49.97 |
| 162. Final cleaning - construction - Residential | 36.65 SF | | 0.00 | 0.34 | 0.00 | 2.50 | 14.96 |
| SHOWER | | | | | | | |
| 163. Bathtub | 1.00 EA | | 0.00 | 889.95 | 38.30 | 185.66 | 1,113.91 |
| 164. Tub/shower faucet - Detach & reset | 1.00 EA | | 0.00 | 225.97 | 0.00 | 45.20 | 271.17 |
| 165. Install Shower curtain rod | 1.00 EA | | 0.00 | 16.60 | 0.00 | 3.32 | 19.92 |
| 166. R&R Ceramic tile - bullnose - 3/4" x 6" | 14.00 LF | | 2.63 | 10.05 | 3.31 | 36.16 | 216.99 |
| 167. R&R Tile - soap dish | 1.00 EA | | 6.24 | 33.77 | 1.03 | 8.20 | 49.24 |
| 168. R&R Tile - shower - up to 60 SF | 1.00 EA | | 149.55 | 1,566.83 | 37.40 | 350.76 | 2,104.54 |
| 169. R&R Mortar bed for tile | 62.14 SF | | 1.82 | 8.44 | 9.92 | 129.50 | 776.97 |
| 170. Seal grout on tile wall | 62.14 SF | | 0.00 | 1.77 | 0.94 | 22.18 | 133.11 |
| 171. Add-on for tile feature strip - High grade | 8.00 LF | | 0.00 | 12.67 | 4.04 | 21.08 | 126.48 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

### CONTINUED - Hallway Bathroom

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Hallway Bathroom | | | | | 314.83 | 2,321.38 | 13,927.72 |



**Coat Closet**                                                      **Height: Sloped**

57.06 SF Walls                    7.43 SF Ceiling
64.49 SF Walls & Ceiling          7.00 SF Floor
0.78 SY Flooring                  8.67 LF Floor Perimeter
10.96 LF Ceil. Perimeter

**Door**                          **2' X 6' 7"**          **Opens into Exterior**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 172. Interior door - Detach & reset - slab only | 1.00 EA | | 0.00 | 24.43 | 0.00 | 4.88 | 29.31 |
| 173. Door knob/lockset - Detach & reset | 1.00 EA | | 0.00 | 28.47 | 0.00 | 5.70 | 34.17 |
| 174. Shelving - Detach & reset | 2.75 LF | | 0.00 | 9.19 | 0.01 | 5.06 | 30.34 |
| 175. Remove Intruder alarm panel | 1.00 EA | | 13.38 | 0.00 | 0.00 | 2.68 | 16.06 |
| 176. Install Intruder alarm panel | 1.00 EA | | 0.00 | 314.36 | 0.00 | 62.88 | 377.24 |
| 177. R&R Engineered wood flooring | 7.00 SF | | 2.92 | 10.29 | 4.09 | 19.30 | 115.86 |
| 178. Concrete grinding | 7.00 SF | | 0.00 | 2.90 | 0.00 | 4.06 | 24.36 |
| ine used to remove adhesive from concrete subfloor. | | | | | | | |
| 179. Floor leveling cement - Average | 7.00 SF | | 0.00 | 2.98 | 0.70 | 4.32 | 25.88 |
| ine used to repair chips and nicks caused to the concrete from engineered floor and adhesive removals. | | | | | | | |
| 180. Add for glued down application over concrete substrate | 7.00 SF | | 1.87 | 1.21 | 0.64 | 4.44 | 26.64 |
| 181. R&R Stair nosing - for wood flooring | 2.75 LF | | 0.48 | 9.69 | 2.21 | 6.04 | 36.22 |
| 182. R&R Base shoe | 8.67 LF | | 0.21 | 1.47 | 0.41 | 2.98 | 17.95 |
| 183. Seal & paint base shoe or quarter round | 8.67 LF | | 0.00 | 0.79 | 0.10 | 1.40 | 8.35 |
| 184. R&R Baseboard - 3 1/4" | 8.67 LF | | 0.56 | 3.74 | 1.29 | 7.72 | 46.30 |
| 185. Seal & paint baseboard - two coats | 8.67 LF | | 0.00 | 1.47 | 0.11 | 2.56 | 15.41 |
| 186. Seal & paint door/window trim & jamb - (per side) | 1.00 EA | | 0.00 | 31.05 | 0.50 | 6.32 | 37.87 |
| 187. Seal & paint door slab only (per side) | 1.00 EA | | 0.00 | 37.78 | 0.87 | 7.74 | 46.39 |

SARGSYAN  1564075-1                                          3/12/2022          Page: 14



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

### CONTINUED - Coat Closet

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 188. Seal & paint closet shelving | 2.75 LF | | 0.00 | 8.87 | 0.38 | 4.96 | 29.73 |
| Shelving is painted with the same paint as the walls. | | | | | | | |
| 189. Seal/prime then paint the floor perimeter (2 coats) | 8.67 SF | | 0.00 | 0.95 | 0.16 | 1.68 | 10.08 |
| 190. Texture drywall - smooth / skim coat | 8.67 SF | | 0.00 | 2.05 | 0.09 | 3.58 | 21.44 |
| To repair areas of the walls which will be affected from baseboard removals. | | | | | | | |
| 191. Paint the walls - one coat | 57.06 SF | | 0.00 | 0.65 | 0.76 | 7.58 | 45.43 |
| 192. Floor protection - heavy paper and tape | 7.00 SF | | 0.00 | 0.43 | 0.05 | 0.62 | 3.68 |
| 193. Mask and prep for paint - plastic, paper, tape (per LF) | 10.96 LF | | 0.00 | 1.37 | 0.28 | 3.06 | 18.36 |
| 194. Final cleaning - construction - Residential | 7.00 SF | | 0.00 | 0.34 | 0.00 | 0.48 | 2.86 |
| Totals: Coat Closet | | | | | 12.65 | 170.04 | 1,019.93 |



**Bedroom 1**                                                                 Height: 8' 4"

263.76 SF Walls                         105.06 SF Ceiling
368.82 SF Walls & Ceiling               105.06 SF Floor
11.67 SY Flooring                       32.83 LF Floor Perimeter
41.00 LF Ceil. Perimeter

| Door | 2' 6" X 6' 7" | Opens into HALLWAY_OFFS |
|---|---|---|
| Window | 6' X 3' | Opens into Exterior |



**Subroom: Bedroom 1 Closet (1)**                                             Height: 8'

84.56 SF Walls                          11.66 SF Ceiling
96.22 SF Walls & Ceiling                11.66 SF Floor
1.30 SY Flooring                        10.33 LF Floor Perimeter
16.00 LF Ceil. Perimeter

| Door | 5' 8" X 8' | Opens into BEDROOM_1 |
|---|---|---|

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 195. Interior door - Detach & reset - slab only | 1.00 EA | | 0.00 | 24.43 | 0.00 | 4.88 | 29.31 |

SARGSYAN_1564075-1                                        3/12/2022        Page: 15



## City Damage Inc.

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

**CONTINUED - Bedroom 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 196. Door knob lockset - Detach & reset | 1.00 EA | | 0.00 | 28.47 | 0.00 | 5.70 | 34.17 |
| 197. Door stop - wall or floor mounted - Detach & reset | 1.00 EA | | 0.00 | 11.08 | 0.00 | 2.22 | 13.30 |
| 198. Detach & Reset Bypass mirrored door set | 1.00 EA | 34.49 | 0.00 | 0.00 | 0.00 | 6.90 | 41.39 |
| 199. Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 64.39 | 0.00 | 12.88 | 77.27 |
| 200. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 15.38 | 0.00 | 3.08 | 18.46 |
| 201. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | | 0.00 | 42.64 | 0.00 | 8.52 | 51.16 |
| 202. Window drapery - hardware - Detach & reset | 1.00 EA | | 0.00 | 42.64 | 0.00 | 8.52 | 51.16 |
| 203. R&R Snaplock Laminate - simulated wood flooring | 116.72 SF | | 1.47 | 6.73 | 34.60 | 198.34 | 1,190.05 |
| 204. R&R Vapor barrier - visqueen - 6mil | 116.72 SF | | 0.11 | 0.40 | 0.67 | 12.04 | 72.24 |
| 205. R&R T- molding - for wood flooring | 2.50 LF | | 0.48 | 7.66 | 1.59 | 4.40 | 26.34 |
| 206. R&R Base shoe | 43.17 LF | | 0.21 | 1.47 | 2.05 | 14.94 | 89.52 |
| 207. Seal & paint base shoe or quarter round | 43.17 LF | | 0.00 | 0.79 | 0.49 | 6.92 | 41.51 |
| 208. R&R Baseboard - 3 1/4" | 43.17 LF | | 0.56 | 3.74 | 6.40 | 38.42 | 230.46 |
| 209. Seal & paint baseboard - two coats | 43.17 LF | | 0.00 | 1.47 | 0.53 | 12.80 | 76.79 |
| 210. Seal & paint door window trim & jamb - (per side) | 1.00 EA | | 0.00 | 31.05 | 0.50 | 6.32 | 37.87 |
| 211. Seal & paint door slab only (per side) | 1.00 EA | | 0.00 | 37.78 | 0.87 | 7.74 | 46.39 |
| 212. Seal & paint door or window opening (per side) | 1.00 EA | | 0.00 | 31.14 | 0.51 | 6.32 | 37.97 |
| 213. Seal & paint door or window opening - Large (per side) | 1.00 EA | | 0.00 | 39.37 | 0.86 | 8.06 | 48.29 |
| 214. R&R Two coat plaster over 1/2" gypsum core blueboard | 8.00 SF | | 1.36 | 12.21 | 1.39 | 22.00 | 131.95 |
| 215. Seal/prime then paint more than the floor perimeter (2 coats) | 71.17 SF | | 0.00 | 0.95 | 1.35 | 13.80 | 82.76 |
| 216. Texture drywall - smooth / skim coat | 71.17 SF | | 0.00 | 2.05 | 0.74 | 29.32 | 175.96 |
| 217. Paint the walls - one coat | 346.43 SF | | 0.00 | 0.65 | 4.61 | 45.96 | 275.75 |
| 218. R&R Closet Organizer - Melamine | 6.00 LF | | 9.37 | 90.88 | 16.56 | 123.62 | 741.68 |

Organizer is installed on top of the laminate flooring and will be affected upon removal.



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

### CONTINUED - Bedroom 1

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 219. Floor protection - heavy paper and tape | 116.72 SF | | 0.00 | 0.43 | 0.78 | 10.20 | 61.17 |
| 220. Mask and prep for paint - plastic, paper, tape (per LF) | 57.00 LF | | 0.00 | 1.37 | 1.46 | 15.92 | 95.47 |
| 221. Final cleaning - construction - Residential | 116.72 SF | | 0.00 | 0.34 | 0.00 | 7.94 | 47.62 |
| Totals: Bedroom 1 | | | | | 75.96 | 637.76 | 3,826.01 |



**Master Bedroom**                                          **Height: 8'**

| 516.88 SF Walls | 246.94 SF Ceiling |
|---|---|
| 763.82 SF Walls & Ceiling | 246.94 SF Floor |
| 27.44 SY Flooring | 65.25 LF Floor Perimeter |
| 79.17 LF Ceil. Perimeter | |

| Window | 6' 11" X 4' 7" | Opens into Exterior |
|---|---|---|
| Door | 2' 6" X 6' 7" | Opens into Exterior |
| Door | 2' 6" X 6' 7" | Opens into HALLWAY_OFFS |



**Subroom: Master Closet (1)**                                **Height: 8'**

| 174.91 SF Walls | 24.45 SF Ceiling |
|---|---|
| 199.35 SF Walls & Ceiling | 24.45 SF Floor |
| 2.72 SY Flooring | 20.45 LF Floor Perimeter |
| 28.45 LF Ceil. Perimeter | |

| Door | 4' X 6' 7" | Opens into MASTER_BEDRO |
|---|---|---|
| Door | 4' X 6' 7" | Opens into MASTER_BEDRO |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 222. Interior door - Detach & reset - slab only | 1.00 EA | | 0.00 | 24.43 | 0.00 | 4.88 | 29.31 |
| 223. Door knob/lockset - Detach & reset | 1.00 EA | | 0.00 | 28.47 | 0.00 | 5.70 | 34.17 |
| 224. Door stop - wall or floor mounted - Detach & reset | 1.00 EA | | 0.00 | 11.08 | 0.00 | 2.22 | 13.30 |
| 225. Detach & Reset Bypass mirrored door set | 2.00 EA | 34.49 | 0.00 | 0.00 | 0.00 | 13.80 | 82.78 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
p. 3065629

## CONTINUED - Master Bedroom

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 226. TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 EA | | 0.00 | 57.12 | 0.00 | 11.42 | 68.54 |
| 227. Special Systems - Electrician - per hour | 0.50 HR | | 0.00 | 124.27 | 0.00 | 12.42 | 74.56 |
| Time to detach and reset the TV / Wire Setup. | | | | | | | |
| 228. Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 64.39 | 0.00 | 12.88 | 77.27 |
| 229. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 15.38 | 0.00 | 3.08 | 18.46 |
| 230. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | | 0.00 | 42.64 | 0.00 | 8.52 | 51.16 |
| 231. Window drapery - hardware - Detach & reset | 1.00 EA | | 0.00 | 42.64 | 0.00 | 8.52 | 51.16 |
| 232. R&R Snaplock Laminate - simulated wood flooring | 271.39 SF | | 1.47 | 6.73 | 80.44 | 461.16 | 2,766.99 |
| 233. R&R Vapor barrier - visqueen - 6mil | 271.39 SF | | 0.11 | 0.40 | 1.55 | 28.02 | 167.98 |
| 234. R&R shoe molding - for wood flooring | 5.00 LF | | 0.48 | 7.66 | 3.18 | 8.78 | 52.66 |
| 235. R&R Base shoe | 85.70 LF | | 0.21 | 1.47 | 4.07 | 29.62 | 177.67 |
| 236. Seal & paint base shoe or quarter round | 85.70 LF | | 0.00 | 0.79 | 0.98 | 13.74 | 82.42 |
| 237. R&R Baseboard - 6" | 85.70 LF | | 0.63 | 5.83 | 25.97 | 115.92 | 695.51 |
| 238. Seal & paint baseboard, oversized - two coats | 85.70 LF | | 0.00 | 1.57 | 1.47 | 27.22 | 163.24 |
| 239. Seal & paint door/window trim & jamb - (per side) | 2.00 EA | | 0.00 | 31.05 | 1.00 | 12.62 | 75.72 |
| 240. Seal & paint door slab only (per side) | 2.00 EA | | 0.00 | 37.78 | 1.73 | 15.46 | 92.75 |
| 241. Seal & paint door or window opening (per side) | 1.00 EA | | 0.00 | 31.14 | 0.51 | 6.32 | 37.97 |
| 242. Seal & paint door or window opening - Large (per side) | 2.00 EA | | 0.00 | 39.37 | 1.71 | 16.08 | 96.53 |
| 243. Seal & paint closet shelving | 14.25 LF | | 0.00 | 8.87 | 1.99 | 25.68 | 154.07 |
| Shelving is painted with the same paint as the walls. | | | | | | | |
| 244. R&R Two coat plaster over 1/2" gypsum core blueboard | 55.50 SF | | 1.36 | 12.21 | 9.65 | 152.58 | 915.37 |
| 245. Seal/prime then paint more than the floor perimeter (3 coats) | 279.95 SF | | 0.00 | 0.95 | 5.32 | 54.26 | 325.53 |
| 246. Texture drywall - smooth / skim coat | 279.95 SF | | 0.00 | 2.05 | 2.93 | 115.36 | 692.19 |
| 247. Paint the walls - one coat | 691.79 SF | | 0.00 | 0.65 | 9.20 | 91.78 | 550.64 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

### CONTINUED - Master Bedroom

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 248. Floor protection - heavy paper and tape | 271.39 SF | | 0.00 | 0.43 | 1.81 | 23.70 | 142.21 |
| 249. Mask and prep for paint - plastic, paper, tape (per LF) | 107.61 LF | | 0.00 | 1.37 | 2.76 | 30.04 | 180.23 |
| 250. Final cleaning - post-construction - residential | 271.39 SF | | 0.00 | 0.34 | 0.00 | 18.46 | 110.73 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Master Bedroom | | | | | 156.27 | 1,330.24 | 7,981.12 |



**Office**                                                    **Height: 8' 4"**

|  |  |
|---|---|
| 263.29 SF Walls | 105.06 SF Ceiling |
| 368.35 SF Walls & Ceiling | 105.06 SF Floor |
| 11.67 SY Flooring | 32.92 LF Floor Perimeter |
| 41.00 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Window | 5' 9" X 3' | Opens into Exterior |
| Door | 2' 6" X 6' 7" | Opens into HALLWAY_OFFS |



**Subroom: Office Closet (1)**                                **Height: 8' 4"**

|  |  |
|---|---|
| 85.89 SF Walls | 11.34 SF Ceiling |
| 97.23 SF Walls & Ceiling | 11.34 SF Floor |
| 1.26 SY Flooring | 10.08 LF Floor Perimeter |
| 15.67 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 5' 7" X 8' | Opens into OFFICE |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 251. Interior door - Detach & reset - slab only | 1.00 EA | | 0.00 | 24.43 | 0.00 | 4.88 | 29.31 |
| 252. Door knob/lockset - Detach & reset | 1.00 EA | | 0.00 | 28.47 | 0.00 | 5.70 | 34.17 |
| 253. Door stop - wall or floor mounted - Detach & reset | 1.00 EA | | 0.00 | 11.08 | 0.00 | 2.22 | 13.30 |
| 254. Detach & Reset Bypass mirrored door set | 1.00 EA | 34.49 | 0.00 | 0.00 | 0.00 | 6.90 | 41.39 |
| 255. Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 64.39 | 0.00 | 12.88 | 77.27 |
| 256. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 15.38 | 0.00 | 3.08 | 18.46 |



**City Damage Inc.**

14340 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

**CONTINUED - Office**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 257. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | | 0.00 | 42.64 | 0.00 | 8.52 | 51.16 |
| 258. Window drapery - hardware - Detach & reset | 1.00 EA | | 0.00 | 42.64 | 0.00 | 8.52 | 51.16 |
| 259. R&R Snaplock Laminate - simulated wood flooring | 116.40 SF | | 1.47 | 6.73 | 34.50 | 197.80 | 1,186.78 |
| 260. R&R Vapor barrier - visqueen - 6mil | 116.40 SF | | 0.11 | 0.40 | 0.66 | 12.02 | 72.04 |
| 261. R&R T - molding - for wood flooring | 2.50 LF | | 0.48 | 7.66 | 1.59 | 4.40 | 26.34 |
| 262. R&R Base shoe | 43.00 LF | | 0.21 | 1.47 | 2.04 | 14.84 | 89.12 |
| 263. Seal & paint base shoe or quarter round | 43.00 LF | | 0.00 | 0.79 | 0.49 | 6.90 | 41.36 |
| 264. R&R Baseboard - 3 1/4" | 43.00 LF | | 0.56 | 3.74 | 6.37 | 38.26 | 229.53 |
| 265. Seal & paint baseboard - two coats | 43.00 LF | | 0.00 | 1.47 | 0.53 | 12.74 | 76.48 |
| 266. Seal & paint door/window trim & jamb - (per side) | 1.00 EA | | 0.00 | 31.05 | 0.50 | 6.32 | 37.87 |
| 267. Seal & paint door slab only (per side) | 1.00 EA | | 0.00 | 37.78 | 0.87 | 7.74 | 46.39 |
| 268. Seal & paint door or window opening (per side) | 1.00 EA | | 0.00 | 31.14 | 0.51 | 6.32 | 37.97 |
| 269. Seal & paint door or window opening - Large (per side) | 1.00 EA | | 0.00 | 39.37 | 0.86 | 8.06 | 48.29 |
| 270. Seal & paint closet shelving | 12.00 LF | | 0.00 | 8.87 | 1.68 | 21.62 | 129.74 |
| Shelving is painted with the same paint as the walls. | | | | | | | |
| 271. R&R Two coat plaster over 1/2" gypsum core blueboard | 10.83 SF | | 1.36 | 12.21 | 1.88 | 29.76 | 178.60 |
| 272. Seal/prime then paint more than the floor perimeter (2 coats) | 80.92 SF | | 0.00 | 0.95 | 1.54 | 15.68 | 94.09 |
| 273. Texture drywall - smooth / skim coat | 80.92 SF | | 0.00 | 2.05 | 0.85 | 33.36 | 200.10 |
| 274. Paint the walls - one coat | 349.18 SF | | 0.00 | 0.65 | 4.64 | 46.32 | 277.93 |
| 275. Floor protection - heavy paper and tape | 116.40 SF | | 0.00 | 0.43 | 0.77 | 10.18 | 61.00 |
| 276. Mask and prep for paint - plastic, paper, tape (per LF) | 56.67 LF | | 0.00 | 1.37 | 1.45 | 15.82 | 94.91 |
| 277. Final cleaning - construction - Residential | 116.40 SF | | 0.00 | 0.34 | 0.00 | 7.92 | 47.50 |
| Totals: Office | | | | | 61.73 | 548.76 | 3,292.26 |



### City Damage Inc.

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629



| Stairs | Height: Peaked |
|---|---|
| 95.07 SF Walls | 19.30 SF Ceiling |
| 114.37 SF Walls & Ceiling | 19.53 SF Floor |
| 2.17 SY Flooring | 9.42 LF Floor Perimeter |
| 15.97 LF Ceil. Perimeter | |

| Missing Wall | 3' 1" X 9' 6" | Opens into ENTRY |
|---|---|---|



| Subroom: Stairs (1) | Height: 17' 4" |
|---|---|
| 16.50 SF Walls & Ceiling | 16.50 SF Ceiling |
| 3.80 SY Flooring | 34.17 SF Floor |

| Missing Wall | 3' X 17' 4" | Opens into ENTRY1 |
|---|---|---|
| Missing Wall | 3' X 17' 4" | Opens into LANDING |



| Subroom: Stairs2 (2) | Height: 12' 10" |
|---|---|
| 56.98 SF Walls | 16.00 SF Ceiling |
| 72.98 SF Walls & Ceiling | 34.72 SF Floor |
| 3.86 SY Flooring | 6.45 LF Floor Perimeter |
| 5.33 LF Ceil. Perimeter | |

| Missing Wall | 3' X 12' 10" | Opens into LANDING |
|---|---|---|
| Door | 2' 4" X 6' 7" | Opens into HALLWAY |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 278. R&R Engineered wood flooring | 19.00 SF | | 2.92 | 10.29 | 11.10 | 52.42 | 314.51 |
| 279. R&R Engineered wood flooring - step charge (tread and riser) | 39.00 LF | | 2.08 | 30.12 | 75.51 | 266.26 | 1,597.57 |
| 280. Add for glued down application over wood substrate | 88.42 SF | | 3.75 | 1.21 | 8.06 | 89.34 | 535.97 |
| 281. R&R Baseboard - 3 1/4" | 33.08 LF | | 0.56 | 3.74 | 4.90 | 29.42 | 176.56 |

Includes baseboards at the outer side of the stairs.



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

**CONTINUED - Stairs**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 282. Seal & paint baseboard - two coats | 33.08 LF | | 0.00 | 1.47 | 0.41 | 9.80 | 58.84 |
| 283. Balustrade - Poweder Coat | 73.50 SF | | 0.00 | 7.00 | 20.04 | 106.90 | 641.44 |
| 284. Seal/prime then paint the surface area (2 coats) | 9.50 SF | | 0.00 | 0.95 | 0.18 | 1.84 | 11.05 |
| 285. Texture drywall - smooth / skim coat | 9.50 SF | | 0.00 | 2.05 | 0.10 | 3.92 | 23.50 |
| 286. Paint the walls - one coat | 152.05 SF | | 0.00 | 0.65 | 2.02 | 20.16 | 121.01 |
| 287. Floor protection - heavy paper and tape | 88.42 SF | | 0.00 | 0.43 | 0.59 | 7.72 | 46.33 |
| 288. Mask and prep for paint - plastic, paper, tape (per LF) | 15.04 LF | | 0.00 | 1.37 | 0.39 | 4.20 | 25.19 |
| 289. Final cleaning - construction - Residential | 88.42 SF | | 0.00 | 0.34 | 0.00 | 6.02 | 36.08 |
| Totals: Stairs | | | | | 123.30 | 598.00 | 3,588.05 |
| Total: 1st Floor | | | | | 1,672.81 | 12,814.64 | 76,884.47 |

**2nd Floor**

**Stairs Landing**                                                        Height: 8' 4"

| 67.37 SF Walls | 22.17 SF Ceiling |
|---|---|
| 89.53 SF Walls & Ceiling | 22.17 SF Floor |
| 2.46 SY Flooring | 14.25 LF Floor Perimeter |
| 10.08 LF Ceil. Perimeter | |

| Missing Wall - Goes to Ceiling | 3' 7" X 8' 3" | Opens into Exterior |
|---|---|---|
| Missing Wall - Goes to Ceiling | 3' 2" X 8' 3" | Opens into Exterior |
| Missing Wall | 6" X 8' 4" | Opens into STAIRS_LANDI |
| Missing Wall | 3' 2" X 8' 4" | Opens into Exterior |
| Missing Wall - Goes to Floor | 2' 7" X 6' 8" | Opens into HALLWAY |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 290. R&R Engineered wood flooring | 22.17 SF | | 2.92 | 10.29 | 12.95 | 61.16 | 366.98 |
| 291. Add for glued down application over wood substrate | 22.17 SF | | 3.75 | 1.21 | 2.02 | 22.38 | 134.37 |
| 292. R&R Baseboard - 3 1/4" | 14.08 LF | | 0.56 | 3.74 | 2.09 | 12.54 | 75.17 |
| 293. Seal & paint baseboard - two coats | 14.08 LF | | 0.00 | 1.47 | 0.17 | 4.18 | 25.05 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

## CONTINUED - Stairs Landing

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 294. Seal & paint door or window opening (per side) | 1.00 EA | | 0.00 | 31.14 | 0.51 | 6.32 | 37.97 |
| 295. Seal-prime then paint the floor perimeter (2 coats) | 14.08 SF | | 0.00 | 0.95 | 0.27 | 2.74 | 16.39 |
| 296. Texture drywall - smooth / skim coat | 14.08 SF | | 0.00 | 2.05 | 0.15 | 5.82 | 34.83 |
| To repair areas of the walls which will be affected from baseboard removals. | | | | | | | |
| 297. Paint the walls - one coat | 65.98 SF | | 0.00 | 0.65 | 0.88 | 8.76 | 52.53 |
| 298. Floor protection - heavy paper and tape | 22.17 SF | | 0.00 | 0.43 | 0.15 | 1.94 | 11.62 |
| 299. Mask and prep for paint - plastic, paper, tape (per LF) | 9.92 LF | | 0.00 | 1.37 | 0.25 | 2.78 | 16.62 |
| 300. Final cleaning - construction - Residential | 22.17 SF | | 0.00 | 0.34 | 0.00 | 1.50 | 9.04 |
| Totals: Stairs Landing | | | | | 19.44 | 130.12 | 780.57 |



| **Hallway** | | **Height: 8' 4"** |
|---|---|---|
| 107.21 SF Walls | | 37.09 SF Ceiling |
| 144.30 SF Walls & Ceiling | | 37.09 SF Floor |
| 4.12 SY Flooring | | 10.33 LF Floor Perimeter |
| 26.33 LF Ceil. Perimeter | | |

| **Missing Wall - Goes to Floor** | 2' 7" X 6' 8" | **Opens into STAIRS_LAND1** |
|---|---|---|
| **Door** | 2' 4" X 6' 7" | **Opens into Exterior** |
| **Door** | 2' 6" X 6' 7" | **Opens into BEDROOM_3** |
| **Door** | 2' 6" X 6' 7" | **Opens into BEDROOM_2** |



| **Subroom: Closet (2)** | | **Height: 8' 4"** |
|---|---|---|
| 65.07 SF Walls | | 6.63 SF Ceiling |
| 71.69 SF Walls & Ceiling | | 6.63 SF Floor |
| 0.74 SY Flooring | | 7.42 LF Floor Perimeter |
| 11.83 LF Ceil. Perimeter | | |

| **Missing Wall - Goes to Floor** | 4' 5" X 4' 6" | **Opens into HALLWAY** |
|---|---|---|
| **Door** | 2' X 3' 5" | **Opens into HALLWAY** |
| **Door** | 2' X 3' 5" | **Opens into HALLWAY** |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

**CONTINUED - Hallway**

**Subroom: Closet (1)**                                                                 Height: 8' 4"

84.03 SF Walls                                6.50 SF Ceiling
90.53 SF Walls & Ceiling                      6.50 SF Floor
0.72 SY Flooring                             10.00 LF Floor Perimeter
11.67 LF Ceil. Perimeter

| Door | 1' 8" X 2' 5" | Opens into HALLWAY |
| Door | 1' 8" X 5' 6" | Opens into HALLWAY |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 301. Door knob/lockset - Detach & reset | 1.00 EA | | 0.00 | 28.47 | 0.00 | 5.70 | 34.17 |
| 302. Cabinet knobs or pulls - Detach & reset | 6.00 EA | | 0.00 | 2.79 | 0.00 | 3.34 | 20.08 |
| 303. Remove Security system - key pad | 1.00 EA | | 3.52 | 0.00 | 0.00 | 0.70 | 4.22 |
| 304. Install Security system - key pad | 1.00 EA | | 0.00 | 134.60 | 0.00 | 26.92 | 161.52 |
| 305. Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 64.39 | 0.00 | 12.88 | 77.27 |
| 306. Occupancy sensor - ceiling/wall mounted - Detach & reset | 1.00 EA | | 0.00 | 66.51 | 0.00 | 13.30 | 79.81 |
| 307. R&R Engineered wood flooring | 50.22 SF | | 2.92 | 10.29 | 29.34 | 138.54 | 831.28 |
| 308. Add for glued down application over wood substrate | 50.22 SF | | 3.75 | 1.21 | 4.58 | 50.74 | 304.42 |
| 309. R&R Baseboard - 3 1/4" | 27.75 LF | | 0.56 | 3.74 | 4.11 | 24.68 | 148.12 |
| 310. Seal & paint baseboard - two coats | 27.75 LF | | 0.00 | 1.47 | 0.34 | 8.22 | 49.35 |
| 311. Seal & paint door/window trim & jamb - (per side) | 3.00 EA | | 0.00 | 31.05 | 1.50 | 18.94 | 113.59 |
| 312. Seal & paint door slab only (per side) | 3.00 EA | | 0.00 | 37.78 | 2.60 | 23.18 | 139.12 |
| 313. Seal & paint door or window opening (per side) | 1.00 EA | | 0.00 | 31.14 | 0.51 | 6.32 | 37.97 |
| 314. Strip & refinish cabinetry - lower - inside and out | 4.75 LF | | 0.00 | 85.45 | 5.35 | 82.26 | 493.50 |
| 315. Strip & refinish cabinetry - upper - inside and out | 4.75 LF | | 0.00 | 71.52 | 4.77 | 68.90 | 413.39 |
| 316. Strip and refinish cabinetry - full ht - inside and out | 2.25 LF | | 0.00 | 117.75 | 5.41 | 54.06 | 324.41 |

Removal of the baseboards and base shoes installed against the full height will affect the paint finish.

| 317. Seal/prime then paint the floor perimeter (2 coats) | 27.75 SF | | 0.00 | 0.95 | 0.53 | 5.38 | 32.27 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

### CONTINUED - Hallway

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 318.  Texture drywall - smooth / skim coat | 27.75 SF | | 0.00 | 2.05 | 0.29 | 11.44 | 68.62 |
| To repair areas of the walls which will be affected from baseboard removals. | | | | | | | |
| 319.  Paint the walls - one coat | 256.31 SF | | 0.00 | 0.65 | 3.41 | 34.00 | 204.01 |
| 320.  Floor protection - heavy paper and tape | 50.22 SF | | 0.00 | 0.43 | 0.33 | 4.38 | 26.30 |
| 321.  Mask and prep for paint - plastic, paper, tape (per LF) | 49.83 LF | | 0.00 | 1.37 | 1.28 | 13.92 | 83.47 |
| 322.  Final cleaning - construction - Residential | 50.22 SF | | 0.00 | 0.34 | 0.00 | 3.42 | 20.49 |

| Totals:  Hallway | | | | | 64.35 | 611.22 | 3,667.38 |
|---|---|---|---|---|---|---|---|

---

**Bedroom 2**                  **Height: 8'**



|  |  |
|---|---|
| 307.40 SF Walls | 181.04 SF Ceiling |
| 488.44 SF Walls & Ceiling | 181.04 SF Floor |
| 20.12 SY Flooring | 39.92 LF Floor Perimeter |
| 53.83 LF Ceil. Perimeter | |

| Door | 5' 10" X 7' 7" | Opens into Exterior |
|---|---|---|
| Door | 5' 7" X 7' 7" | Opens into Exterior |
| Door | 2' 6" X 6' 7" | Opens into HALLWAY |
| Window | 2' 2" X 2' 7" | Opens into Exterior |
| Window | 3' 6" X 2' 7" | Opens into Exterior |
| Window | 2' 2" X 2' 7" | Opens into Exterior |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 323.  Interior door - Detach & reset - slab only | 1.00 EA | | 0.00 | 24.43 | 0.00 | 4.88 | 29.31 |
| 324.  Door knob lockset - Detach & reset | 1.00 EA | | 0.00 | 28.47 | 0.00 | 5.70 | 34.17 |
| 325.  Door stop - spring or floor mounted - Detach & reset | 1.00 EA | | 0.00 | 11.08 | 0.00 | 2.22 | 13.30 |
| 326.  Detach & Reset Bypass mirrored door set | 2.00 EA | 34.49 | 0.00 | 0.00 | 0.00 | 13.80 | 82.78 |
| 327.  Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 64.39 | 0.00 | 12.88 | 77.27 |
| 328.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 15.38 | 0.00 | 3.08 | 18.46 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

**CONTINUED - Bedroom 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 329. Window blind - horizontal or vertical - Part of replace | 1.00 EA | | 0.00 | 42.64 | 0.00 | 8.52 | 51.16 |
| 330. R&R Engineered wood flooring | 181.04 SF | | 2.92 | 10.29 | 105.77 | 499.46 | 2,996.77 |
| 331. Add for glued down application over wood substrate | 181.04 SF | | 3.75 | 1.21 | 16.51 | 182.90 | 1,097.37 |
| 332. R&R Base shoe | 39.92 LF | | 0.21 | 1.47 | 1.90 | 13.80 | 82.76 |
| 333. Seal & paint base shoe or quarter round | 39.92 LF | | 0.00 | 0.79 | 0.46 | 6.40 | 38.40 |
| 334. R&R Baseboard - 3 1/4" | 39.92 LF | | 0.56 | 3.74 | 5.92 | 35.52 | 213.10 |
| 335. Seal & paint baseboard - two coats | 39.92 LF | | 0.00 | 1.47 | 0.49 | 11.84 | 71.01 |
| 336. Seal & paint door/window trim & jamb - (per side) | 1.00 EA | | 0.00 | 31.05 | 0.50 | 6.32 | 37.87 |
| 337. Seal & paint door slab only (per side) | 1.00 EA | | 0.00 | 37.78 | 0.87 | 7.74 | 46.39 |
| 338. Seal & paint door or window opening (per side) | 1.00 EA | | 0.00 | 31.14 | 0.51 | 6.32 | 37.97 |
| 339. Seal & paint door or window opening - Large (per side) | 2.00 EA | | 0.00 | 39.37 | 1.71 | 16.08 | 96.53 |
| 340. Seal, prime then paint the floor perimeter (2 coats) | 39.92 SF | | 0.00 | 0.95 | 0.76 | 7.74 | 46.42 |
| 341. Texture drywall - smooth / skim coat | 39.92 SF | | 0.00 | 2.05 | 0.42 | 16.44 | 98.70 |
| To repair areas of the walls which will be affected from baseboard removals. | | | | | | | |
| 342. Paint the walls - one coat | 307.40 SF | | 0.00 | 0.65 | 4.09 | 40.78 | 244.68 |
| 343. R&R Closet Organizer - Melamine | 12.75 LF | | 9.37 | 90.88 | 35.19 | 262.68 | 1,576.06 |
| Organizer is installed on top of the engineered wood flooring and will be affected upon removal. | | | | | | | |
| 344. Floor protection - heavy paper and tape | 181.04 SF | | 0.00 | 0.43 | 1.20 | 15.82 | 94.87 |
| 345. Mask and prep for paint - plastic, paper, tape (per LF) | 53.83 LF | | 0.00 | 1.37 | 1.38 | 15.04 | 90.17 |
| 346. Final cleaning - construction - Residential | 181.04 SF | | 0.00 | 0.34 | 0.00 | 12.32 | 73.87 |
| Totals: Bedroom 2 | | | | | 177.68 | 1,208.28 | 7,249.39 |



## City Damage Inc.

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

| Bedroom 3 | | Height: 8' |
|---|---|---|
| 332.73 SF Walls | | 182.19 SF Ceiling |
| 514.92 SF Walls & Ceiling | | 182.19 SF Floor |
| 20.24 SY Flooring | | 43.33 LF Floor Perimeter |
| 54.00 LF Ceil. Perimeter | | |

| Window | 2' 2" X 2' 7" | Opens into Exterior |
|---|---|---|
| Window | 3' 9" X 2' 7" | Opens into Exterior |
| Window | 2' 2" X 2' 7" | Opens into Exterior |
| Door | 2' 6" X 6' 7" | Opens into HALLWAY |
| door | 8' 2" X 7' 7" | Opens into Exterior |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 347. Interior door - Detach & reset - slab only | 1.00 EA | | 0.00 | 24.43 | 0.00 | 4.88 | 29.31 |
| 348. Door knob lockset - Detach & reset | 1.00 EA | | 0.00 | 28.47 | 0.00 | 5.70 | 34.17 |
| 349. Door stop - wall or floor mounted - Detach & reset | 1.00 EA | | 0.00 | 11.08 | 0.00 | 2.22 | 13.30 |
| 350. Detach & Reset Bypass mirrored door set | 1.00 EA | 34.49 | 0.00 | 0.00 | 0.00 | 6.90 | 41.39 |
| 351. Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 64.39 | 0.00 | 12.88 | 77.27 |
| 352. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 15.38 | 0.00 | 3.08 | 18.46 |
| 353. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | | 0.00 | 42.64 | 0.00 | 8.52 | 51.16 |
| 354. R&R Engineered wood flooring | 182.19 SF | | 2.92 | 10.29 | 106.44 | 502.62 | 3,015.79 |
| 355. Add for glued down application over wood substrate | 182.19 SF | | 3.75 | 1.21 | 16.62 | 184.06 | 1,104.34 |
| 356. R&R Base shoe | 43.33 LF | | 0.21 | 1.47 | 2.06 | 14.98 | 89.84 |
| 357. Seal & paint base shoe or quarter round | 43.33 LF | | 0.00 | 0.79 | 0.49 | 6.94 | 41.66 |
| 358. R&R Baseboard - 3 1/4" | 43.33 LF | | 0.56 | 3.74 | 6.42 | 38.56 | 231.29 |
| 359. Seal & paint baseboard - two coats | 43.33 LF | | 0.00 | 1.47 | 0.53 | 12.84 | 77.07 |
| 360. Seal & paint door window trim & jamb - (per side) | 1.00 EA | | 0.00 | 31.05 | 0.50 | 6.32 | 37.87 |
| 361. Seal & paint door slab only (per side) | 1.00 EA | | 0.00 | 37.78 | 0.87 | 7.74 | 46.39 |
| 362. Seal & paint door or window opening (per side) | 1.00 EA | | 0.00 | 31.14 | 0.51 | 6.32 | 37.97 |
| 363. Seal & paint door or window opening - Large (per side) | 1.00 EA | | 0.00 | 39.37 | 0.86 | 8.06 | 48.29 |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

**CONTINUED - Bedroom 3**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 364. Seal & paint closet shelving | 29.00 LF | | 0.00 | 8.87 | 4.05 | 52.26 | 313.54 |
| Shelving is painted with the same paint as the walls. Includes shoe rack. | | | | | | | |
| 365. Seal/prime then paint the floor perimeter (2 coats) | 43.33 SF | | 0.00 | 0.95 | 0.82 | 8.40 | 50.38 |
| 366. Texture drywall - smooth / skim coat | 43.33 SF | | 0.00 | 2.05 | 0.45 | 17.86 | 107.14 |
| To repair areas of the walls which will be affected from baseboard removals. | | | | | | | |
| 367. Paint the walls - one coat | 332.73 SF | | 0.00 | 0.65 | 4.43 | 44.14 | 264.84 |
| 368. Floor protection - heavy paper and tape | 182.19 SF | | 0.00 | 0.43 | 1.21 | 15.90 | 95.45 |
| 369. Mask and prep for paint - plastic, paper, tape (per LF) | 54.00 LF | | 0.00 | 1.37 | 1.39 | 15.08 | 90.45 |
| 370. Final cleaning - construction - Residential | 182.19 SF | | 0.00 | 0.34 | 0.00 | 12.38 | 74.32 |
| Totals: Bedroom 3 | | | | | 147.65 | 998.64 | 5,991.69 |
| Total: 2nd Floor | | | | | 409.12 | 2,948.26 | 17,689.03 |
| Line Item Totals: SARGSYAN_1564075-1 | | | | | 2,081.93 | 15,762.90 | 94,573.50 |

| Additional Charges | Charge |
|---|---|
| California Lumber Assessment Fee | 0.23 |
| **Additional Charges Total** | **$0.23** |

**Grand Total Areas:**

| | | |
|---|---|---|
| 4,499.87 SF Walls | 2,213.03 SF Ceiling | 6,712.90 SF Walls and Ceiling |
| 2,097.66 SF Floor | 233.07 SY Flooring | 522.90 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 809.00 LF Ceil. Perimeter |
| | | |
| 2,097.66 Floor Area | 2,325.39 Total Area | 4,463.62 Interior Wall Area |
| 2,613.59 Exterior Wall Area | 352.83 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 76,728.67 |
| California Lumber Assessment Fee | 0.23 |
| Material Sales Tax | 2,081.93 |
| Subtotal | 78,810.83 |
| Overhead | 7,881.47 |
| Profit | 7,881.47 |
| **Replacement Cost Value** | **$94,573.77** |
| **Net Claim** | **$94,573.77** |

Hayk Badalyan



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic# 1065629

### Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Material Sales Tax (9.5%) | Storage Rental Tax (9.5%) |
|---|---|---|---|---|
| Line Items | 7,881.45 | 7,881.45 | 2,081.93 | 0.00 |
| Additional Charges | 0.02 | 0.02 | 0.00 | 0.00 |
| **Total** | **7,881.47** | **7,881.47** | **2,081.93** | **0.00** |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic#1065629

## Recap by Room

Estimate: SARGSYAN_1564075-1

| Area: 1st Floor | | |
|---|---|---|
| | 6,200.46 | 8.08% |
| Entry | 2,806.33 | 3.66% |
| Living Room | 8,445.94 | 11.01% |
| Dining Room | 4,090.54 | 5.33% |
| Family Room | 7,480.29 | 9.75% |
| Kitchen | 1,307.35 | 1.70% |
| Hallway | 4,781.94 | 6.23% |
| Hallway Bathroom | 11,291.51 | 14.72% |
| Coat Closet | 837.24 | 1.09% |
| Bedroom 1 | 3,112.29 | 4.06% |
| Master Bedroom | 6,494.61 | 8.46% |
| Office | 2,681.77 | 3.50% |
| Stairs | 2,866.75 | 3.74% |
| | | |
| Area Subtotal:  1st Floor | 62,397.02 | 81.32% |

| Area: 2nd Floor | | |
|---|---|---|
| Stairs Landing | 631.01 | 0.82% |
| Hallway | 2,991.81 | 3.90% |
| Bedroom 2 | 5,863.43 | 7.64% |
| Bedroom 3 | 4,845.40 | 6.31% |
| | | |
| Area Subtotal:  2nd Floor | 14,331.65 | 18.68% |
| Subtotal of Areas | 76,728.67 | 100.00% |
| | | |
| Total | 76,728.67 | 100.00% |



**City Damage Inc.**

14300 Oxnard St.
Van Nuys, CA 91401
888 388 6655 Office
818 441 5413 Fax
Lic# 1065629

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| APPLIANCES | 642.74 | 0.68% |
| CABINETRY | 2,732.98 | 2.89% |
| CLEANING | 865.95 | 0.92% |
| GENERAL DEMOLITION | 9,991.96 | 10.57% |
| DOORS | 388.01 | 0.41% |
| DRYWALL | 2,149.62 | 2.27% |
| ELECTRICAL | 984.45 | 1.04% |
| ELECTRICAL - SPECIAL SYSTEMS | 438.64 | 0.46% |
| FLOOR COVERING - CERAMIC TILE | 2,654.20 | 2.81% |
| FLOOR COVERING - WOOD | 23,192.53 | 24.52% |
| FINISH CARPENTRY / TRIMWORK | 4,744.33 | 5.02% |
| FINISH HARDWARE | 508.04 | 0.54% |
| HAZARDOUS MATERIAL REMEDIATION | 852.00 | 0.90% |
| HEAT, VENT & AIR CONDITIONING | 241.59 | 0.26% |
| LABOR ONLY | 3,636.96 | 3.85% |
| LIGHT FIXTURES | 66.51 | 0.07% |
| MIRRORS & SHOWER DOORS | 385.20 | 0.41% |
| INTERIOR LATH & PLASTER | 2,445.93 | 2.59% |
| PLUMBING | 3,482.80 | 3.68% |
| PAINTING | 11,337.40 | 11.99% |
| SPECIALTY ITEMS | 514.50 | 0.54% |
| TILE | 2,477.11 | 2.62% |
| TEMPORARY REPAIRS | 1,204.50 | 1.27% |
| WINDOW TREATMENT | 790.72 | 0.84% |
| O&P Items Subtotal | 76,728.67 | 81.13% |
| Permits and Fees | 0.23 | 0.00% |
| Material Sales Tax | 2,081.93 | 2.20% |
| Overhead | 7,881.47 | 8.33% |
| Profit | 7,881.47 | 8.33% |
| Total | 94,573.77 | 100.00% |





2nd Floor

3/12/2022

Page: 34

SARGSYAN_1564075-1

# Exhibit B

State Farm General Insurance Company
*A Stock Company With Home Offices in Bloomington, Illinois*

PO Box 853907
Richardson, TX 75085-3907



ATE         H-23-6481-FA18  F  H  W
      002896  3200
SARGSYAN, LUSINE
12623 BYRON AVE
GRANADA HILLS CA  91344-1349

## RENEWAL DECLARATIONS

**AMOUNT DUE:**                                    **None**

Payment is due by  **BILLED THROUGH SFPP**

**Policy Number:**     75-GZ-G535-8

**Policy Period:**   12 Months
**Effective Dates:** JUN 24 2021 to JUN 24 2022
The policy period begins and ends at 12:01 am standard
time at the residence premises.

Homeowners Policy

**Location of Residence Premises**
12623 BYRON AVE
GRANADA HILLS CA  91344-1349

**Your State Farm Agent**
HELENA SOULAKHIAN
621 E GLENOAKS BLVD STE E
GLENDALE CA      91207-1773

**Phone:** (818) 937-9711

| | | |
|---|---|---|
| **Construction:** | Frame | **Roof Material:** Composition Shingle |
| **Year Built:** | 1970 | **Roof Installation Year:** 2010 |

**Automatic Renewal**
If the **POLICY PERIOD** is shown as **12 MONTHS**, this policy will be renewed automatically subject to the premiums, rules, and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

## IMPORTANT MESSAGES

NOTICE: You will be receiving a second envelope that will contain your new Policy Booklet and Important Notice Regarding your New Policy. Please call your agent if you have any questions.
NOTICE: Information concerning changes in your policy language is included. Please call your agent with any questions.
This policy includes Building Code Upgrade Coverage of   $55,320.
Please help us update the data used to determine your premium. Contact your agent with the year each of
your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

### PREMIUM

| | |
|---|---|
| Annual Premium | $2,299.00 |
| *Your premium has already been adjusted by the following:* | |
| Home Alert Discount              Home/Auto Discount | |
| Claim Record Discount | |

| | |
|---|---|
| **Total Premium** | **$2,299.00** |

Prepared  APR 28 2021
HO-2000
017741  420
N     PD,DR,GB I2,SD,H2

*Thanks for letting us serve you...*

**StateFarm**

| NAMED INSURED | MORTGAGEE AND ADDITIONAL INTERESTS | |
|---|---|---|
| SARGSYAN, LUSINE | **Mortgagee**<br>CALLISTO GROUP INC<br>DBA METRO LENDING SERVICES<br>ISAOA<br>400 N BRAND BLVD<br>GLENDALE CA 91203-2311 | Loan Number:<br>2007103597 |

## SECTION I - PROPERTY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| A Dwelling | $ 553,200 |
| Other Structures | $ 55,320 |
| B Personal Property | $ 414,900 |
| C Loss of Use | $ 155,960 |

**Additional Coverages**

| | |
|---|---|
| Arson Reward | $1,000 |
| Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money | $1,000 |
| Debris Removal | Additional 5% available/$1,000 tree debris |
| Fire Department Service Charge | $500 per occurrence |
| Fuel Oil Release | $10,000 |
| Locks and Remote Devices | $1,000 |
| Trees, Shrubs, and Landscaping | 5% of Coverage A amount/$750 per item |

## SECTION II - LIABILITY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| L Personal Liability (Each Occurrence) | $ 1,000,000 |
| Damage to the Property of Others | $ 1,000 |
| M Medical Payments to Others (Each Person) | $ 1,000 |

## INFLATION

Inflation Coverage Index: 329.5

## DEDUCTIBLES

| Section I Deductible | Deductible Amount |
|---|---|
| All Losses 1/2% | $ 2,766 |

## LOSS SETTLEMENT PROVISIONS

A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B



75-GZ-G535-8

## FORMS, OPTIONS, AND ENDORSEMENTS

| | |
|---|---|
| HW-2105 | Homeowners Policy |
| Option JF | *Jewelry and Furs $2,500 Each Article/$5,000 Aggregate |
| Option ID | *Increase Dwlg up to $110,640 |
| Option OL | *Ordinance/Law 10%/ $55,320 |
| HO-2420 | *Form 438bfu NS Lndr Loss Pay |
| HO-2779 | *Wildfire Response End |
| | *New Form Attached |

## ADDITIONAL MESSAGES

The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

### Other limits and exclusions may apply - refer to your policy

Your policy consists of these Declarations, the Homeowners Policy shown above, and any other forms and endorsements that apply, including those shown above as well as those issued subsequent to the issuance of this policy.

This policy is issued by the State Farm General Insurance Company.

**Participating Policy**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm General Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yowell*
Secretary

*Thomas Conley*
President

Prepared  APR 28 2021
HO-2000
017742  420
N

**State Farm**

**Your coverage amount....**
It is up to you to choose the coverages and limits that meet your needs. We recommend that you purchase a coverage limit at least equal to the estimated replacement cost of your home. Replacement cost estimates are available from building contractors and replacement cost appraisers, or, your agent can provide an Xactware estimate using information you provide about your home. We can accept the type of estimate you choose as long as it provides a reasonable level of detail about your home. State Farm® does not guarantee that any estimate will be the actual future cost to rebuild your home. Higher limits are available at higher premiums. Lower limits are also available, which if selected may make certain coverages unavailable to you. We encourage you to periodically review your coverages and limits with your agent and to notify us of any changes or additions to your home.



**75-GZ-G535-8    017743**

HO-2420
Page 1 of 2
**Form 438BFU NS**
(Rev. May 1, 1943)

## FORM 438BFU NS – LENDERS LOSS PAYABLE ENDORSEMENT

**S.F. FORM**

1.  Loss or damage, if any, under this policy shall be paid **to the Payee named on the Declarations of this policy,** its successors and assigns, hereinafter referred to as "the Lender," in whatever form or capacity its interests may appear and whether said interest be vested in said Lender in its individual or in its disclosed or undisclosed fiduciary or representative capacity, or otherwise, or vested in a nominee or trustee of said Lender.

2.  The insurance under this policy, or any rider or endorsement attached thereto, as to the interest only of the Lender, its successors and assigns, shall not be invalidated nor suspended: (a) by any error, omission, or change respecting the ownership, description, possession, or location of the subject of the insurance or the interest therein, or the title thereto; (b) by the commencement of foreclosure proceedings or the giving of notice of sale of any of the property covered by this policy by virtue of any mortgage or trust deed; (c) by any breach of warranty, act, omission, neglect, or non-compliance with any of the provisions of this policy, including any and all riders now or hereafter attached thereto, by the named insured, the borrower, mortgagor, trustor, vendee, owner, tenant, warehouseman, custodian, occupant, or by the agents of either or any of them or by the happening of any event permitted by them or either of them, or their agents, or which they failed to prevent, whether occurring before or after the attachment of this endorsement, or whether before or after a loss, which under the provisions of this policy of insurance or of any rider or endorsement attached thereto would invalidate or suspend the insurance as to the named insured, excluding herefrom, however, any acts or omissions of the Lender while exercising active control and management of the property.

3.  In the event of failure of the insured to pay any premium or additional premium which shall be or become due under the terms of this policy or on account of any change in occupancy or increase in hazard not permitted by this policy, this Company agrees to give written notice to the Lender of such non-payment of premium after sixty (60) days from and within one hundred and twenty (120) days after due date of such premium and it is a condition of the continuance of the rights of the Lender hereunder that the Lender when so notified in writing by this Company of the failure of the insured to pay such premium shall pay or cause to be paid the premium due within ten (10) days following receipt of the Company's demand in writing therefor. If the Lender shall decline to pay said premium or additional premium, the rights of the Lender under this Lender's Loss Payable Endorsement shall not be terminated before ten (10) days after receipt of said written notice by the Lender.

4.  Whenever this Company shall pay to the Lender any sum for loss or damage under this policy and shall claim that as to the insured no liability therefor exists, this Company, at its option, may pay to the Lender the whole principal sum and interest and other indebtedness due or to become due from the insured, whether secured or unsecured, (with refund of all interest not accrued), and this Company, to the extent of such payment, shall thereupon receive a full assignment and transfer, without recourse, of the debt and all rights and securities held as collateral thereto.

5.  If there be any other insurance upon the within described property, this Company shall be liable under this policy as to the Lender for the proportion of such loss or damage that the sum hereby insured bears to the entire insurance of similar character on said property under policies held by, payable to and expressly consented to by the Lender. Any Contribution Clause included in any Fallen Building Clause Waiver or any Extended Coverage Endorsement attached to this contract of insurance is hereby nullified, and also any Contribution Clause in any other endorsement or rider attached to this contract of insurance is hereby nullified except Contribution Clauses for the compliance with which the insured has received reduction in the rate charged or has received extension of the coverage to include hazards other than fire and compliance with such Contribution Clause is made a part of the consideration for insuring such other hazards. The Lender upon the payment to it of the full amount of its claim, will subrogate this Company (pro rata with all other insurers contributing to said payment) to all of the Lender's rights of contribution under said other insurance.

HO 2420
Page 2 of 2
**Form 438BFU NS**
(Rev. May 1, 1942)

6.  This Company reserves the right to cancel this policy at any time, as provided by its terms, but in such case this policy shall continue in force for the benefit of the Lender for ten (10) days after written notice of such cancellation is received by the Lender and shall then cease.

7.  This policy shall remain in full force and effect as to the interest of the Lender for a period of ten (10) days after its expiration unless an acceptable policy in renewal thereof with loss thereunder payable to the Lender in accordance with the terms of this Lender's Loss Payable Endorsement, shall have been issued by some insurance company and accepted by the Lender.

8.  Should legal title to and beneficial ownership of any of the property covered under this policy become vested in the Lender or its agents, insurance under this policy shall continue for the term thereof for the benefit of the Lender but, in such event, any privileges granted by this Lender's Loss Payable Endorsement which are not also granted the insured under the terms and conditions of this policy and/or under other riders or endorsements attached thereto shall not apply to the insurance hereunder as respects such property.

9.  All notices herein provided to be given by the Company to the Lender in connection with this policy and this Lender's Loss Payable Endorsement shall be mailed to or delivered to the Lender at its office or branch described on the Declarations.

Approved:

Board of Fire Underwriters of the Pacific.
California Bankers' Association,
    Committee on Insurance.

HO-2420

(CONTINUED)

75-GZ-G535-8    017744

# IMPORTANT NOTICE

Effective with this policy term, **HO-2779 WILDFIRE RESPONSE ENDORSEMENT** is added to your policy.

This notice summarizes the changes being made to your policy.  Please read the new endorsement carefully and note the following changes:

- This endorsement describes wildfire response services that may be provided when your property is threatened by an active wildfire.
- The vendors that we hire may access your property to provide the wildfire response services.

Endorsement **HO-2779** follows this notice. Please read it thoroughly and place it with your policy. If you have any questions about the information in this notice, please contact your State Farm® agent.

This notice is a general description of coverage and/or coverage changes and is not a statement of contract. This message does not change, modify, or invalidate any of the provisions, terms, or conditions of your policy, or any other applicable endorsements.

## WILDFIRE RESPONSE ENDORSEMENT

This endorsement modifies insurance provided under the following: HOMEOWNERS POLICY

Wildfire response vendors contracted by *us* have the right to access the *insured location* to perform wildfire suppression and structural protection services when, in their judgment, they determine an active wildfire is a threat to the *insured location*.

The wildfire response vendors will determine appropriate suppression and mitigation methods, including, but not limited to:

a.   removal of brush and combustible vegetation;

b.   fuel source mitigation;

c.   closing of doors and windows;

d.   clearing gutter and roof debris;

e.   monitoring and extinguishing hotspots;

f.   installing temporary sprinkler systems; and

g.   application of fire protection products including fire blocking gel or foam.

Wildfire response vendors are not a first responder service. The products, strategy, and tactics used to address the wildfire will be based on industry practices and the wildfire response vendors' professional judgment.

This endorsement does not guarantee services will be provided. Services that are provided may not prevent or reduce wildfire related damage.

Wildfire response services may be discontinued at any time without further notice.

All other policy provisions apply.

HO-2779

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

75-GZ-G535-8    017745

553-4309 CA

## Important Notice About Your Policy

**NEW COVERAGE OPTIONS are now available**

- **Option ID – Increased Dwelling Limit**  If your home is insured for at least 100% of its estimated replacement cost, Option ID – Increased Dwelling Limit is automatically part of your policy. Option ID provides an additional 20% of the coverage on your home in case the amount to repair or replace it exceeds the coverage. You may increase the coverage provided by Option ID to 50% of the coverage on your home for additional premium.

- **Personal property coverage**  A State Farm® Homeowners policy typically provides coverage for household furnishings and other personal property equal to 75% of the coverage on your home. If you don't need that much coverage for your personal property, you may be eligible to lower it to 25% or 50% of the coverage on your home.

If you'd like more information or to make these coverage changes, please contact your State Farm agent.

553-4309 CA

553-4157

## NOTICE TO POLICYHOLDER

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes that you requested before the "Date Prepared" on your Renewal Declarations are effective on the renewal date of this policy unless indicated otherwise by a separate endorsement, binder or Amended Declarations Page. Any coverage forms or endorsements included with your Renewal Declarations are effective on the renewal date of this policy.

Policy changes that you requested after the "Date Prepared" on your Renewal Declarations will be sent to you as an Amended Declarations Page or as an endorsement to your policy. You will be billed for any resulting premium increase later.

If you have acquired any valuable property items, made any improvements to your home, or have questions about your insurance coverage, please contact your State Farm® agent.

553-4157 (C)

(CONTINUED)

553-3158 CA

## Important Reminder . . .

Under the Utility Rating Plan, premiums may increase when any of the utility systems (electrical, plumbing, heating, and cooling) in your dwelling insured by this policy become 40 years old. Your premiums may be reduced if you have:

(1) Completely replaced all utility systems (electrical, plumbing, heating, and cooling) in the last 40 years; or

(2) Replaced the heating equipment, air conditioning equipment, electrical service entrance and distribution panel in the last 16 years.

Please ask your State Farm' agent for details.

553-3158 CA (G)    (11/09)

553-2798

## IMPORTANT NOTICE . . . Discounts and Rating

The longer you are insured with State Farm' and the fewer claims you have, the lower your premium. For policyholders insured by State Farm for three or more years, the Claim Free Discount Plan provides a premium discount if you have not had any claims considered for the Plan in the most recent three-year period since becoming insured with State Farm. Premium adjustments under the Claim Record Rating Plan are based on the number of years you have been insured with State Farm and on the number of claims that we consider for the Plan. Depending on the Plan(s) that applies in your state/province, claims considered for the Plans generally include claims resulting in a paid loss and may include weather-related claims. Additionally, depending on your state/province's plan and your tenure with State Farm, any claims with your prior insurer resulting in property damage or injury may also influence your premium. For further information about whether a Claim Free Discount is in effect in your state/province, the Claim Record Rating Plan that applies in your state/province, and the claims we consider for the Plans, please contact your State Farm agent.

553-2798 (G)    (10/07)

(CONTINUED)

75-GZ-G535-8    017746

553-4218 CA 1
Page 1 of 1

## IMPORTANT NOTICE

### Premium Adjustment



Insurance premiums have been adjusted to more adequately reflect expected costs. Any premium adjustment is reflected on your enclosed renewal notice and may be impacted by several factors including the coverage you have, and applicable discounts or charges.

The enclosed Renewal Declarations reflects your new premium.

We want to assure you that State Farm® works hard to offer you the best combination of cost, service, and protection. We will continue doing our best to make the most effective use of your premium dollars and give you fast, friendly service when you need it.

If you have any questions about your premium or policy coverages, please contact your State Farm agent.

553 4218 CA 1

State Farm General Insurance Company
*A Stock Company With Home Offices in Bloomington, Illinois*

PO Box 853907
Richardson, TX 75085-3907



AT1       H-23-6481-FA18  F  H  W
     005083 3200
CALLISTO GROUP INC
DBA METRO LENDING SERVICES
ISAOA
400 N BRAND BLVD
GLENDALE CA  91203-2311

## RENEWAL DECLARATIONS

---

**AMOUNT DUE:**                                          **None**

Payment is due by **BILLED THROUGH SFPP**

---

**Policy Number:**   75-GZ-G535-8

**Policy Period:**   12 Months
**Effective Dates:** JUN 24 2021 to JUN 24 2022
The policy period begins and ends at 12:01 am standard time at the residence premises.

### Homeowners Policy

**Location of Residence Premises**
12623 BYRON AVE
GRANADA HILLS CA  91344-1349

**Your State Farm Agent**
HELENA SOULAKHIAN
621 E GLENOAKS BLVD STE E
GLENDALE CA       91207-1773

**Phone:** (818) 937-9711

| | | | |
|---|---|---|---|
| **Construction:** | Frame | **Roof Material:** Composition Shingle |
| **Year Built:** | 1970 | **Roof Installation Year:** 2010 |

**Automatic Renewal**
If the **POLICY PERIOD** is shown as **12 MONTHS**, this policy will be renewed automatically subject to the premiums, rules, and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lien-holder written notice in compliance with the policy provisions or as required by law.

---

### IMPORTANT MESSAGES

This policy includes Building Code Upgrade Coverage of   $55,320.
Please help us update the data used to determine your premium. Contact your agent with the year each of your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

### PREMIUM

| | |
|---|---|
| Annual Premium | $2,299.00 |
| *Your premium has already been adjusted by the following:* | |
| Home Alert Discount                     Home/Auto Discount | |
| Claim Record Discount | |

| | |
|---|---|
| **Total Premium** | **$2,299.00** |

Prepared  APR 28 2021
HO-2000
028676  920
N

*Thanks for letting us serve you…*



**NAMED INSURED**

SARGSYAN, LUSINE

**MORTGAGEE AND ADDITIONAL INTERESTS**

Mortgagee
CALLISTO GROUP INC
DBA METRO LENDING SERVICES
ISAOA
400 N BRAND BLVD
GLENDALE CA 91203-2311

Loan Number:
2007103597

## SECTION I - PROPERTY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| A Dwelling | $ 553,200 |
| Other Structures | $ 55,320 |
| B Personal Property | $ 414,900 |
| C Loss of Use | $ 165,960 |

| Additional Coverages | |
|---|---|
| Arson Reward | $1,000 |
| Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money | $1,000 |
| Debris Removal | Additional 5% available/$1,000 tree debris |
| Fire Department Service Charge | $500 per occurrence |
| Fuel Oil Release | $10,000 |
| Locks and Remote Devices | $1,000 |
| Trees, Shrubs, and Landscaping | 5% of Coverage A amount/$750 per item |

## SECTION II - LIABILITY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| L Personal Liability (Each Occurrence) | $ 1,000,000 |
| Damage to the Property of Others | $ 1,000 |
| M Medical Payments to Others (Each Person) | $ 1,000 |

## INFLATION

Inflation Coverage Index: 329.5

## DEDUCTIBLES

| Section I Deductible | Deductible Amount |
|---|---|
| All Losses 1/2% | $ 2,766 |

## LOSS SETTLEMENT PROVISIONS

A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**75-GZ-G535-8**                                                                     **State Farm**

## FORMS, OPTIONS, AND ENDORSEMENTS

| HW-2105 | Homeowners Policy |
| Option JF | Jewelry and Furs $2,500 Each |
| | Article/$5,000 Aggregate |
| Option ID | Increase Dwlg up to $110,640 |
| Option OL | Ordinance/Law  10%/  $55,320 |
| HO-2420 | Form 438bfu NS Lndr Loss Pay |
| HO-2779 | Wildfire Response End |

## ADDITIONAL MESSAGES

The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

### Other limits and exclusions may apply - refer to your policy

Your policy consists of these Declarations, the Homeowners Policy shown above, and any other forms and endorsements that apply, including those shown above as well as those issued subsequent to the issuance of this policy.

This policy is issued by the State Farm General Insurance Company.

**Participating Policy**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm General Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yowell*
Secretary

*Thomas Conley*
President



This policy is one of the broadest forms available today, and provides you with outstanding value for your insurance dollars. However, we want to point out that every policy contains limitations and exclusions. Please read your policy carefully, especially "Losses Not Insured" and all exclusions.

# State Farm®
# Homeowners
# Policy

California
HW-2105



# HOMEOWNERS POLICY
## TABLE OF CONTENTS

AGREEMENT. ..................................................................... 1

DEFINITIONS. ..................................................................... 1

DEDUCTIBLE. ..................................................................... 5

SECTION I – PROPERTY COVERAGES ..................................... 5

COVERAGE A – DWELLING. ................................................... 5
  Dwelling. ....................................................................... 5
  Other Structures. ............................................................ 5
  Property Not Covered. ..................................................... 5

COVERAGE B – PERSONAL PROPERTY. ................................. 5
  Property Covered. ........................................................... 5
  Special Limits of Liability. ................................................ 6
  Property Not Covered. ..................................................... 6

COVERAGE C – LOSS OF USE. .............................................. 7
  Additional Living Expense ............................................... 7
  Fair Rental Value. .......................................................... 8
  Prohibited Use. ............................................................. 8

SECTION I – PROPERTY SUBJECT TO
LIMITATIONS. ..................................................................... 8

SECTION I – ADDITIONAL COVERAGES. ................................ 9
  Debris Removal. ............................................................ 9
  Temporary Repairs. ....................................................... 9
  Trees, Shrubs, and Landscaping. .................................... 9
  Fire Department Service Charge. ..................................... 10
  Property Removed ......................................................... 10
  Credit Card, Bank Fund Transfer Card,
  Forgery, and Counterfeit Money. ..................................... 10
  Power Interruption ........................................................ 10
  Refrigerated Products ................................................... 10
  Arson Reward. ............................................................. 11
  Volcanic Action. ........................................................... 11
  Collapse. ..................................................................... 11
  Locks and Remote Devices. ........................................... 12
  Fuel Oil Release. .......................................................... 12
  Home Certification. ....................................................... 12

INFLATION COVERAGE. ..................................................... 12

SECTION I – LOSSES INSURED ........................................... 12
  COVERAGE A – DWELLING. ........................................... 12
  COVERAGE B – PERSONAL PROPERTY ........................... 12

SECTION I – LOSSES NOT INSURED ................................... 16

SECTION I – LOSS SETTLEMENT. ....................................... 19
  COVERAGE A – DWELLING. ........................................... 19
    A1 – Replacement Cost Loss Settlement –
    Similar Construction. ................................................ 19
    A2 – Replacement Cost Loss Settlement –
    Common Construction. ............................................. 19
  COVERAGE B – PERSONAL PROPERTY ........................... 19
    B1 – Limited Replacement Cost Loss
    Settlement. ............................................................ 19
    B2 – Depreciated Loss Settlement. ............................ 20

SECTION I – CONDITIONS. ................................................. 20
  Insurable Interest and Limit of Liability. .......................... 20
  Your Duties After Loss. ................................................. 20
  Loss to a Pair or Set. .................................................... 21
  Appraisal. .................................................................... 21
  Other Insurance. .......................................................... 22
  Suit Against Us. ........................................................... 22
  Our Option. .................................................................. 22
  Loss Payment. ............................................................. 22
  Abandonment of Property. ............................................. 23
  Mortgage Clause ......................................................... 23
  No Benefit to Bailee. ..................................................... 23
  Recovered Property. ..................................................... 23
  Assignment of Claim. .................................................... 23

SECTION II – LIABILITY COVERAGES. ................................. 23
  COVERAGE L – PERSONAL LIABILITY. ............................ 23
  COVERAGE M – MEDICAL PAYMENTS TO
  OTHERS. ..................................................................... 24

HW-2105

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

SECTION II – ADDITIONAL COVERAGES ....... 24
  Claim Expenses ............................................. 24
  First Aid Expenses ......................................... 24
  Damage to Property of Others ...................... 24
SECTION II – EXCLUSIONS ............................ 25
SECTION II – CONDITIONS .............................. 29
  Limit of Liability ............................................. 29
  Severability of Insurance .............................. 29
  Duties After Loss .......................................... 29
  Coverage M Requirements ........................... 29
  Payment of Claim – Coverage M or Damage
  to Property of Others .................................... 30
  Suit Against Us .............................................. 30
  Bankruptcy of an Insured .............................. 30
  Other Insurance – Coverage L ...................... 30
SECTION I AND SECTION II – CONDITIONS ...... 30
  Policy Period ................................................. 30
  Concealment or Fraud .................................. 30
  Liberalization Clause ..................................... 30
  Waiver or Change of Policy Provisions ......... 30
  Cancellation .................................................. 30
  Nonrenewal ................................................... 31
  Assignment of Policy ..................................... 31

  Subrogation and Reimbursement ................. 31
  Death ............................................................. 31
  Conformity to State Law ................................ 31
  Premium ........................................................ 32
  Right to Inspect ............................................. 32
  Joint and Individual Interests ......................... 32
  Change of Policy Address ............................. 32
  Our Rights Regarding Claim Information ....... 32
  Duties Regarding Claim Information .............. 33
WORKERS' COMPENSATION ........................... 33
OPTIONAL POLICY PROVISIONS ..................... 35
  Option AI – Additional Insured ....................... 35
  Option BP – Business Property ...................... 35
  Option BU – Business Pursuits ...................... 35
  Option FA – Firearms .................................... 36
  Option ID – Increased Dwelling Limit ............ 37
  Option IO – Incidental Business .................... 37
  Option JF – Jewelry and Furs ........................ 38
  Option OL – Building Ordinance or Law ........ 38
  Option SG – Silverware and Goldware
  Theft ............................................................. 39

®, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

# HOMEOWNERS POLICY

## AGREEMENT

We agree to provide the insurance described in this policy:

1. based on **your** payment of premium, in a form acceptable to us, for the coverages **you** choose;

2. based on **your** compliance with all applicable provisions of this policy; and

3. based on the information **you** have given us and **your** statements in this agreement.

**You** agree, by acceptance of this policy, that:

1. **you** will pay premiums when due and comply with the provisions of this policy;

2. the statements in this agreement are **your** statements and are true;

3. **we** insure **you** on the basis **your** statements are true; and

4. this policy contains all of the agreements between **you** and us and any of **our** agents.

Unless otherwise indicated in the application, **your** state that during the five years preceding the time of **your** application for this insurance **you** have not had any losses, insured or not.

When **you** request changes to this policy, or the information or factors used to calculate the premium for this policy changes during the policy period, **we** may adjust the premium in accordance with the change during the policy period and **you** must pay any additional premium due within the time **we** specify.

## DEFINITIONS

**We** define the following words and phrases for use throughout this policy. These definitions apply to the singular, plural, and possessive forms of these words and phrases. Defined words and phrases are printed in **bold italics**.

1. "**bodily injury**" means physical injury, sickness, or disease to a person. This includes required care, loss of services, and death resulting therefrom.

   **Bodily injury** does not include:

   a. any of the following which are communicable: disease, bacteria, parasite, virus, or other organism, any of which are transmitted by any **insured** to any other person;

   b. the actual or alleged exposure to any such disease, bacteria, parasite, virus, or other organism by any **insured** to any other person; or

   c. emotional distress, mental anguish, humiliation, mental distress, mental injury, or any similar injury unless it arises out of actual physical injury to some person.

2. "**building structure**" means a structure fully enclosed with permanent walls and a roof. A permanent wall or roof does not include any kind of temporary materials including but not limited to tarps, plastic sheeting, or other similar material. A

3. "**business**" means any full-time or part-time activity, trade, profession, employment, or occupation or a commercial, mercantile, or industrial undertaking of an economic nature. It does not matter whether

structure that is otherwise fully enclosed with permanent walls and a roof, that is undergoing repairs due to a recent **loss insured**, and using materials such as tarps, plastic sheeting, or other similar material, is still considered a **building structure**.

A **building structure** includes:

a. the foundation supporting the structure, including:

   (1) slabs;

   (2) basement walls;

   (3) crawl space walls;

   (4) footings; and

   (5) gravel, stone, or sand, used as fill material and located not more than 12 inches directly below a slab described in item a.(1), including water supply lines, domestic water pipes, and sewer pipes located within this fill material; and

b. wall-to-wall carpeting attached to the structure,

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

it is continuous or regular, is a secondary or supplemental source of income, or is an *Insured's* principal means of livelihood. Profit and profit motive are irrelevant.

*Business* does not include:

a. volunteer activities for a not-for-profit or non-profit organization or public agency for which no money is received other than payment of expenses;

b. incidental and infrequent personal economic activity such as a hobby, garage or yard sale, or traditional farm activities when the farm products are intended only for the personal use of the *Insured*;

c. any occasional or part-time self-employed activity by a person under 19 years of age that involves no employees or subcontracted independent contractors and is a type of activity normally performed by persons under 19 years of age, including but not limited to, child care, lawn mowing, or paper delivery;

d. the ownership, maintenance, or use of systems and equipment used to generate electrical power, if:
   (1) the power generated is intended primarily for consumption on the *residence premises*; and
   (2) any resulting income is incidental, including but not limited to:
       (a) utility bill credits; or
       (b) incidental income;
       derived from sending excess power back to the electricity grid; or

e. ownership of the *residence premises* by the person or organization shown in the *Declarations* as Additional Insured.

4. **"Declarations"** means the policy *Declarations*, any amended *Declarations*, the most recent renewal *Declarations*, an Evidence of Insurance form, or any endorsement changing any of these.

5. **"diminution in value"** means any reduction in the value of any covered property prior to or following repair or replacement as compared to the value of that property immediately before the loss.

6. **"dwelling"** means the *building structure* on the *residential premises* used as the primary private *residence* and includes structures attached to the *dwelling*.

7. **"fungus"** means any type or form of fungus, including mold, mildew, mycotoxins, spores, scents, or byproducts produced or released by fungi.

7. **"Insured"** means:
a. *you*;
b. *your relatives*; and
c. any other person under the age of 21 in the care of a person described above.

Under Section II, *Insured* also means:

d. the person or organization legally responsible for animals or watercraft to which this policy applies. However, the animal or watercraft must be owned by *you* or a person included in 8.b. above. A person or organization using or having custody of these animals or watercraft in the course of a *business*, or without permission of the owner, is not an *Insured*; and

e. with respect to any vehicle to which this policy applies, any person while engaged in *your* employment or the employment of a person included in 8.b. or 8.c. above.

8. **"Insured location"** means:

a. the *residence premises*;

b. the part of any other premises, other structures, and grounds used by *you* as a *residence*. This includes premises, structures, and grounds *you* acquire while this policy is in effect for *your* use as a *residence*;

c. any premises used by *you* in connection with the premises included in 9.a. or 9.b. above;

d. any part of a premises not owned by an *Insured* but where an *Insured* is temporarily residing;

e. land owned by or rented to an *Insured* on which a one or two family dwelling is being constructed as a *residence* for an *Insured*;

f. individual or family cemetery plots or burial vaults owned by an *Insured*;

g. any part of a premises occasionally rented to an *Insured* for purposes other than *business*;

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

h. vacant land owned by or rented to an *insured*. For the purposes of this definition, vacant land does not include:

(1) farm land;

(2) land containing a residence; or

(3) land containing fences, corrals, boat docks, tool sheds, barns, grain bins, and similar structures, unless they are used solely for the personal use of the *insured*; or

i. farm land (without buildings), rented or held for rental to others, but not to exceed a total of 500 acres, regardless of the number of locations.

10. **"loss insured"** means a loss as described under SECTION I – LOSSES INSURED, COVERAGE A – DWELLING and SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY.

11. **"motor vehicle"**, when used in Section II of this policy, means:

a. a land *motor vehicle* designed for travel on public roads or subject to motor vehicle registration;

b. a trailer or semi-trailer designed for travel on public roads and subject to motor vehicle registration;

c. a "recreational or utility vehicle" while off an *insured location*. "Recreational or utility vehicle" means a motorized vehicle designed for recreation or utility purposes, used principally off public roads, and that is owned or leased by an *insured*. This includes, but is not limited to, a motorized all-terrain vehicle, side-by-side vehicle, utility work vehicle, amphibious vehicle, dune buggy, go-cart, golf cart, snowmobile, trailbike, minibike, and personal assistive mobility device. "Leasee" does not include temporary rental;

d. a "locomotive" while off an *insured location*. "Locomotive" means a self-propelled vehicle for pulling or pushing freight or passenger cars on tracks that is large enough to carry a person and is owned or leased by an *insured*. "Leasee" does not include temporary rental;

e. a bulldozer, track loader, backhoe, high hoe, trencher, grader, crane, self-propelled scraper, excavator, pipe-layer, cherry picker, logroad building vehicle that is owned or leased by an *insured* while off an *insured location*. "Leasee" does not include temporary rental; and

f. any vehicle while being towed or pushed by or carried on a vehicle included in 11.a. through 11.e. above.

The following are not *motor vehicles*:

a. a boat, camper, home, or utility trailer not being towed or pushed by or carried on a vehicle included in 11.a. through 11.e. above;

b. a motorized land vehicle in storage on an *insured location* not intended to be operated for an extended period of time and rendered inoperable by placing the vehicle on blocks or removing parts essential for its operation;

c. a motorized golf cart while used for golfing purposes;

d. a motorized vehicle or trailer designed to assist persons with disabilities that is not designed for travel on public roads or subject to motor vehicle registration; or

e. a commercially manufactured two, three, or four wheeled personal conveyance powered only by or assisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 horsepower and capable of a top speed of no more than 20 miles per hour.

12. **"occurrence"**, when used in Section II of this policy, means an accident, including accidental exposure to conditions, which first results in:

a. *bodily injury*; or

b. *property damage*;

during the policy period. All *bodily injury* and *property damage* resulting from one accident, series of related accidents, or from continuous or repeated exposure to the same general conditions is considered to be one *occurrence*.

Ⓢ, Copyright, State Farm Mutual Automobile Insurance Company, 2013

HW-2105

13. "**property damage**" means physical damage to or
destruction of tangible property, including loss of use
of this property. Theft or conversion of property by
any insured is not property damage.

14. "**relative**" means any person related to you by:

  a.  blood;

  b.  adoption;

  c.  marriage; or

  d.  civil union, domestic partnership, or other sub-
stantially similar legal relationship that is rec-
ognized and valid in the state where, and at the
time when, the legal relationship was estab-
lished;

and who resides primarily with you.

15. "**residence employee**" means an employee of an
insured, or an employee leased to an insured by a
labor leasing firm under an agreement between an
insured and the labor leasing firm, who performs
duties, including household or domestic services, in
connection with the maintenance or use of the resi-
dence premises. This includes employees who per-
form similar duties elsewhere for you. This does not
include employees while performing duties in con-
nection with the business of an insured.

16. "**residence premises**" means:

  a.  the one, two, three, or four family dwelling, other
structures and grounds; or

  b.  that part of any other building structures;

where you reside and which is shown in the Decla-
rations.

17. "**State Farm Companies**" means one or more of
the following:

  a.  State Farm Mutual Automobile Insurance
Company;

  b.  State Farm Fire and Casualty Company; and

  c.  subsidiaries or affiliates of either 17.a. or 17.b.
above.

18. "**vacant dwelling**" means:

  a.  a dwelling:

    (1)  that has not been occupied as a residence
for more than 30 consecutive days imme-
diately before the loss; and

    (2)  where a predominant amount of personal
property has been removed or is absent
such that the dwelling is not functional as
a habitual place of residence.

    A dwelling will be considered occupied only if it
is being used as a habitual place of residence
with your knowledge and approval.

  b.  A dwelling that is under active construction will
not be considered a vacant dwelling. A dwell-
ing is under active construction when it is:

    (1)  being built as a new structure;

    (2)  being repaired due to damage otherwise
covered by this policy; or

    (3)  undergoing substantial improvements,
renovations, remodeling, or modifications;

    and the construction results in substantial con-
tinuing activities by persons associated with the
construction project at the premises during the
relevant time periods.

19. "**we**", "**us**", and "**our**" mean the Company shown
in the Declarations.

20. "**your**" and "**your**" mean the person or persons
shown as "Named Insured" in the Declarations. If a
"Named Insured" shown in the Declarations is a
human being, then you and your include:

  a.  a spouse of a "Named Insured";

  b.  a party to a civil union with a "Named Insured";

  c.  a domestic partner of a "Named Insured"; or

  d.  a person in a substantially similar legal rela-
tionship with a "Named Insured";

  if such relationship is recognized and valid in the
state where, and at the time when, the legal rela-
tionship was established, so long as the person in
the above relationship resides primarily with that
"Named Insured".

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

4

HW-2705

use and retain the information described in item b.(3)(b) below, in accordance with applicable federal and state laws and regulations and consistent with the performance of our business functions.

b. Subject to 15.a. above, we will not be restricted in or prohibited from:

(1) collecting, receiving, or obtaining records, receipts, invoices, medical bills, medical records, wage information, salary information, employment information, data, and any other information;

(2) using any of the items described in item b.(1) above; or

(3) retaining:

   (a) any of the items in item b.(1) above; or

   (b) any other information we have in our possession as a result of our processing, handling, or otherwise receiving claims submitted under this policy.

c. We may disclose any of the items in b.(1) above and any of the information described in item b.(3)(b) above:

(1) to enable performance of our business functions;

(2) to meet our reporting obligations to insurance regulators;

(3) to meet our reporting obligations to insurance data consolidators;

(4) to meet other obligations required by law; and

(5) as otherwise permitted by law.

d. Our rights under 16.a., 15.b., and 15.c. above will not be impaired by any:

(1) authorization related to any claim submitted under this policy; or

(2) act or omission of an *insured* or a legal representative acting on an *insured's* behalf.

16. **Duties Regarding Claim Information.** An *insured* or a legal representative acting on an *insured's* behalf must provide us with any requested authorizations related to the claim. *Our* rights as set forth under Our Rights Regarding Claim Information of this policy will not be impaired by any:

a. authorization related to the claim; or

b. act or omission of an *insured* or a legal representative acting on an *insured's* behalf.

## WORKERS' COMPENSATION
### (Residence Employees)

**COVERAGES**

**We** will pay, with respect to *residence employees*:

1. under Coverage I, when due, all benefits required of an *insured* by the California Workers' Compensation Law; and

2. under Coverage II, on behalf of an *insured*, all damages for which the *insured* is legally liable because of *bodily injury* sustained by a *residence employee*. The *bodily injury* must be caused by accident or disease and arise out of and in the course of employment by the *insured* while:

a. in the United States of America, its territories or possessions, or Canada; or

b. temporarily elsewhere if the *residence employee* is a citizen or resident of the United States or Canada.

Coverage II does not apply to any suit brought in or judgment rendered by any court outside the United States of America, its territories and possessions, or Canada, or to any action on such judgment.

These coverages apply only to *bodily injury* which occurs during the policy period. If the *bodily injury* is a disease, it must be caused or aggravated by the conditions of the *residence employee's* employment by the *insured*.

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

## SPECIAL DEFINITION

**Residence employee**, as used in this coverage, means an employee of any **insured** whose duties are incidental to the ownership, maintenance or use of the **residence premises**, including the performance of household domestic services, or whose duties are personal and not in the course of the trade, **business**, profession or occupation of any **insured**.

**Residence employee** does not include any person of whom the **insured** is the parent, spouse or child. Also, **residence employee** does not include any person who, during the 90 calendar days immediately preceding injury:

1. was employed by the **insured** for less than 52 hours; or

2. earned less than $100 in wages from an **insured**.

## EXCLUSIONS

This coverage does not apply:

1. to liability for additional compensation imposed on an **insured** under Sections 4553 and 4557, Division IV, Labor Code of the State of California, because of:

   a. the serious and willful misconduct of an **insured**; or

   b. **bodily injury** to an employee under 16 years of age and illegally employed at the time of the injury.

2. to liability for **bodily injury** arising out of **business** pursuits of an **insured**;

3. to liability arising out of the discharge, harassment or coercion of, or the discrimination against any employee in violation of any law;

4. under Coverage H:

   a. to liability assumed by the **insured** under any contract or agreement;

   b. to **bodily injury** by disease unless a written claim is made or suit brought against the **insured** within 36 months after the end of the policy period;

---

c. to any obligation under a workers' compensation, unemployment or disability benefits law or any similar law;

d. to punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy;

e. to **bodily injury** intentionally caused by or aggravated by you.

## LIMIT OF LIABILITY COVERAGE H

**Our** total limit of liability will not exceed $100,000 for all damages because of **bodily injury**:

1. sustained by one or more **residence employees** in any one accident; or

2. caused by disease and sustained by a **residence employee**.

**Our** total limit of liability will not exceed $500,000 for all damages arising out of **bodily injury** by disease regardless of the number of **residence employees** who sustain **bodily injury** by disease.

## APPLICABLE POLICY PROVISIONS

The following policy provisions apply to this coverage:

1. the definitions of **"your"**, **"you"**, **"we"**, **"us"**, **"our"**, **"bodily injury"**, **"business"**, **"insured"** and **"residence premises"**;

2. our agreement to defend the **insured** as provided under COVERAGE L – PERSONAL LIABILITY;

3. SECTION II – ADDITIONAL COVERAGES, items:

   1. Claim Expenses; and

   2. First Aid Expenses;

4. SECTION II – CONDITIONS, items:

   3. Duties After Loss; and

   6. Suit Against Us;

5. SECTION I AND SECTION II – CONDITIONS, items:

   4. Waiver or Change of Policy Provisions;

   5. Cancellation;

   7. Assignment of Policy; and

---

34

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

8. Subrogation and Reimbursement.

## ADDITIONAL POLICY PROVISIONS

The following additional provisions apply:

1. under Coverage H:

   a. we will be directly and primarily liable to any residence employee of an insured entitled to the benefits of the California Workers' Compensation Law;

   b. as between the residence employee and us, notice to or knowledge of the occurrence of the injury on the part of an insured will be deemed notice or knowledge on our part;

   c. the jurisdiction of an insured will, for the purpose of the law imposing liability for compensation, be our jurisdiction;

   d. we will be subject to the orders, findings, decisions or awards rendered against an insured, under the provisions of the law imposing liability for compensation, subject to the provisions, conditions and limitations of this policy. This policy shall govern as between an insured and us as to payments by either in discharge of an insured's liability for compensation;

   e. the residence employee has a first lien upon any amount which we owe you on account of this insurance. In case of your legal incapacity or inability to receive the money and pay it to or

   f. the law mandates that your reinsurance us for penalties we are required to pay the injured employee. We are required to pay a 10% penalty of the late payment if the late payment when gives rise to an increased payment is due less than 7 days after we receive the completed claim form from the employer.

      We will notify you in writing, within 30 days of the payment and will bill and collect the amount of the penalty. You are not obligated to repay us unless the aggregate total paid in a policy year exceeds $100.

      You will have 60 days, following notice of the obligation to reimburse, to appeal the decision to the Department of Insurance.

2. under Coverage I and Coverage H:

   a. Other Insurance. This coverage does not apply to any loss to which other valid and collectible Workers' Compensation or Employers' Liability insurance applies.

   b. Conformity to Statute. Terms of this coverage which are in conflict with the California Workers' Compensation Law are amended to conform to that law.

## OPTIONAL POLICY PROVISIONS

Each Optional Policy Provision applies only as shown in the Declarations and is subject to all the terms, provisions, exclusions, and conditions of this policy.

**Option AI – Additional Insured.** The definition of insured is extended to include the person or organization shown in the Declarations as an Additional Insured or whose name is on file with us. Coverage is with respect to:

1. SECTION I – Coverage A, Coverage B, or Coverage C; or

2. SECTION II – Coverage L and Coverage M but only with respect to the residence premises. This coverage does not apply to the residence

employee arising out of or in the course of the employee's employment by the person or organization.

This option applies only with respect to the location shown in the Declarations.

**Option BP – Business Property.** The COVERAGE B – PERSONAL PROPERTY, Special Limits of Liability item 1.b. for property used or intended for use in a business, including merchandise held as samples or for sale or for delivery after sale, is changed as follows:

The $1,500 limit is replaced with the amount shown in the Declarations for this option.

**Option BU – Business Pursuits.** SECTION II – EXCLUSIONS, item 1.b. is modified as follows:

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

1. Section II coverage applies to the business pursuits of an *Insured* who is a:

   a. clerical office employee, salesperson, collector, or messenger; or

   b. teacher (except college, university, and professional athletic coaches), school principal, or school administrator;

   while acting within the scope of the above listed occupations.

2. However, no coverage is provided:

   a. for *bodily injury* or *property damage* arising out of a *business* owned or financially controlled by the *Insured* or by a partnership of which the *Insured* is a partner or member;

   b. for *bodily injury* or *property damage* arising out of or relating to the rendering of or failure to render professional services of any nature (other than teaching or school administration). This exclusion includes but is not limited to:

      (1) computer programming, architectural, engineering, or industrial design services;

      (2) medical, surgical, dental, or other services or treatment conducive to the health of persons or animals; and

      (3) beauty or barber services or treatment;

   c. for *bodily injury* to a fellow employee of the *Insured* injured in the course of employment; or

   d. when the *Insured* is a member of the faculty or teaching staff of a school or college:

      (1) for *bodily injury* or *property damage* arising out of the maintenance, use, loading, or unloading of:

         (a) draft or saddle animals, including vehicles for use with them; or

         (b) aircraft, *motor vehicles*, recreational *motor vehicle* or watercraft, aircraft, air cushions, or personal watercraft which use a water jet pump powered by an internal combustion engine as the primary source of propulsion;

      (2) under *Coverage M* for *bodily injury* to a student arising out of corporal punishment administered by or at the direction of the *Insured*.

**Option FA. – Firearms.** Firearms are covered for accidental direct physical loss or damage.

The limits for this option are shown in the *Declarations*. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss.

The following additional provisions apply:

1. **We** will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following:

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, birds, or insects, including nesting, infestation, growing, feeding, breeding, or discharge, or release of waste products or secretions by animals, birds, or insects. However, we will pay for losses caused by wild bears or deer;

   c. any process of refinishing, renovating or repairing;

   d. dampness of atmosphere or extremes of temperatures;

   e. inherent defect or faulty manufacture;

   f. rust, fouling, or explosion of firearms;

   g. breakage, marring, scratching, tearing, or denting unless caused by fire, thieves, or accidents to conveyances; or

   h. infidelity of an *Insured's* employees or persons to whom the Insured property may be entrusted or rented.

2. **Our** limit for loss by any Coverage B peril except theft is the limit shown in the *Declarations* for Coverage B, plus the aggregate limit.

©, Copyright, State Farm Mutual Automobile Insurance Company 2019

3. **Our** limits for loss by theft are those shown in the **Declarations** for this option. These limits apply in lieu of the Coverage B theft limit and:

4. **Our** limits for loss by any covered peril except those in items 2. and 3. above are those shown in the **Declarations** for this option.

**Option ID – Increased Dwelling Limit. We** will settle losses to damaged **building structures** covered under COVERAGE A – DWELLING according to the Loss Settlement Provision shown in the **Declarations**.

1. If the reasonable and necessary cost to repair or replace the damaged **dwelling** exceeds the limit of liability in the **Declarations** for Coverage A – Dwelling, **we** will pay the additional amounts not to exceed the Option ID limit shown in the **Declarations**.

2. If the reasonable and necessary cost to repair or replace damaged **building structures** covered under der **COVERAGE A – DWELLING, Other Structures** exceeds the limit of liability shown in the **Declarations** for Other Structures, **we** will pay the additional amounts not to exceed 10% of the Option ID limit shown in the **Declarations**.

**Report Increased Values. You** must notify **us** within 90 days of the start of construction on any new **building structure** costing $5,000 or more, or any additions to or remodeling of **building structures** that increase their values by $5,000 or more. **You** must pay any additional premium due for the increased value. **We** will not pay more than the applicable limit of liability shown in the **Declarations** if **you** fail to notify **us** of the increased value within 90 days.

**Option IO – Incidental Business.** The coverage provided by this option applies only to that incidental **business** occupancy on file with **us**.

1. COVERAGE A – DWELLING, Other Structures, item 2.b. is deleted.

2. COVERAGE B – PERSONAL PROPERTY is extended to include equipment, supplies, and furnishings usual and incidental to this **business** occupancy. This Optional Policy Provision does not include electronic data processing system equipment or the recording or storage media used with that equipment or merchandise held as samples or for sale or for delivery after sale.

The Option IO limits are shown in the **Declarations**. The first limit applies to property on the **residence premises**. The second limit applies to property while off the **residence premises**. These limits are in addition to the COVERAGE B – PERSONAL PROPERTY, Special Limits of Liability on property used or intended for use in a **business**.

3. Under Section II, the **residence premises** is not considered **business** property because an **insured** occupies a part of it as an incidental **business**.

4. SECTION II – EXCLUSIONS, item 1.b. is replaced with the following:

b. **bodily injury or property damage** arising out of **business** pursuits of any **insured** except as provided in item c. below. This exclusion does not apply to activities that are ordinarily incident to non-**business** pursuits or to **business** pursuits of an **insured** that are necessary or incidental to the use of the **residence premises** as an incidental **business**.

5. This insurance does not apply to:

a. **bodily injury** to an employee of an **insured** arising out of the **residence premises** as an incidental **business** other than to a **residence** employee while engaged in the employee's employment by an **insured**;

b. **bodily injury** to a student arising out of corporal punishment administered by or at the direction of the **insured**;

c. liability arising out of any acts, errors, or omissions of an **insured**, or any other person for whose acts an **insured** is liable, resulting from the preparation or approval of data, plans, designs, opinions, reports, programs, specifications, supervisory inspections, or engineering services in the conduct of an **insured's** incidental **business** involving data processing, computer consulting, or computer programming; or

d. any claim made or suit brought against any **insured** by:

(1) any person in the care of any **insured** because of child care services provided by or at the direction of:

(a) any **insured**,

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(b) any employee of any *Insured*; or

(c) any other person actually or apparently acting on behalf of any *Insured*; or

(2) any person who makes a claim because of *bodily injury* to any person in the care of any *Insured* because of child care services provided by or at the direction of:

(a) any *Insured*;

(b) any employee of any *Insured*; or

(c) any other person actually or apparently acting on behalf of any *Insured*.

Coverage M does not apply to any person indicated in d.(1) and d.(2) above.

This exclusion does not apply to the occasional child care services provided by any *Insured*, or to the part-time child care services provided by any *Insured* under 19 years of age.

**Option JF – Jewelry and Furs.** Jewelry, watches, fur garments and garments trimmed with fur, precious and semi-precious stones, gold other than goldware, silver other than silverware, and platinum are covered for accidental direct physical loss or damage.

The limits for this option are shown in the *Declarations*. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss. All provisions and exclusions of **SECTION I – LOSSES IN-SURED, COVERAGE B – PERSONAL PROPERTY**, Theft apply to Option JF.

The following additional provisions apply:

1. We will not pay for any loss to the property described in this option other consisting of, or directly and immediately caused by, one or more of the following:

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, birds or insects, including nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects. However, we will pay for losses caused by wild bears or deer.

c. inherent vice; or

d. seizure or destruction under quarantine or customs regulations;

2. *Our* limit for loss by any Coverage B peril except theft is the limit shown in the *Declarations* for Coverage B, plus the aggregate limit.

3. *Our* limits for loss by theft are those shown in the *Declarations* for this option. These limits apply in lieu of the Coverage B theft limit and

4. *Our* limits for loss by any covered peril except those in items 2. and 3. above are those shown in the *Declarations* for this option.

**Option OL – Building Ordinance or Law.**

1. **Coverage Provided.** The total limit of insurance provided by this option will not exceed an amount equal to the Option OL percentage shown in the *Declarations* of the Coverage A limit shown in the *Declarations* at the time of the loss, as adjusted by the Inflation Coverage provisions of this policy. This is an additional amount of insurance and applies to the *building structure* on the *residence premises*.

2. **Damaged Portions of *Building Structure*.** When a *building structure* covered under **COVERAGE A – DWELLING** is damaged by a *loss insured*, we will pay for the increased cost to repair or rebuild the physically damaged portion of the *building structure* caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same *loss insured* and the requirement is in effect at the time the *loss insured* occurs.

3. **Undamaged Portions of Damaged *Building Structure*.** When a *building structure* covered under **COVERAGE A – DWELLING** is damaged by a *loss insured*, we will also pay for:

   a. the cost to demolish and clear the site of the undamaged portions of the *building structure* caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same *loss insured* and the requirement is in effect at the time the *loss insured* occurs; and

© Copyright, State Farm Mutual Automobile Insurance Company, 2013

1W-2105

loss to the undamaged portion of the *building structure* caused by enforcement of any ordinance of law if:

(1) the enforcement requires the demolition of the same *loss insured*;

(2) the enforcement requires the demolition of portions of the same *building structure* not damaged by the same *loss insured*;

(3) the ordinance or law regulates the construction or repair of the *building structure*, or establishes zoning or land use requirements at the described premises; and

(4) the ordinance or law is in force at the time of the occurrence of the same *loss insured*; or

c. legally required changes to the undamaged portion of the *building structure* caused by the enforcement of a building, zoning, or land use ordinance or law, if:

(1) the enforcement is directly caused by the same *loss insured*;

(2) the requirement is in effect at the time the *loss insured* occurs; and

(3) the legally required changes are made to the undamaged portions of specific *building structure* features, systems, or components that have been physically damaged by the *loss insured*.

We will not pay for legally required changes to specific *building structure* features, systems, or components that have not been physically damaged by the *loss insured*.

4. Building Ordinance or Law Coverage Limitations.

a. We will not pay for any increased cost of construction due to the original or subsequent construction, addition, modification, renovation, remodel, or repair to a *building structure* that did not comply with a building, zoning, or land use ordinance or law in effect when the construction, addition, modification, renovation, remodel, or repair was performed.

b. We will not pay more under this coverage than:

(1) the reasonable and necessary increased cost to repair or rebuild the *building structure* at the same premises or another premises in the same general vicinity if relocation is required by ordinance or law; and

(2) the reasonable and necessary cost to demolish and clear the site of the undamaged portions of the *building structure* caused by enforcement of building, zoning, or land use ordinance or law.

Option SG – Silverware and Goldware Theft. The COVERAGE B – PERSONAL PROPERTY, Special Limits of Liability, item i., for theft of silverware and goldware is increased to be the amount shown in the *Declarations* for this option.

We will not pay for more than a *building structure* of the same height, floor area, and style as on the same or similar premises as the *building structure*, subject to the limit provided in paragraph 1. Coverage Provided of this option.

## DEDUCTIBLE

In case of loss under this policy, we will first be subject to specified policy limits, only that part of the amount of the loss that exceeds the deductible amount shown in the

Declarations. Deductibles will be applied per occurrence. Deductibles apply to specific losses as described in this policy.

# SECTION I – PROPERTY COVERAGES

## COVERAGE A – DWELLING

1. **Dwelling.** We cover the *dwelling* and materials and supplies located on or adjacent to the *residence premises* for use in the construction, alteration, or repair of the *dwelling* or other structures on the *residence premises*.

2. **Other Structures.** We cover other structures on the *residence premises*, separated from the *dwelling* by clear space. Structures connected to the *dwelling* by only a fence, utility line, or similar connection are considered to be other structures.

   We do not cover other structures:

   a. not permanently attached to or otherwise forming a part of the realty;

   b. used either completely or in part for **business** purposes unless such use consists solely of office space or space for paperwork, computer work, or use of a telephone, and consists solely of activities that are:

      (1) duties of the *insured's* employment by another; and

      (2) performed solely by the *insured*; or

   c. rented or held for rental unless:

      (1) rented to a person who is a tenant of the *dwelling*;

      (2) rented for use solely as a private garage; or

      (3) rented either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss.

3. **Property Not Covered.** We do not cover:

   a. land, including the land necessary to support any Coverage A property. We also do not cover:

      (1) any costs required to replace, rebuild, stabilize, or otherwise restore the land; or

      (2) the costs of repair techniques designed to compensate for or prevent land instability

to any property, whether or not insured under Coverage A;

   b. trees, shrubs, live or artificial plants, lawns, or artificial grass, except as provided in SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Landscaping; or

   c. systems and equipment used to generate electrical power unless:

      (1) the power generated is intended primarily for consumption on the *residence premises*; and

      (2) any resulting income is incidental, including but not limited to:

         (a) utility bill credits; or

         (b) incidental income;

         derived from sending excess power back to the electricity grid.

## COVERAGE B – PERSONAL PROPERTY

1. **Property Covered.**

   a. We cover personal property owned or used by an *insured* while it is anywhere in the world. This includes structures not permanently attached to or otherwise forming a part of the realty. At *your* request, we will cover personal property:

      (1) owned by others while the property is on the part of the *residence premises* occupied exclusively by an *insured*;

      (2) owned by a guest or a *residence employee*, while the property is in any other residence occupied by an *insured*; and

      (3) owned by roomers, boarders, tenants, and other residents, any of whom are related to *you.*

   b. We cover personal property usually located at an *insured's* residence, other than the *residence premises*, for up to $1,000 or 10% of the Coverage B limit, whichever is greater. This limitation does not apply to personal property:

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

(1) In a newly acquired principal residence for the first 30 days after you start moving the property there. If the residence premises is a newly acquired principal residence, per- sonal property in your immediate prin- cipal residence is not subject to this limitation for the first 30 days after the in- ception of this policy; and

(2) of a student who is an insured while lo- cated at a residence away from the res- idence premises.

Special Limits of Liability. These limits do not in- crease the Coverage B limit. The special limit for each of the following categories is the total limit for each loss for all property in that category:

a. $200 on money, coins, and medals, including any of these that are a part of a collection, bank notes, bullion, gold other than goldware, silver other than silverware, and platinum;

b. $1,500 on property used or intended for use in a business, including merchandise held as samples or for sale or for delivery after sale, while on the residence premises. This cover- age is limited to $750 on such property away from the residence premises.

Electronic data processing system equipment or the recording or storage media used with that equipment is not included under this cov- erage, and is addressed in item c. below;

c. $10,000 on electronic data processing system equipment used or intended for use in a busi- ness, including but not limited to computers, tab- lets, mobile personal communication equipment, global positioning systems, mobile personal electronic devices used for the reproduction of sound, and standard media or non-media equipment for use with the above devices;

d. $1,500 on securities, checks, cashiers checks, travelers checks, money orders, gift certifi- cates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manu- scripts, passports, and tickets;

e. $1,500 on watercraft of all types and outboard motors, including their trailers, furnishings, and equipment;

f. $1,500 on trailers not used with watercraft;

g. $2,500 on stamps, trading cards, and comic books, including any of these that are a part of a collection;

h. $2,500 for loss by theft of firearms;

i. $2,500 for loss by theft of silverware and goldware;

j. $5,000 on any one article and $10,000 in the ag- gregate for loss by theft of any rug, carpet (ex- cept wall-to-wall carpet), tapestry, wall-hanging, or other similar article;

k. $1,000 on commercially manufactured two, three, or four wheeled personal conveyances powered only by or assisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 horsepower and capa- ble of a top speed of no more than 20 miles per hour. This does not include such conveyances that are:

(1) designed for assisting persons with disabilities;

(2) not designed for travel on public roads; and

(3) not subject to motor vehicle registration; and

l. $1,000 for loss by theft of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones.

2. Property Not Covered. We do not cover:

a. articles separately described and specifically insured in this or any other insurance;

b. animals, birds, or fish;

c. any engine-propelled or motor-propelled vehicle or machine, including parts, designed for move- ment on land, except as provided in Special Limits of Liability, item k. However, we do cover those vehicles or machines:

(1) that are:

(a) not designed for travel on public roads; and

2. Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

(b) not subject to motor vehicle registration;

(2) and that are:

(a) used primarily to service the *insured location*; or

(b) designed for assisting persons with disabilities;

d. any electronic equipment, devices, or accessories designed for the recording, reproduction, or storage of audio, video, photos, or other data that is permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle or hard-wired directly to the vehicle's electrical system. **We** also do not cover removable products that may be used with the equipment or devices described above, including but not limited to tapes, discs, videos, or memory cards while in an engine-propelled or motor-propelled vehicle;

e. aircraft and parts. This does not apply to unmanned aircraft systems used as model aircraft and operated solely for recreational or hobby purposes;

f. property of roomers, boarders, tenants, and other residents not related to *your*;

g. property regularly rented or held for rental to others by an *insured*. This does not apply to property of an *insured*:

(1) In a sleeping room when the *dwelling* is rented in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

(2) on the *residence premises* premises if it is rented, either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;

h. property rented or held for rental to others away from the *residence premises*;

i. any radio devices or transmitters, global positioning systems, radar or laser detectors, antennas, and all other similar equipment that is permanently installed in or permanently fastened to an engine-propelled or

motor-propelled vehicle or that is hard-wired directly to the vehicle's electrical system;

j. books or records of accounts receivable, abstracts or other journals, architectural or technical drawings, card index systems, or other records. This does not apply to any recording or storage media for electronic data processing. **We** will cover the cost of blank books, cards, or other blank material plus the cost of labor *you* incur for transcribing or copying such records;

k. recording or storage media for electronic data processing that cannot be replaced with property of like kind and quality on the current retail market;

l. purchased or created audio, video, photos, or other data that cannot be replaced with property of like kind and quality on the current retail market and that is transferred or downloaded onto mobile communication equipment, global positioning systems, or electronic devices designed for the recording, reproduction, or storage of audio, video, photos, or other data;

m. contraband, or any property used in the course of illegal consumption, possession, import, export, or trade;

n. outdoor hardscape property used for aesthetic purposes except as provided in SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Landscaping; or

o. electronic currency, digital currency, virtual currency, crypto-currency, and other similar mediums of exchange.

**COVERAGE C – LOSS OF USE**

The most we will pay for the sum of all losses combined under Additional Living Expense, Fair Rental Value, and Prohibited Use is the limit of liability shown in the Declarations for Coverage C – Loss of Use.

1. **Additional Living Expense.** When a *loss insured* causes the *residence premises* to become uninhabitable, **we** will pay the reasonable and necessary increase in cost incurred by an *insured* to maintain their normal standard of living for up to 24 months.

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW2105

Our payment is limited to insured costs for the shortest of:

a. the time required to repair or replace the premises;

b. the time required for your household to settle elsewhere; or

c. 24 months.

This period of time is not limited by the expiration of this policy.

In the event a loss insured arising from a state of emergency, as defined in Section 8558 of the Government Code, causes the residence premises to become uninhabitable, we may grant an extension of up to 12 additional months, for a total of 36 months, if you, acting in good faith and with reasonable diligence, encounter a delay or delays in the reconstruction process that are the result of circumstances beyond your control. Circumstances beyond your control include, but are not limited to:

a. unavoidable construction permit delays;

b. lack of necessary construction materials; or

c. lack of available contractors to perform the necessary work.

2. Fair Rental Value. When a loss insured causes that part of the residence premises rented to others or held for rental by you to become uninhabitable, we will pay its fair rental value. Payment will be for the shortest time required to repair or replace the part of the premises rented or held for rental, but not to exceed 12 months. This period of time is not limited by the expiration of this policy. Fair rental value will not include any expense that does not continue while that part of the residence premises rented or held for rental is uninhabitable.

3. Prohibited Use. We will pay Additional Living Expense and Fair Rental Value, for a continuous period not to exceed two weeks, beginning when a civil authority issues an order of evacuation or prohibits your use of the residence premises, provided such:

a. direct physical damage occurs to any property other than covered property located on the residence premises, arising from a cause of loss that would be a loss insured under this policy if the damage had occurred to property on the residence premises;

b. the residence premises is within one mile of property damaged by a cause of loss identified in 3.a. above; and

c. the action of the civil authority is taken in response to:

(1) dangerous physical conditions resulting from the continuation of the cause of loss identified in 3.a. above;

(2) dangerous physical conditions resulting from the damage caused by the cause of loss identified in 3.a. above; or

(3) the need to gain free access to property damaged by the cause of loss identified in 3.a. above.

We will not pay for loss or expense due to cancellation of a lease or agreement.

SECTION I – PROPERTY SUBJECT TO LIMITATIONS

1. We will not pay more than a total of $5,000 for all loss by fungus to:

a. COVERAGE B – PERSONAL PROPERTY caused by or directly resulting from a peril described in SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY; and

b. COVERAGE A – DWELLING property caused by or directly resulting from a peril described in SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY or a loss not otherwise excluded under SECTION I – LOSSES NOT INSURED.

Regardless of the number of structures or other property items insured, this single $5,000 limit of insurance is the most we will pay for loss in any one

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW2105

procurement for all Section I coverages and OP-TIONAL POLICY PROVISIONS combined.

2. The limitation applies to loss to all insured property, including all costs or expense for:

a. any loss of use or delay in rebuilding, repairing, or replacing covered property, including any associated cost of covered property, due to interference at the described premises or location of the re-building, repair, or replacement of that property, by fungus;

b. any remediation of fungus, including the cost or expense to:

(1) remove or clean the fungus from covered property or to repair, restore, or replace that property;

(2) tear out and replace any part of the build-ing or other property as needed to gain access to the fungus;

(3) contain, treat, detoxify, neutralize, or dis-pose of or in any way respond to or as-sess the effects of the fungus; or

(4) remove any property to protect it from the presence of or exposure to fungus;

c. the cost of any testing or monitoring of air or property to confirm the type, absence, pres-ence, or level of fungus, whether performed prior to, during or after removal, repair, resto-ration, or replacement of covered property.

**SECTION I – ADDITIONAL COVERAGES**

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy.

1. **Debris Removal.** We will pay the reasonable ex-penses you incur in the removal of debris of cov-ered property damaged by a **loss insured.** This expense is included in the limit applying to the dam-aged property. The following coverages and limits also apply:

a. When the amount payable for the property dam-age plus the debris removal exceeds the limit for damaged property, an additional 5% of that limit is available for debris removal expense. This additional amount of insurance does not apply to

b. We will also pay up to $1,000 total for each loss to cover the reasonable expenses you in-cur in the removal of tree debris and stumps from the **residence premises**, unless other-wise excluded. This coverage applies when:

(1) the tree has caused a **loss insured** to Coverage A property; or

(2) the tree debris felled by windstorm, hail, or weight of snow or ice blocks:

(a) the driveway, on the **residence prem-ises**, and prevents land **motor vehicle** access to or from the **dwelling**; or

(b) a ramp designed to assist persons with disabilities, on the **residence premises**, and prevents access to or from a **building structure.**

2. **Temporary Repairs.** If damage is caused by a **loss insured**, we will pay the reasonable and necessary cost you incur for temporary repairs to covered property to protect the property from further immediate damage or loss. This coverage does not increase the limit ap-plying to the property being repaired.

3. **Trees, Shrubs, and Landscaping.** We will pay for accidental direct physical loss to:

a. trees, shrubs, live or artificial plants, and lawns;

b. artificial grass; and

c. hardscape property used for aesthetic purposes and permanently affixed to realty,

on the **residence premises**, caused by the follow-ing perils: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles (not owned or operated by a resident of the **residence premises**), Vandalism or malicious mischief, or Theft.

The limit for this coverage, including the removal of debris, will not exceed 5% of the amount shown in the **Declarations** for **COVERAGE A – DWELLING**. **We** will not pay more than $750 for any one outdoor tree, shrub, plant, or hardscape item, including de-bris removal expense. This coverage may increase the limit otherwise applicable. **We** will not pay for any loss to property grown for business purposes.

SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Landscaping.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2106

4. **Fire Department Service Charge.** We will pay up to $500 per occurrence for fire department charges incurred when the fire department is called to save or protect Coverage A property from fire, lightning, or explosion. No deductible applies to this coverage. This coverage may increase the limit otherwise applicable.

5. **Property Removed.** We will pay for any accidental direct physical loss to covered property while being removed from a premises endangered by a loss *insured*. This coverage also applies to the property for up to 30 days while removed. We will also pay for reasonable expenses incurred by *you* for the removal and return of the covered property. This coverage does not increase the limit applying to the property being removed.

6. **Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money.**

   a. We will pay up to $1,000 for:

   (1) the legal obligation of an *insured* to pay because of the theft or unauthorized use of credit cards and bank fund transfer cards issued to or registered in an *insured's* name. If an *insured* has not complied with all terms and conditions under which the cards are issued, we will not pay for use by an *insured* or anyone else;

   (2) loss to an *insured* caused by forgery or alteration of any check or negotiable instrument; and

   (3) loss to an *insured* through acceptance in good faith of counterfeit United States or Canadian paper currency.

   No deductible applies to this coverage.

   We will not pay more than the limit stated above for forgery or alteration committed by any one person. This limit applies when the forgery or alteration involves one or more instruments in the same loss.

   b. We will not pay for loss arising out of *business* pursuits or dishonesty of an *insured*.

   c. **Defense:**

   (1) We may make any investigation and settle any claim or suit that we decide is appropriate. Our obligation to defend claims or suits ends when the amount we pay for the loss equals our limit of liability.

   (2) If claim is made or a suit is brought against an *insured* for liability under the Credit Card or Bank Fund Transfer Card coverage, we will provide a defense. This defense is at our expense by counsel of our choice.

   (3) We have the option to defend at our expense an *insured* or an *insured's* bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Power Interruption.** We will pay for accidental direct physical loss caused directly or indirectly by a change of temperature that results from power interruption that takes place on the *residence premises*. The power interruption must be caused by a loss *insured* occurring on the *residence premises*. The main energized. This coverage does not increase the limit applying to the damaged property.

8. **Refrigerated Products.** Coverage B is extended to cover the contents of deep freeze or refrigerated units on the *residence premises* for loss due to power failure or mechanical failure. If mechanical failure or power failure is known to *you*, all reasonable means must be used to protect the property insured from further damage or this coverage is void. Power failure or mechanical failure does not include:

   a. removal of a plug from an electrical outlet, or

   b. turning off of an electrical switch unless caused by a *loss insured*.

   This coverage does not increase the limit applying to the damaged property.

9. **Arson Reward.** We will pay $1,000 for information that leads to an arson conviction in connection with a fire loss to property covered by this policy. This coverage may increase the limit otherwise applicable. However, the $1,000 limit will not be increased

®, Copyright, State Farm Mutual Automobile Insurance Company, 2019

regardless of the number of persons providing information.

Volcanic Action. We will pay for accidental direct physical loss to a covered building structure or covered property contained in a building structure resulting from the eruption of a volcano when the loss is directly and immediately caused by:

a. airborne volcanic shock waves;

b. ash, dust, or particulate matter; or

c. lava flow.

We will also pay for the removal of that ash, dust, or particulate matter that has caused accidental direct physical loss to a covered building structure or covered property contained in a building structure.

All volcanic eruptions that occur within any 360-hour period will be considered one volcanic eruption.

This coverage does not increase the limit applying to the damaged property.

11. Collapse. We will pay for accidental direct physical loss to covered property involving the abrupt, entire collapse of a building structure or any part of a building structure.

a. Collapse means the abrupt and entire falling down, caving in, or falling into pieces of a building structure or any part of a building structure. Collapse does not include any of the following:

(1) settling, cracking, crumbling, deterioration, shrinking, bulging, expansion, sagging, bowing, leaning, or bending;

(2) substantial structural impairment;

(3) imminent or threatened collapse;

(4) a building structure or any part of a building structure that is in danger of falling down or caving in; or

(5) a part of a building structure that is standing even if:

(a) it has separated from another part of the building structure, or

(b) it shows evidence of settling, cracking, crumbling, deterioration, shrinking, bulging, expansion, sagging, bowing, leaning, or bending.

b. The collapse must be directly and immediately caused by one or more of the following:

(1) perils described in SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY. These perils apply to building structures covered under Coverage A or Coverage B for loss insured by this Additional Coverage;

(2) decay or deterioration of, or damage from animals, birds, or insects to:

(a) a container; or

(b) a structural member of a building structure;

(3) weight of contents, equipment, animals, or people;

(4) weight of ice, snow, sleet, or rain that collects on a roof, porch, or deck; or

(5) use of defective material or methods in the construction (includes remodeling or renovation) of the building structure, if the collapse occurs during the course of the construction of the building structure.

Loss to awnings, fences, patios, pavement, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations (including slabs, basement walls, and crawl space walls), retaining walls, bulkheads, piers, wharfs, docks, trellises, or antennas and their supporting structures is not included under items (2), (3), and (4) immediately above unless the loss is the direct and immediate result of the collapse of a building structure or any part of a building structure.

This coverage does not increase the limit applying to the damaged property.

© Copyright, State Farm Mutual Automobile Insurance Company, 2013

HW2109

12. **Locks and Remote Devices.** We will pay up to $1,000 for each loss for the reasonable expenses you incur to rekey, recode, recode, program locks on exterior doors to the dwelling or other structures located on the residence premises when the keys or remote devices used with those doors are part of a covered theft loss. This coverage includes remote devices designed solely for locking, unlocking, opening, or closing doors, including garage doors and gates.

    No deductible applies to this coverage.

13. **Fuel Oil Release.** We will pay up to $10,000 for each loss for accidental direct physical loss to covered property caused by the abrupt and accidental escape of liquid fuel oil from a fixed household apparatus, or pipes that are part of a heating unit for the *dwelling*. This includes damage to covered property resulting from an accidental spill or overflow of fuel oil in the course of filling a fixed household tank.

    This coverage includes surface clean up only. We will not pay for:

    a. the cost to repair or replace the fuel oil tank, apparatus, and pipes; or

    b. the cost of testing, monitoring, removing, treating, or detoxifying of soil, air, or water.

    This coverage does not increase the limit applying to the damaged property.

14. **Home Certification.** If damage to covered property is caused by a *loss insured*, we will pay the reasonable increase in cost to repair or replace only the damaged property to maintain the *dwelling*'s FOR-TIFIED HOME or FORTIFIED FOR SAFER LIVING certification in place at the time of the loss. This

coverage does not increase the limit applying to the damaged property.

We will not pay:

a. any increase in cost until the repair or replacement of the property is complete; or

b. for increased costs resulting from enforcement of any ordinance or law regulating the construction or repair of the *dwelling* except as provided under **OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law.**

This coverage does not apply if Loss Settlement provision A2 – Replacement Cost Loss Settlement – Common Construction is shown in the *Declarations*.

## INFLATION COVERAGE

The limits of liability shown in the *Declarations* for Coverage A, Coverage B, and when applicable, Option ID will be increased at the same rate as the increase in the Inflation Coverage Index shown in the *Declarations*.

To find the limits on a given date:

1. divide the Index on that date by the Index as of the effective date of this Inflation Coverage provision; then

2. multiply the resulting factor by the limits of liability for Coverage A, Coverage B, and Option ID separately.

The limits of liability will not be reduced to less than the amounts shown in the *Declarations*.

If during the term of this policy the Coverage A limit of liability is changed at *your* request, the effective date of this Inflation Coverage provision is changed to coincide with the effective date of such change.

# SECTION I – LOSSES INSURED

## COVERAGE A – DWELLING

We will pay for accidental direct physical loss to the property described in Coverage A, unless the loss is excluded or limited in **SECTION I – LOSSES NOT IN-SURED** or otherwise excluded or limited in this policy. However, loss does not include and we will not pay for any *diminution in value*.

## COVERAGE B – PERSONAL PROPERTY

We will pay for accidental direct physical loss to the property described in Coverage B caused by the following perils, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and *we* will not pay for any *diminution in value*.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2126

1. **Fire or lightning.**

2. **Windstorm or hail.** This peril does not include loss to property contained in a structure caused by rain, snow, sleet, sand, or dust. This limitation does not apply when the direct force of wind or hail damages the structure causing an opening in a roof or wall and the rain, snow, sleet, sand, or dust enters through this opening.

   This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard motors, only while inside a *building structure*.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft,** including self-propelled missiles and spacecraft.

6. **Vehicles,** meaning accidental direct physical loss to covered property caused by the weight, force, power, or movement of a vehicle.

   a. This includes:

   (1) the impact of a vehicle;

   (2) an object propelled from the tire or body of a vehicle;

   (3) the upset or collision of a vehicle with a stationary object or other vehicle, including damage to personal property carried on the exterior of the vehicle; or

   (4) a vehicle door or trunk lid being closed on personal property.

   b. This peril does not include loss:

   (1) to personal property that falls off a vehicle and strikes the ground, any other surface, or any object;

   (2) caused by shifting of the load being carried in or on a vehicle; or

   (3) to the vehicle itself unless the vehicle is property covered under COVERAGE B – PERSONAL PROPERTY and the loss is caused by the weight, force,

power, or movement of a vehicle, etc.

7. **Smoke,** meaning sudden and accidental damage from smoke.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief,** meaning only willful and malicious damage to or destruction of property.

9. **Theft,** including attempted theft and loss of property from a known location when it is probable that the property has been stolen.

   This peril does not include:

   a. loss of a precious or semi-precious stone from its setting;

   b. loss caused by theft:

   (1) committed by an *insured* or by any other person regularly residing on the *insured location*. Property of a student who is an *insured* is covered while located at a residence away from the *residence premises* if the theft is committed by a person who is not an *insured*;

   (2) in or to a dwelling under construction or of materials and supplies for use in the construction until the dwelling is completed and occupied; or

   (3) from the part of a *residence premises* rented to others:

   (a) caused by a tenant, members of the tenant's household, or the tenant's employees unless the *residence premises* is rented, either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;

   (b) of money, bank notes, bullion, gold, goldware, silver, silverware, powderware, platinum, coins, and medals;

   (c) of securities, checks, cashier's checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments, accounts,

13

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, securities, and stamps; or

(d) of jewelry, watches, fur garments and garments trimmed with fur; and precious and semi-precious stones; or

c. loss caused by theft that occurs away from the *residence premises* of:

(1) property while at any other residence owned, rented to, or occupied by an *insured*, except while an *insured* is temporarily residing there. Property of a student who is an *insured* is covered while at a residence away from the *residence premises*;

(2) watercraft of all types, including their furnishings, equipment, and outboard motors; or

(3) trailers and campers designed to be pulled by or carried on a vehicle.

10. Falling objects. This peril does not include loss to property contained in a structure unless the roof or an exterior wall of the structure is first damaged by a falling object. Damage to the falling object itself is not included.

11. Weight of ice, snow, or sleet that causes damage to property contained in a structure.

12. Abrupt and accidental discharge or overflow of water, steam, or sewage from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

a. to the system or appliance from which the water, steam, or sewage escaped; or

caused by or resulting from:

heating;

water or sewage from outside the *residence premises* plumbing system that enters through sewers or drains, or water that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area; or

(3) the pressure from or presence of tree, shrub, or plant roots.

13. Abrupt and accidental tearing asunder, cracking, burning, or bulging of a steam or hot water heating system, an air conditioning system, an automatic fire protective sprinkler system, or an appliance for heating water.

This peril does not include loss caused by or resulting from freezing.

14. Freezing of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or of a household appliance.

This peril does not include:

a. loss to a portable hot tub or portable spa unless *you* have used reasonable care to prevent freezing; or

b. loss on the *residence premises* unless *you* have used reasonable care to:

(1) maintain heat in the *building structure* at 55 degrees Fahrenheit or higher; or

(2) shut off the water supply and drain the system and appliances of water.

However, if the *building structure* is protected by an automatic fire protective sprinkler system, *you* must use reasonable care to continue the water supply and maintain heat in the *building structure* at 55 degrees Fahrenheit or higher for coverage to apply.

15. Abrupt and accidental damage to electrical appliances, devices, fixtures, and wiring from an increase

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2106

or decrease of artificially generated electrical current. We will pay up to $3,000 under this peril for each damaged item described in the Declarations.

16. **breakage of glass**, meaning damage to personal property caused by breakage of glass that is a part of a structure on the **residence premises**. We will not pay for loss or damage to the glass.

17. **Wild bears or deer**, meaning damage caused by wild bears or deer to property located in a **building structure**.

## SECTION I — LOSSES NOT INSURED

1. We will not pay for any loss to the property described in Coverage A that is caused by one or more of the items below, regardless of whether the loss occurs abruptly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

   a. **collapse**, except as specifically provided in **SECTION I — ADDITIONAL COVERAGES, Collapse**;

   b. **freezing** of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or of a household appliance, or discharge, leakage, or overflow from within the system or appliance caused by freezing. This does not apply if **you** have used reasonable care to:

      (1) maintain heat in the **building structure** at 55 degrees Fahrenheit or higher; or

      (2) shut off the water supply and drain the system and appliances of water.

      However, if the **building structure** is protected by an automatic fire protective sprinkler system, **your** must use reasonable care to continue the water supply and maintain heat in the **building structure** at 55 degrees Fahrenheit or higher for coverage to apply.

   c. **freezing, thawing, pressure, or weight of water, ice, snow, or sleet**, whether driven by wind or not, to:

      (1) a swimming pool, hot tub, or spa, including their covers, filtration, and circulation systems; or

      (2) an awning, fence, pavement, patio, foundation (including slabs, basement walls, crawl space walls, and footings), retaining wall, bulkhead, pier, wharf, or dock;

   d. **theft** in or to a dwelling under construction, or of materials and supplies for use in the construction, until the dwelling is completed and occupied;

   e. **theft, vandalism, malicious mischief, or breakage of glass** and safety glazing materials if the dwelling is a **vacant dwelling**;

   f. **wear, tear, decay, marring, scratching, deterioration, inherent vice, latent defect, or mechanical breakdown**;

   g. **corrosion, electrolysis, or rust**;

   h. **wet or dry rot**;

   i. **contamination or pollution**, meaning the presence, discharge, dispersal, seepage, migration, release, or escape of contaminants or pollutants from any source. This does not apply if the presence, discharge, dispersal, seepage, migration, release, or escape is itself caused by a peril described in **SECTION I — LOSSES INSURED, COVERAGE B — PERSONAL PROPERTY**.

      (1) Contaminants and pollutants include but are not limited to any:

         (a) solid, liquid, gaseous, or thermal irritant, including smoke from agricultural smudging or industrial operations, smog, soot, vapor, fumes, acids, alkalis, chemicals, pathogens, noxious substances, asbestos, or lead;

         (b) contaminants or pollutants resulting from any natural resource extraction activities; or

         (c) fuel oil except as specifically provided in **SECTION I — ADDITIONAL COVERAGES, Fuel Oil Release**.

      (2) **We** also will not pay for:

         (a) losses arising from contamination or pollution caused by or resulting from

defective building materials, nuclear substances, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed;

(u) the cost to extract contaminants or pollutants from land, water, or air; or the cost to remove, restore, or replace contaminated or polluted land, water, or air; or

(v) the cost of testing, monitoring, cleaning, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or assessing the effects of contaminants or pollutants;

j. settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations (including slabs, basement walls, crawl space walls, and footings), walls, floors, roofs, or ceilings;

k. all animals, birds, or insects.

(1) This includes:

   (a) nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects;

   (b) costs to remove animals, birds, or insects from the covered property; and

   (c) costs to prevent the animals, birds, or insects from returning to the property.

(2) However, we will pay for:

   (a) losses caused by wild bears or deer; and

   (b) the breakage of glass or safety glazing material that is a part of a building structure, when caused by animals, birds, or insects; or

l. pressure from or presence of tree, shrub, or plant roots.

However, we will pay for any resulting loss from items a. through k. unless the resulting loss is itself a Loss Not Insured as described in this Section.

2. We will not pay for under any part of this policy, any loss that would not have occurred in the absence of one or more of the following excluded events. We will not pay for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the residence premises, arises from any nature or external forces, or occurs as a result of any combination of these:

a. **Earthquake.**

   However, we will pay for any accidental direct physical loss by fire resulting from earthquake, provided the resulting fire loss is itself a Loss Insured.

b. **Nuclear Hazard,** meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

   However, we will pay for any accidental direct physical loss by fire resulting from the nuclear hazard, provided the resulting fire loss is itself a Loss Insured.

3. We will not pay for under any part of this policy, any loss that is caused by one or more of the items below, regardless of whether the event occurs abruptly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

a. **Ordinance or Law,** meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a building structure or other structure.

b. **Earth Movement,** meaning the sinking, rising, shifting, expanding, or contracting of earth, all regardless of whether combined with water, sewage, or any material carried by, or otherwise moved by the earth. Earth movement includes but is not limited to:

   (1) landslide, mudslide, or mudflow;

   (2) sinkhole or subsidence;

   (3) movement resulting from:

(a) improper compaction;

(b) site selection;

(c) incorrect soil and/or rock selection or

(d) expansion;

(e) erosion;

(4) pressure by surface or subsurface earth or fill; or

(5) any volcanic activity, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Volcanic Action.**

**However, we will pay for any accidental direct physical loss by fire resulting from earth movement, provided the resulting fire loss is itself a loss Insured.**

c. **Water,** meaning:

(1) flood;

(2) surface water. This does not include water that solely caused by the release of water from a swimming pool, spigot, sprinkler system, hose, or hydrant;

(3) waves (including tidal wave, tsunami, and seiche);

(4) tides or tidal water;

(5) overflow of any body of water (including any release, escape, or rising of any body of water held by a dam, levee, dike, or boiled, or diverted by a dam, levee, dike, or any type of water containment, diversion, or flood control device);

(6) spray or surge from any of the items c.(1) through c.(5) described above, all whether driven by wind or not;

(7) water or sewage from outside the **residence premises** plumbing system that enters through sewers or drains, or water or sewage that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area;

(8) water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks

through a **building structure,** sidewalk, driveway, swimming pool, or other structure;

(9) seepage or leakage of water, steam, or sewage that occurs or develops over a period of time:

(a) and is:

   (i) continuous;

   (ii) repeating;

   (iii) gradual;

   (iv) intermittent;

   (v) slow; or

   (vi) trickling; and

(b) from a:

   (i) heating, air conditioning, or automatic fire protective sprinkler system;

   (ii) household appliance; or

   (iii) plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings, or floors.

**We** also will not pay for losses arising from condensation or the presence of humidity, moisture, or vapor that occurs or develops over a period of time; or

(10) material carried or otherwise moved by any of the water or sewage, as described in items c.(1) through c.(9) above.

**However, we will pay for any accidental direct physical loss by fire, explosion, or theft resulting from water, provided the resulting loss is itself a loss Insured.**

d. **Neglect,** meaning neglect of the **Insured** to use all reasonable means to save and preserve property at and after the time of a loss, or when property is or is endangered.

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

covered under this policy, we will not pay any Insured for this loss. This applies regardless of whether the Insured is acquitted of, charged with or convicted of a crime.

This does not apply to an Insured who did not participate in, conspire in, or contribute to causing or procuring the loss.

..., including any undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be considered a warlike act even if accidental.

4. We will not pay for any loss described in paragraphs 1., 2., and 3. immediately above regardless of whether one or more of the following: (a) directly or indirectly causes, contributes to, or aggravates the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:

   a. conduct, act, failure to act, or decision of any person, group, organization, or governmental body whether intentional, wrongful, negligent, or without fault;

   b. defect, weakness, inadequacy, fault, or unsoundness in:

      (1) planning, zoning, development, surveying, or siting;

      (2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, or compaction;

      (3) materials used in repair, construction, renovation, remodeling, grading, or compaction; or

      (4) maintenance;

      of any property (including land, structures, or improvements of any kind) whether on or off the residence premises; or

   c. weather conditions.

   However, we will pay for any resulting loss from items 4.a., 4.b., and 4.c. unless the resulting loss is itself a Loss Not Insured as described in this Section.

5. We will not pay for, under any part of this policy, any loss consisting of the items in paragraphs 1., 2., 3., or 4. above. This exclusion does not apply if the loss is caused by a peril that is not otherwise excluded.

f. Fungus, including:

   (1) any loss of use or delay in rebuilding, repairing, or replacing covered property, including any associated cost or expense, due to interference at the described premises or location of the rebuilding, repair, or replacement of that property, by fungus;

   (2) any remediation of fungus, including the cost or expense to:

      (a) remove or clean the fungus from covered property or to repair, restore, or replace that property;

      (b) tear out and replace any part of the building structure or other property as needed to gain access to the fungus;

      (c) contain, treat, detoxify, neutralize or dispose of or in any way respond to or assess the effects of the fungus; or

      (d) remove any property to protect it from presence of or exposure to fungus; or

   (3) the cost of any testing or monitoring of air or property to confirm the type, absence, presence, or level of fungus, whether performed prior to, during, or after removal, repair, restoration, or replacement of covered property.

   However, we will pay for loss as specified under SECTION I – PROPERTY SUBJECT TO LIMITATIONS.

g. Intentional Losses. If any Insured intentionally causes or procures a loss to property

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

ffw-2105

# SECTION I – LOSS ... TLEMENT

Only the Loss Settlement Provisions shown in the Declarations apply. We will settle covered property losses according to the following. However, the valuation of any covered property losses does not include, and we will not pay, any amount for diminution in value.

## COVERAGE A – DWELLING

1. **A1 – Replacement Cost Loss Settlement – Similar Construction.**

   We will pay up to the applicable limit of liability shown in the Declarations, the reasonable and necessary cost to repair or replace with similar construction and for the same use as on the premises shown in the Declarations, the damaged part of the property covered under SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING.

   We will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a building structure or other structure, except as provided under OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law.

2. **A2 – Replacement Cost Loss Settlement – Common Construction.**

   We will pay up to the applicable limit of liability shown in the Declarations, the reasonable and necessary cost to repair or replace with common construction and for the same use as on the premises shown in the Declarations, the damaged part of the property covered under SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING, subject to the following:

   a. we will pay only for repair or replacement of the damaged part of the property with common construction techniques and materials commonly used by the building trades in standard new construction. We will not pay the cost to repair or replace obsolete, antique, or custom construction with like kind and quality;

   we will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a building structure or other structure, except as provided under OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law.

## COVERAGE B – PERSONAL PROPERTY

1. **B1 – Limited Replacement Cost Loss Settlement.**

   a. We will pay the cost to repair or replace property covered under SECTION I – PROPERTY COVERAGES, COVERAGE B – PERSONAL PROPERTY, except for property listed in item b. below, subject to the following:

      (1) until repair or replacement is completed, we will pay only the actual cash value at the time of loss of the damaged property;

      (2) after repair or replacement is completed, we will pay the difference between the actual cash value at the time of loss and the cost you have actually and necessarily spent to repair or replace the property; and

      (3) to receive any additional payments on a replacement cost basis, you must complete the repair or replacement:

         (a) within 24 months from the date that we make the first payment toward the actual cash value of the property; or

         (b) within 36 months from the date that we make the first payment toward the actual cash value of the property, if the loss relates to a state of emergency as defined in Section 8558 of the Government Code.

   b. We will pay market value at the time of loss for:

      (1) antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

b. We will pay market value at the time of loss for:

(1) antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;

(2) articles whose age or history contribute substantially to their value, including, but not limited to, memorabilia, souvenirs, and collectors items; and

(3) property not useful for its intended purpose.

However, we will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1) our cost to replace at the time of loss;

(2) the full cost of repair;

(3) any special limit of liability described in this policy; or

(4) any applicable Coverage B limit of liability.

(2) articles whose age or history contribute substantially to their value, including, but not limited to, memorabilia, souvenirs, and collectors items; and

(3) property not useful for its intended purpose.

However, we will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1) our cost to replace at the time of loss;

(2) the full cost of repair;

(3) any special limit of liability described in this policy; or

(4) any applicable Coverage B limit of liability.

2. B2 – Depreciated Loss Settlement.

a. We will pay the actual cash value at the time of loss for property covered under SECTION I – PROPERTY COVERAGES, COVERAGE B – PERSONAL PROPERTY, except for property listed in item b. below.

## SECTION I – CONDITIONS

1. Insurable Interest and Limit of Liability. Even if more than one person has an insurable interest in the property covered, we will not be liable:

a. to the insured for an amount greater than the insured's interest; or

b. for more than the applicable limit of liability.

2. Your Duties After Loss. After a loss to which this insurance may apply, you must cooperate with us in the investigation of the claim and also see that the following duties are performed:

a. give immediate notice to us or our agent and also notify:

(1) the police if the loss is caused by theft, vandalism, or any other criminal act; and

(2) the credit card company or bank if the loss involves a credit card or bank fund transfer card;

b. protect the property from further damage or loss and also:

(1) make reasonable and necessary temporary repairs required to protect the property; and

(2) keep an accurate record of repair expenses;

c. prepare an inventory of damaged or stolen personal property:

(1) showing in detail the quantity, description, age, replacement cost, and amount of loss; and

(2) attaching all bills, receipts, and related documents that substantiate the figures in the inventory;

d. as often as we reasonably require:

(1) exhibit the damaged property;

(2) provide us with any requested records and documents and allow us to make copies;

(3) while not in the presence of any other insured:

(a) give statements; and

(b) submit to examinations under oath; and

(4) produce employees, members of the insured's household, or others for examination under oath to the extent it is within the insured's power to do so; and

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HK0105

e. submit to us, within 60 days after the loss, your signed, sworn proof of loss that sets forth, to the best of your knowledge and belief:

(1) the time and cause of loss;

(2) interest of the insured and all others in the property involved and all encumbrances on the property;

(3) other insurance that may cover the loss;

(4) changes in title or occupancy of the property during the term of this policy;

(5) specifications of any damaged structure and detailed estimates for repair of the damage;

(6) an inventory of damaged or stolen personal property described in 2.c.;

(7) receipts for additional living expenses incurred and records supporting the fair rental value loss; and

(8) evidence or affidavit supporting a claim under SECTION I – ADDITIONAL COVERAGES, Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money coverage, stating the amount and cause of loss.

3. **Loss to a Pair or Set.** In case of loss to a pair or set, we may choose to:

a. repair or replace any part to restore the pair or set to its value before the loss; or

b. pay the difference between the depreciated value of the property before the loss and the depreciated value of the property after the loss.

4. **Appraisal.** If you and we fail to agree on the amount of loss, either party can demand that the amount of the loss be set by appraisal. Only your or our demand for appraisal. A demand for appraisal must be in writing. You must comply with SECTION I – CONDITIONS, Your Duties After Loss before making a demand for appraisal. At least 10 days before demanding appraisal, the party seeking appraisal must provide the other party with written, itemized documentation of a specific dispute as to the amount of the loss, identifying separately each item being disputed.

a. Each party will select a competent disinterested appraiser, and notify the other party of the appraiser's identity within 20 days of receipt of the written demand for appraisal.

b. Where the request is accepted, the appraisers shall first select a competent and disinterested umpire. If the appraisers are unable to agree upon an umpire within 15 days:

(1) you or we may make a written application for a judge of a court of record in the same state and county (or city if the city is not within a county) where the residence premises is located to select an umpire; and

(2) the party requesting the selection described in item b.(1) must provide the other party:

(a) written notice of the intent to file, identifying the specific location and identity of the court at least 10 days prior to submission of the written application; and

(b) a copy of the written application.

c. Appraisal proceedings are informal unless you and we mutually agree otherwise. For purposes of this section, "informal" means that no formal discovery shall be conducted, including depositions, interrogatories, requests for admission, or other forms of formal civil discovery, no formal rules of evidence shall be applied, and no court reporter shall be used for the proceedings.

d. The appraisers will then attempt to set the amount of the loss of each item in dispute as specified by each party, and jointly submit to each party a written report of agreement signed by them. In all instances the written report of agreement will be itemized and state separately the actual cash value, replacement cost, and if applicable, the market value of each item in dispute.

The written report of agreement will set the amount of the loss of each item in dispute and will be binding upon you and us.

e. If the two appraisers fail to agree upon the amount of the loss within 30 days, unless the

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

period of time is extended, they will submit their names to the umpire.

A written report of agreement signed by any two (appraisers or appraiser and umpire) will set the amount of the loss of each item in dispute and will be binding upon you and us. In all instances the amount of the written report of agreement will be itemized and stated separately, the actual cash value, replacement cost, and if applicable, the market value of each item in dispute.

f. To qualify as an appraiser or umpire for a loss to property described in **COVERAGE A – DWELLING**, a person must be one of the following and be licensed or certified as required by the applicable jurisdiction:

(1) an engineer or architect with experience and training in building construction, repair, estimating, or investigation of the type of property damage in dispute;

(2) an adjuster, public adjuster, or attorney with experience and training in estimating the type of property damage in dispute; or

(3) a contractor with experience and training in the construction, repair, and estimating of the type of property damage in dispute.

g. A person may not serve as an appraiser or umpire if that person, any employee of that person, that person's employer, or any employee of that employer:

(1) has performed services for either party with respect to the claim at issue in the appraisal; or

(2) has a financial interest in the outcome of the appraisal.

h. Each party will be responsible for the compensation of their selected appraiser. Reasonable expenses of the appraisal and the reasonable compensation of the umpire will be paid equally by you and us.

i. You and we do not waive any rights by demanding or submitting to an appraisal, and retain all contractual rights to determine if coverage applies to each item in dispute.

j. Appraisal is only available to determine the amount of the loss of each item in dispute. The appraisers and the umpire have no authority to decide:

(1) any other questions of fact;

(2) questions of law;

(3) questions of coverage;

(4) other contractual issues; or

(5) to conduct appraisal on a class-wide basis.

k. A party may not demand appraisal after that party brings suit or action against the other party relating to the amount of loss.

l. In the event of a government-declared disaster, as defined in the Government Code, appraisal may be requested by either you or us but shall not be compelled.

5. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only our share of the loss. Our share is the proportion of the loss that the applicable limit under this policy bears to the total amount of insurance covering the loss.

6. **Suit Against Us.** No action will be brought against us unless there has been full compliance with all of the policy provisions. Any action by any party must be started within one year after the date of loss or damage.

If the loss is related to a state of emergency, as defined in subdivision (b) of Section 8558 of the Government Code, the time limit to bring suit is extended to 24 months after inception of the loss.

7. **Our Option.** We may repair or replace any part of the property damaged or stolen with similar property. Any property we pay for or replace becomes our property.

8. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss and:

a. reach agreement with you;

b. there is an entry of a final judgment; or

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

c. there is a filing of an appraisal award with us.

? Abandonment of Property. We need not accept any property abandoned by an Insured.

h. Mortgagee Clause. The word "mortgagee" includes trustee.

a. If a mortgagee is named in this policy, any loss payable under Coverage A will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

b. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

(1) notifies us of any change in ownership, occupancy, or substantial change in risk of which the mortgagee is aware;

(2) pays on demand any premium due under this policy, if you have not paid the premium; and

(3) submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us, and Loss Payment apply to the mortgagee.

c. If we cancel this policy, the mortgagee will be notified at least 10 days before the date cancellation takes effect.

d. If we pay the mortgagee for any loss and deny payment to you:

(1) we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

(2) at our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

e. Subrogation does not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

11. No Benefit to Bailee. We will not recognize an assignment or grant coverage for the benefit of a person or organization holding, storing, or transporting property for a fee. This applies regardless of any other provision of this policy.

12. Recovered Property. If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may keep the property or we will return it to you. Otherwise, it will become our property. If you choose to keep the property, the loss payment will be adjusted based on the amount you received for the recovered property.

13. Assignment of Claim. Assignment to another party of any of your rights or duties under this policy regarding any claim, or any part of any claim, will be void and we will not recognize any such assignment, unless we give our written consent. However, once you have complied with all policy provisions, you may assign to another party, in writing, payment of claim proceeds otherwise payable to you.

## SECTION II – LIABILITY COVERAGES

## COVERAGE L – PERSONAL LIABILITY

If a claim is made or a suit is brought against an Insured for damages because of bodily injury or property damage to which this coverage applies, caused by an occurrence, we will:

1. pay up to our limit of liability for the damages for which the Insured is legally liable. We will not pay for criminal restitution; and

2. provide a defense at our expense by counsel of our choice. We may make any investigation and settle any claim or suit that we decide is appropriate. Our obligation to defend any suit ends when the amount we pay for damages, to effect settlement or satisfy a judgment resulting from the occurrence, equals our limit of liability. We will not provide a defense to any Insured for criminal prosecution or proceedings.

**COVERAGE M – MEDICAL PAYMENTS TO OTHERS**

We will pay the necessary medical expenses incurred or medically ascertained within three years from the date of an accident causing *bodily injury*. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, rehabilitation, pharmaceuticals, orthopedic devices, prosthetic devices, and funeral services. This coverage applies only:

1. to a person on the *insured location* with the permission of an *insured*;

2. to a person off the *insured location*, if the *bodily injury*:

   a. arises out of a condition on the *insured location* or the ways immediately adjoining;

   b. is caused by the activities of an *insured*;

   c. is caused by a *residence employee* in the course of the *residence employee's* employment by an *insured*; or

   d. is caused by an animal owned by or in the care of an *insured*; or

3. to a *residence employee* if the *occurrence* causing *bodily injury* occurs off the *insured location* and arises out of or in the course of the *residence employee's* employment by an *insured*.

**SECTION II – ADDITIONAL COVERAGES**

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy.

We will pay for the following in addition to the limits of liability:

1. **Claim Expenses. We** will pay:

   a. expenses we incur and costs taxed against an *insured* in suits we defend. Taxed costs do not include attorney fees;

   b. premiums on bonds required in suits we defend, but not for bond amounts greater than the Coverage L Limit. We are not obligated to apply for or furnish any bond;

   c. reasonable expenses an *insured* incurs at our request. This includes actual loss of earnings (but not loss of other income) up to $250 per

---

day for acting as us in the investigation or defense of claims or suits;

   d. interest the *insured* is legally liable to pay on damages payable under Coverage L above before we file a judgment, but only the interest on the lesser of:

   (1) that part of the damages we pay; or

   (2) the Coverage L Limit; and

   e. interest on the entire judgment that accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment that does not exceed the limit of liability that applies.

2. **First Aid Expenses. We** will pay expenses for first aid to others incurred by an *insured* for *bodily injury* covered under this policy. **We** will not pay for first aid to *you* or any other *insured*.

3. **Damage to Property of Others.**

   a. **We** will pay for *property damage* to property of others caused by the activities of an *insured*.

   b. **We** will not pay more than the smallest of the following amounts:

   (1) replacement cost at the time of loss;

   (2) full cost of repair; or

   (3) the limit of liability shown in the *Declarations* for **Damage to Property of Others** for any one *occurrence*.

   c. **We** will not pay for *property damage*:

   (1) for a loss that is recoverable under Section I of this policy. **We** also will not pay for any applicable deductible regardless of whether the amount of the loss exceeds the deductible;

   (2) caused intentionally by an *insured* 13 years of age or older;

   (3) to property, other than a rented golf cart, owned by, or rented to an *insured*, a tenant of an *insured*, or a resident in *your* household;

24

HW-2105

(4) arising out of:

(a) business pursuits;

(b) the use of or omission in connection with a premise an Insured owns, rents, or controls, other than the Insured location;

(c) a condition on the Insured location or the ways immediately adjoining; or

(d) the ownership, maintenance ... of a motor vehicle, aircraft ... [watercraft], including airboat, air ... personal watercraft, sail ... similar type watercraft; or

(5) If a payment is made under COVERAGE L – PERSONAL LIABILITY for the same property damage.

## SECTION II – EXCLUSIONS

1. Coverage L and Coverage M do not apply to:

   a. bodily injury or property damage that:

      (1) was a result of a:

          (a) willful and malicious; or

          (b) criminal;

          act or omission of the Insured;

      (2) was intended by the Insured; or

      (3) would have been expected by the Insured based on a reasonable person standard.

      However, exclusions a.(2) and a.(3) above do not apply to bodily injury or property damage resulting from the use of reasonable force to protect persons or property.

      Exclusions a.(1), a.(2), and a.(3) above apply to all bodily injury or property damage even if the:

      (1) bodily injury or property damage was sustained by a different person, entity, or property than was expected or intended;

      (2) bodily injury or property damage was of a different kind, quality, or degree than was expected or intended;

      (3) Insured lacked the mental capacity to control his or her conduct;

      (4) Insured was not charged with or convicted of a criminal act or omission; or

      (5) Insured was impaired by drugs or alcohol;

   b. bodily injury or property damage arising out of business pursuits of any insured, except as provided in Item c. below. This exclusion does

not apply to activities that are ordinarily incident to non-business pursuits;

   c. bodily injury or property damage arising out of the rental of any part of any premises by any Insured. This exclusion does not apply:

      (1) to the rental of the residence premises:

          (a) either completely or in part, for exclusive use as a residence, for up to 30 nights in the 12-month period prior to the date of the loss;

          (b) in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

          (c) in part, as an office, school, studio, or private garage;

      (2) when the dwelling on the residence premises is a two, three, or four family dwelling and you occupy one part and rent the other part to others;

      (3) to farm land (without buildings), rented to others, but not to exceed a total of 500 acres, regardless of the number of locations; or

      (4) to activities that are ordinarily incident to non-business pursuits;

   d. bodily injury or property damage arising out of the rendering or failing to render professional services;

   e. bodily injury or property damage arising out of any premises currently owned or rented to

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2106

any *Insured* which is not an *Insured location*, or similar type of craft; or

(d) designed as an airboat, air cushion, or similar type of craft; or

(e) owned by any *Insured* if it is a personal watercraft using a water jet pump powered by an internal combustion engine as the primary source of propulsion.

f. *bodily injury* or *property damage* arising out of the ownership, maintenance, use, loading, or unloading of:

(1) an aircraft. This exclusion does not apply to the ownership, maintenance, use, loading, or unloading of unmanned aircraft systems used as model aircraft:

(a) solely for recreational or hobby purposes;

(b) designed to be operated within the visual line of sight of the operator and operated within the visual line of sight of the operator; and

(c) weighing not more than 55 pounds at the time of operation;

unless the ownership, maintenance, use, loading, or unloading of such aircraft results in:

(a) *property damage* to any aircraft; or

(b) *bodily injury* or *property damage* resulting from interference with an aircraft carrying people regardless of whether the *bodily injury* or *property damage* is sustained by people or property on the aircraft or not.

(2) a *motor vehicle* owned or operated by or rented or loaned to any *Insured*; or

(3) a watercraft:

(a) owned by or rented to any *Insured* if it has inboard or inboard-outdrive motor power of more than 50 horsepower;

(b) owned by or rented to any *Insured* if it is a sailing vessel, with or without auxiliary power, 26 feet or more in overall length;

(c) powered by one or more outboard motors with more than 25 total horsepower owned by any *Insured*,

This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by an *Insured*. Exclusion f.(3) does not apply while the watercraft is on the *residence premises*.

g. *bodily injury* or *property damage* arising out of:

(1) the entrustment by any *Insured* to any person;

(2) the supervision by any *Insured* of any person;

(3) any liability statutorily imposed on any *Insured*; or

(4) any liability assumed through an unwritten or written agreement by any *Insured*;

with regard to the ownership, maintenance, or use of any aircraft, watercraft, or *motor vehicle* not covered under Section II of this policy;

h. *bodily injury* or *property damage* caused directly or indirectly by war, including undeclared war, or any warlike act including destruction, seizure, or use for a military purpose, or any consequence of those. Discharge of a nuclear weapon will be considered a warlike act even if accidental;

i. *bodily injury* to any *Insured* within the meaning of part 9.a., 9.b., or 9.c. of the definition of *Insured*.

This exclusion also applies to any claim made or suit brought against any *Insured* within the meaning of part 9.a., 9.b., or 9.c. of the definition of *Insured* to share damages with or repay someone else who may be obligated to pay damages because of the *bodily injury* sustained by any *Insured* within the meaning of part 9.a., 9.b., or 9.c. of the definition of *Insured*;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

j. any claim made or suit brought against any insured by:

(1) any person in the care of any insured because of child care services provided by or at the direction of:

(a) any insured;

(b) any employee of any insured; or

(c) any other person actually or apparently acting on behalf of any insured; or

(2) any person who makes a claim because of bodily injury to any person in the care of any insured because of child care services provided by or at the direction of:

(a) any insured;

(b) any employee of any insured; or

(c) any other person actually or apparently acting on behalf of any insured.

This exclusion does not apply to the occasional child care services provided by any insured, or to the part-time child care services provided by any insured under 19 years of age;

k. bodily injury or property damage arising out of an insured's participation in, or preparation or practice for, any prearranged or organized race, speed or demolition contest, or similar competition involving a motorized land vehicle or motorized watercraft. This exclusion does not apply to a sailing vessel less than 26 feet in overall length with or without auxiliary power;

l. bodily injury or property damage arising out of the use, sale, manufacture, distribution, delivery, transfer, or possession, by any insured, of any substance that is illegal or is a controlled substance under either federal or state law.

This exclusion does not apply to the legitimate use of legally prescribed drugs, under either federal or state law, by a person following orders of a licensed health care professional;

m. bodily injury or property damage arising out of the actual, alleged, or threatened presence, discharge, dispersal, seepage, migration, release, escape of, or exposure to contaminants or pollutants at or from any source or location.

Contaminants and pollutants include but are not limited to any solid, liquid, gaseous, or thermal irritant, including smoke from agricultural smudging or industrial operations, smog, soot, vapor, fumes, acids, alkalis, chemicals, pathogens, noxious substances, fuel oil, asbestos, or lead.

This exclusion does not apply to bodily injury or property damage arising out of smoke or fumes caused by fire or explosion.

We also do not cover:

(1) any loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way respond to or assess the effects of contaminants or pollutants;

(2) any loss, cost, or expense arising out of any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of contaminants or pollutants; or

(3) contamination or pollution arising out of actually or allegedly defective building materials, nuclear substances, or waste. Waste includes materials to be recycled, reconditioned, or reclaimed;

n. bodily injury or property damage arising out of any actual, alleged, or threatened:

(1) sexual harassment, sexual molestation, or sexual misconduct;

(2) physical or mental abuse; or

(3) corporal punishment;

by the insured;

o. bodily injury or property damage arising out of the actual, alleged, or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any fungus at or from any source or location.

27

HW-2105

We also do not cover any loss, cost, or expense arising out of any:

(1) request, demand, order, or statutory or regulatory requirement that any *insured* or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way respond to or assess the effects of *fungus*; or

(2) claim or suit for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of *fungus*; or

p. *bodily injury* or *property damage* arising out of the ownership, maintenance, or use of systems and equipment used to generate electrical power, unless:

(1) the power generated is intended primarily for consumption on the *residence premises*; and

(2) any resulting income is incidental, including but not limited to:

(a) utility bill credits; or

(b) incidental income;

derived from sending excess power back to the electricity grid.

2. Coverage L does not apply to:

a. liability:

(1) for *your* share of any loss assessment charged against all members of any type of association of property owners; or

(2) imposed on or assumed by any *insured* through any unwritten or written contract or agreement. This exclusion does not apply to:

(a) liability for damages that the *insured* would have in absence of the contract or agreement; or

(b) written contracts:

(i) that directly relate to the ownership, maintenance, or use of any *insured location*; or

(ii) where the liability of others is assumed by *you* prior to the occurrence;

unless excluded elsewhere in the policy.

b. *property damage* to property owned by any *insured* at the time of the *occurrence*;

c. *property damage* to property rented to, used or occupied by, or in the care, custody, or control of any *insured* at the time of the *occurrence*. This exclusion does not apply to *property damage* caused by:

(1) fire;

(2) smoke;

(3) explosion;

(4) abrupt and accidental damage from water; or

(5) household pets, up to $500, in excess of *your* security deposit;

d. *bodily injury* to a person eligible to receive any benefits required to be provided or voluntarily provided by an *insured* under a workers' compensation, non-occupational disability, or occupational disease law;

e. *bodily injury* or *property damage* for which an *insured* under this policy is also an insured under a nuclear energy liability policy or would be an insured but for its termination upon exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada, or any of their successors; or

f. *bodily injury* or *property damage* arising out of any real property any *insured* has sold or transferred. This includes but is not limited to *bodily injury* or *property damage* arising out of known, unknown, hidden, or alleged property conditions, problems, or defects.

This exclusion also applies to any *property damage* to the sold or transferred real property itself.

However, this exclusion does not apply to:

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2106

(1) **bodily injury** arising out of the release, explosion, electrocution, or carbon monoxide poisoning; or

(2) **property damage** arising out of smoke, or explosion.

3. Coverage M does not apply to **bodily injury**:

a. to a **residence employee** if it occurs off the **insured location** and does not arise out of or in the course of the **residence employee's** employment by an **insured**;

b. to a person eligible to receive any benefits required to be provided or voluntarily provided under any workers' compensation, non-occupational disability, or occupational disease law;

c. to a person other than a **residence employee** of an **insured**, regularly residing on any part of the **insured location**; or

d. from nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

## SECTION II – CONDITIONS

1. **Limit of Liability.** The Coverage L limit is shown in the **Declarations**. This is the limit for all damages from each **occurrence** for which the policy provides coverage, regardless of the number of **insureds**, claims made, or persons injured. No additional limits or coverage will be available for the **occurrence** under any additional policy periods while this policy remains in force.

The Coverage M limit is shown in the **Declarations**. This is **our** limit for all medical expenses for **bodily injury** to one person as the result of one accident.

2. **Severability of Insurance.** This insurance applies separately to each **insured**. This condition does not increase **our** limit of liability for any one **occurrence**.

3. **Duties After Loss.** In case of an accident or **occurrence**, the **insured** must cooperate with **us** in the investigation, settlement, or defense of any claim or suit and also perform the following duties that apply. **You** must cooperate with **us** in seeing that these duties are performed:

a. give written notice to **us** or **our** agent as soon as possible, which sets forth:

(1) the identity of this policy and the **insured**;

(2) reasonably available information on the time, place, and circumstances of the accident or occurrence; and

(3) names and addresses of any claimants and available witnesses;

b. immediately forward to **us** every notice, demand, summons, or other process relating to the accident or **occurrence**;

c. at **our** request, assist in:

(1) making settlement;

(2) the enforcement of any right of contribution or indemnity against a person or organization who may be liable to an **insured**;

(3) the conduct of suits and attend hearings and trials; and

(4) securing and giving evidence and obtaining the attendance of witnesses;

d. under **SECTION II – ADDITIONAL COVERAGES**, Damage to Property of Others, exhibit the damaged property if within the **insured's** control; and

e. the **insured** must not, except at the **insured's** own cost, voluntarily make payments, assume obligations, or incur expenses. This does not apply to expense for first aid to others at the time of the **bodily injury.**

4. **Coverage M Requirements. We** may require the following in regard to any Coverage M claim:

a. written proof of claim, under oath if required, as soon as possible from the injured person, or

© Copyright, State Farm Mutual Automobile Insurance Company, 2013

HN-2105

respect to Coverage L, will be prorated among us until the obligation of the *insured* has been determined by final judgment or the *insured*, or in accordance with any final settlement agreed to by *us*. But this will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Liability.

7. **Bankruptcy** of an *insured*. Bankruptcy or insolvency of an *insured* will not relieve *us* of our obligation under this policy.

8. **Other Insurance – Coverage L.** This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## SECTION I AND SECTION II – CONDITIONS

1. **Policy Period.** This policy applies only to loss under Section I or *bodily injury* or *property damage* under Section II that occurs during the period this policy is in effect.

2. **Concealment or Fraud.** This policy is void as to *you* and any other *insured* if *you* or any other *insured* under this policy has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss.

3. **Liberalization Clause.** If *we* adopt any revision that would broaden coverage under this policy without additional premium, within 60 days prior to or during the period this policy is in effect, the broadened coverage will immediately apply to this policy.

4. **Waiver or Change of Policy Provisions.** A waiver or change of any provision of this policy must be in writing by *us* to be valid. *Our* request for an appraisal or examination does not waive any of *our* rights.

5. **Cancellation.**

   a. **You** may cancel this policy at any time by giving *us* advance written notice of the date cancellation is to take effect. *We* may waive the requirement that the notice be in writing by confirming the date and time of cancellation to *you* in writing.

   b. *We* may cancel this policy by providing notice to a named insured shown on the *Declarations*. The notice will provide the date cancellation is effective.

   (1) When *you* have not paid the premium, *we* may cancel at any time by providing notice at least 10 days before the date cancellation takes effect. This condition applies whether the premium is payable to *us* or *our* agent or under any finance or credit plan.

   (2) When this policy has been in effect for less than 60 days and is not a renewal with *us*, *we* may cancel for any reason. *We* may cancel by providing notice at least 20 days before the date cancellation takes effect.

   (3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with *us*, *we* may cancel if there has been:

      (a) conviction of a crime having as one of its necessary elements an act increasing the hazard insured against;

      (b) discovery of fraud or material misrepresentation;

      (c) discovery of grossly negligent acts or omissions substantially increasing

6. **Suit Against Us.** No action will be brought against us unless there has been compliance with the policy provisions.

No one will have the right to join *us* as a party to an action against *insured*. Further, no action with

5. **Payment of Claim – Coverage M or Damage to Property of Others.** Payment under either of these is not an admission of liability by an *insured* or *us*.

b. the insured persons' authorization to physical examinations by a physician selected by *us* when and as often as *we* reasonably require; and

c. any authorizations from the injured person as *we* may require.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2013

any of the hazards insured against;
or

(4) physical changes in the property in-
sured which result in the property be-
coming uninsurable.

We may cancel this policy by providing
notice at least 20 days before the date
cancellation takes effect.

c. When this policy is cancelled, the premium for
the period from the date of cancellation to the
expiration date will be refunded. The return
premium will be pro rata.

d. If, when we cancel this policy, the return pre-
mium is not refunded with the notice of cancel-
lation, we will refund it within 25 days after the
date cancellation takes effect. If, when you
cancel this policy, the return premium is not re-
funded when this policy is returned to us, we
will refund it within a reasonable time after the
date cancellation takes effect.

6. Nonrenewal. If we decide not to renew this policy,
then, at least 75 days before the end of the current
policy period, we will provide a nonrenewal notice to
a named insured shown on the Declarations.

If this policy is written for a period of less than one
year, we agree not to refuse to renew except at the
end of an annual period commencing with the origi-
nal or renewal effective date.

7. Assignment of Policy. Assignment of this policy
will be void and we will not recognize any such as-
signment, unless we give our written consent.

8. Subrogation and Reimbursement.

a. Subrogation.

(1) Applicable to SECTION I:

If any insured to or for whom we make
payment under this policy has rights to re-
cover damages from another, those rights
are transferred to us to the extent of our
payment. That insured must do every-
thing necessary to secure our rights and
must do nothing after loss to impair them.
However, before a loss, an insured may

waive in writing all rights of recovery
against any person.

(2) Applicable to SECTION II:

If any insured has rights to recover all or
part of any payment we have made under
this policy, those rights are transferred to
us. An insured must do nothing after loss
to impair them. At our request, an in-
sured will bring suit or transfer those
rights to us and help us enforce them.

Subrogation does not apply under Section II to
Medical Payments to Others or Damage to
Property of Others.

b. Reimbursement.

If we make payment under this policy and any
insured to or for whom we make payment re-
covers or has recovered from another person
or organization, then the insured to or for
whom we make payment must:

(1) hold in trust for us the proceeds of any re-
covery; and

(2) reimburse us to the extent of our payment.

9. Death. If you die:

a. we insure the legal representative of the de-
ceased. This condition applies only with re-
spect to the premises and property of the
deceased covered under this policy at the time
of death;

b. insured includes:

(1) any member of your household who is an
insured at the time of your death, but only
while a resident of the residence prem-
ises; and

(2) with respect to your property, the person
having proper temporary custody of the
property until appointment and qualifica-
tion of a legal representative.

10. Conformity to State Law. When a policy provision
is in conflict with the applicable law of the state in
which this policy is issued, the law of the state will
apply.

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HN-2105

11. Premium.

a. Unless as otherwise provided by an alternative payment plan in accord with the State Farm Companies with respect to the premium for this policy, the premium is due and payable in full on or before the first day of the policy period shown in the most recently issued *Declarations*.

b. The renewal premium for this policy will be based upon the rates in effect, the coverages carried, the applicable limits, deductibles, and other elements that affect the premium applicable at the time of renewal.

c. The premium for this policy may vary based upon:

(1) the purchase of products or services from the *State Farm Companies*;

(2) the purchase of products or services from an organization that has entered into an agreement or contract with the *State Farm Companies*. The *State Farm Companies* do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization; or

(3) an agreement, concerning the insurance provided by this policy, that the *State Farm Companies* has with an organization of which *you* are a member, employee, subscriber, licensee, or franchisee.

d. *Your* purchase of this policy may allow:

(1) *you* to purchase or obtain certain coverages, coverage options, coverage deductibles, coverage limits, or coverage terms on other products from the *State Farm Companies*, subject to their applicable eligibility rules; or

(2) the premium or price for other products or services purchased by *you*, including non-insurance products or services, to vary. Such other products or services must be provided by the *State Farm Companies* or by an organization that has entered into an agreement or contract with the *State Farm Companies*. The *State Farm*

*Companies* do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

12. Right to Inspect.

a. *We* have the right but are not obligated to perform the following:

(1) make inspections and surveys of the *insured location* at any time;

(2) provide *you* with reports on conditions *we* find; or

(3) recommend changes.

b. Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged.

c. *We* do not:

(1) make safety inspections;

(2) undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public;

(3) warrant that conditions are safe or healthful; or

(4) warrant that conditions comply with laws, regulations, codes, or standards.

This condition applies to *us* and to any rating, advisory, rate service, or similar organization that makes insurance inspections, surveys, reports, or recommendations on *our* behalf.

13. Joint and Individual Interests. If *your* consists of more than one person or entity, then each acts for all to change or cancel this policy.

14. Change of Policy Address. *We* may change the Named Insured's policy address as shown in the *Declarations* and in *our* records to the most recent address provided to *us* by:

a. *you*; or

b. the United States Postal Service.

15. Our Rights Regarding Claim Information.

a. *We* will collect, receive, obtain, use, and retain all the items described in item b.(1) below and

© Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW7206